| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF TEXAS<br>DALLAS DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bettina Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Blue Dog, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):  **95-4538087** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1860 Crown Drive**<br>**Suite 1406**<br>**Dallas, TX**<br>ZIP CODE **75234** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Dallas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed**  (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009 (Build 9.0.27.2, ID 2555523051)*

| Voluntary Petition | Name of Debtor(s): Bettina Corporation |
|---|---|
| *(This page must be completed and filed in every case.)* | |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                                                    Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009 (Build 9.0.27.2, ID 2555523051)*

| Voluntary Petition | Name of Debtor(s): Bettina Corporation |
| *(This page must be completed and filed in every case)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X_____

**Howard Marc Spector**        Bar No. 00785023

Howard Marc Spector, P.C.
12770 Coit Road, Suite 1100
Banner Place
Dallas, TX 75251

Phone No. **(214) 365-5377**        Fax No. **(214) 237-3380**

_____
Date   April 14, 2009

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Bettina Corporation**

X_____
Signature of Authorized Individual

**Larry Glasscock**
Printed Name of Authorized Individual

**President and Chief Executive Officer**
Title of Authorized Individual

_____
Date   14 April 2009

Address

X_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B6A (Official Form 6A) (12/07)

In re  **Bettina Corporation**                                    Case No. _____
                                                                          (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Office Lease 1860 Crown Dr., Suite 1406, Dallas, TX 75234 | leasehold | | Unknown | $0.00 |
| Storage units (2) Northwest Highway Self Storage 1975 W. Northwest Highway Dallas, TX. 75220 | leasehold | | Unknown | $0.00 |
| | | Total: | | $0.00 |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Bettina Corporation**                                      Case No. _____

                                                                            (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of Texas | $58,500.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Bettina Corporation**                                                Case No. _____

                                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | MBL LLC (100% membership interest)  Blue Dog Inc. (100% ownership interest) | $0.00  $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | Current Balance of A/Rs. No discount for bad debts taken | $181,650.46 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Bettina Corporation**                                    Case No. _____
                                                                            (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Tradmark rights to: Bingo Magic Bettina Corp Blue Dog Inc Personal Play | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Bettina Corporation**                                  Case No. _____
                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Ford Explorer 2003  VIN - 1FMZU72K33UB32097 | $4,000.00 |
| | | Ford Excursion 2005 VIN 1FMSU45P95EC42561 | $10,000.00 |
| | | Chevrolet  Silverado C1500 2007 VIN - 2GCEC19C871638656 | $15,000.00 |
| | | Ford F150 2004 VIN - 2FTRF17284CA15900 | $4,000.00 |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Office Equipment | $10,000.00 |
| | | Parts Inventory | $15,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | APC Server Gaming Units (Quantity: 2) Big Dog II Carts Gaming Units (Quantity: 6) CPU Gaming Units (Quantity: 168) Dell LG POS Gaming Units (Quantity: 42) Dell Reg Server Gaming Units (Quantity: 61) Dell Server Gaming Units (Quantity: 22) AC/DC Charger Gaming Units (Quantity: 122) LD7 Charging Racks Gaming Units (Quantity: 55) LD7 External Battery Gaming Units (Quantity: 1046) LD7 Test Board Gaming Units (Quantity: 2) Receipt Printer Gaming Units (Quantity: 189) Report Printer Gaming Units (Quantity: 8) TS Monitor Gaming Units (Quantity: 262) USB Verifier Gaming Units (Quantity: 94) | $25,000.00 |
| 30. Inventory. | | Classic Blues Gaming Units (Quantity: 12948) | $1,104,710.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Bettina Corporation**                                    Case No. _____
                                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | Big Dog I (CHH) Gaming Units (Quantity: 781)<br>Big Dog IIA (DT360) Gaming Units (Quantity: 321)<br>Big Dog IIA (DT366) Gaming Units (Quantity: 103)<br>Top Dog IIA (DT515) Gaming Units (Quantity: 142)<br>Top Dog IIA (DT550) Gaming Units (Quantity: 626)<br>Top Dog IIA (DT570) Gaming Units (Quantity: 19)<br>LD7 Gaming Units (Quantity: 1241) | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

_____4_____ continuation sheets attached                                    Total  >   **$1,427,860.46**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re **Bettina Corporation**                                    Case No. _____
                                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **Bettina Corporation**                                        Case No. _____
                                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Bank of Texas**<br>**c/o Neil J. Orleans**<br>**Renaissance Tower, Suite 4800**<br>**1201 Elm St.**<br>**Dallas, TX 75270** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**Blanket**<br>REMARKS:<br>**Amount is approximate**<br><br>VALUE:                **$1,394,860.46** | | | | $2,420,000.00 | $1,025,139.54 |
| ACCT #:<br>**Compass Bank**<br>**P.O. BOX 830696**<br>**BIRMINGHAM, AL 35283-0696** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**Chevrolet  Silverado C1500 2007 VIN - 2GCEC19C4**<br>REMARKS:<br><br>VALUE:                **$15,000.00** | | | | $18,245.00 | $3,245.00 |
| ACCT #:<br>**EFO / Blue Dog, LLC**<br>**c/o Cynthia Johnson Rerko**<br>**2508 State Street, Number Six**<br>**Dallas, TX 75201** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**Blanket**<br>REMARKS:<br>**Amount is approximate**<br><br>VALUE:                **$1,394,860.46** | | | | $1,610,000.00 | $1,610,000.00 |
| ACCT #:<br>**Ford Credit**<br>**P.O. Box 7172**<br>**Pasadena, CA 91109-7172** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**Ford Excursion**<br>REMARKS:<br><br>VALUE:                **$10,000.00** | | | | $11,000.00 | $1,000.00 |
| | | Subtotal (Total of this Page) > | | | | $4,059,245.00 | $2,639,384.54 |
| | | Total (Use only on last page) > | | | | | |

_____1_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Bettina Corporation**                                    Case No. _____

                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Northwest Highway Self Storage**<br>**1975 W. Northwest Highway**<br>**Dallas, TX. 75220** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**warehouseman's lien**<br>COLLATERAL:<br>**contents**<br>REMARKS:<br><br><br>VALUE:                    **$0.00** | | | | **Unknown** | **Unknown** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$0.00** | **$0.00** |
| Total (Use only on last page) > | **$4,059,245.00** | **$2,639,384.54** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re **Bettina Corporation**                                            Case No. _____

                                                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**2**_____continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  **Bettina Corporation**                                   Case No. _____
                                                                      (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Josiah Marshall**<br>**1303 Travis Circle North**<br>**Irving, TX 75038** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages & Compensation**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Larry Glasscock**<br>**4512 Fairfax Avenue**<br>**Dallas, TX 75205** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages and compensation**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. _____1_____ of _____2_____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
| | Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

B6E (Official Form 6E) (12/07) - Cont.

In re **Bettina Corporation**                                      Case No. _____
                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Johnnie B. Hitt** <br> **6819 Blue Mesa** <br> **Dallas, TX. 75252** | | DATE INCURRED: <br> CONSIDERATION: <br> **wages, compensation, severance** <br> REMARKS: | | | | $13,333.00 | $10,950.00 | $2,383.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $13,333.00 | $10,950.00 | $2,383.00 |
|---|---|---|---|---|
| | Total > <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $13,333.00 | | |
| | Totals > <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $10,950.00 | $2,383.00 |

B6F (Official Form 6F) (12/07)

In re   **Bettina Corporation**                                    Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**220th Street Bingo**<br>**7016 220th Street SW**<br>**Mount Lake Terrace, WA 98043** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**4imprint, Inc.**<br>**PO BOX 1641**<br>**Milwaukee, Wi 53201-1641** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**8 Diamond Bingo - Tarlac**<br>**2nd Floor**<br>**Tarlac City, Phillippines** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Aaron Rents & Sells Furniture**<br>**14105 Inwood Rd**<br>**Dallas, Tx 75244-8022** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Able Card Corporation**<br>**1720 Flower Ave.**<br>**Duarte, CA 91010** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Accountemps**<br>**PO BOX 60000**<br>**San Francisco, CA 94160-3484** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Subtotal >     $0.00

_____123_____ continuation sheets attached

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**ACCUTEL CONFERENCING SYSTEMS**<br>**P.O. BOX 20867**<br>**ROCHESTER, NEW YORK 14602** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Ace Acrylics, Inc**<br>**1110 Maryland Drive**<br>**Irving, TX 75061** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Adaptive Network**<br>**PO BOX 141177**<br>**Irving, Texas 75014-1177** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods/services rendered**<br>REMARKS: | | | | **$15,860.49** |
| ACCT #:<br>**Adkins Glass Co.**<br>**1425 Century Drive**<br>**Suite 204**<br>**Carrollton, TX 75006** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Administaff**<br>**19001 Crescent Springs Dr**<br>**Kingwood, Tx 77339-3802** | | DATE INCURRED:<br>CONSIDERATION:<br>**employee leasing agreement**<br>REMARKS: | | | | **$6,000.00** |
| ACCT #:<br>**ADT Security Services**<br>**P.O. Box 371956**<br>**Pittsburgh, PA 15250-7956** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$638.64** |

Sheet no. ____1____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$22,499.13**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**                                     Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Advanced Material Handling<br>2525 South 300 West<br>Salt Lke City, Ut 84115** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Advanced PC Products<br>2035 ROYAL LANE<br>SUITE 200<br>Dallas, TX 75229** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Aeronet<br>P.O. BOX 17239<br>Irvine, CA 92623** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Affliated Air<br>PO BOX 2210<br>Rowlett, TX 75030** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Aker Ink, LLC<br>PO BOX 9942<br>Scottsdale, AZ 85252-3942** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**ALA Membership<br>1133 Fifteenth Street<br>NW Suite 640<br>Washington, DC 20005** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. _____**2**_____ of _____**123**_____ continuation sheets attached to                                    **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                   **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bettina Corporation**                                    Case No. _____
                                                                                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Alabama Dept of Revenue**<br>**BUSINESS PRIVILEGE TAX SECTION**<br>**PO BOX 327431**<br>**Montgomery, AL 36132-7431** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Alabama Dept of Revenue**<br>**Central Registration Unit**<br>**P.O.Box 327100**<br>**Montgomery, AL 36132-7100** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Alabama Dept of Revenue**<br>**Corporate Tax Section**<br>**PO BOX 327435**<br>**Montgomery, AL 36132-7435** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Alamo Hills**<br>**1201 Austin Hwy Ste 119**<br>**San Antonio, TX 78209** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Alberta Gaming and Liquor Commission**<br>**Fred Mills**<br>**Investigation Branch**<br>**50 Corriveau Avenue**<br>**St. Albert, Alberta T8N 3T5  CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Gaming License: GTD-25470; Business**<br>**License: #924-888** | | | | $0.00 |
| ACCT #:<br>**Alberta Gaming and Liquor Commission**<br>**50 Corriveau Ave**<br>**ATTN: Merv Murch, Mgr. of Due Diligence**<br>**St. Albert, Alberta T8N 3T5   CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____3____ of ____123____ continuation sheets attached to                                    **Subtotal >**    **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bettina Corporation**                           Case No. _____

                                                                          (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**ALCOHOL AND GAMING COMMISSION OF ON**<br>**90 SHEPPARD AVENUE EAST**<br>**SUITE 200**<br>**TORONTO, ONTARIO M2N OA4  CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**All Languages Ltd**<br>**421 Bloor St. E.**<br>**Suite 306**<br>**Toronto, Ontario M4W 3T1  CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Alliance Laser Technologies**<br>**PO BOX 121086**<br>**Arlington, TX 76012-1086** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Allied Charities of Minnesota**<br>**Attn:  King Wilson**<br>**225 9th Street E**<br>**Unit 309**<br>**St. Paul, MN 55101-2514** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Allied Telesis, Inc.**<br>**12936 Collections Center Dr**<br>**Chicago, IL 60693** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Allstate Imaging, Inc.**<br>**21621 Nordhoff Street**<br>**Chatsworth, CA 91311** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. _____4_____ of _____123_____ continuation sheets attached to          **Subtotal >**     **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    **Total >**
                        **(Use only on last page of the completed Schedule F.)**
                        **(Report also on Summary of Schedules and, if applicable, on the**
                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**ALTEX COMPUTERS & ELECTRONICS**<br>**11342 N IH35**<br>**SAN ANTONIO, TX 78233-5792** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $744.55 |
| ACCT #:<br>**Altius Capital Partners, LLC**<br>**2204 Peninsula Drive**<br>**Flower Mound, TX 75022** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**American Association of Notaries**<br>**8811 Westheimer**<br>**Suite 207**<br>**Houston, Tx 77063** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**American Cancer Society**<br>**16108 E Emerald Drive, 203**<br>**Fountain Hills, AZ 85268** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**American Logistics Association**<br>**1133 15th Street**<br>**Suite 640**<br>**Washington, DC 20005** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**American Stripping**<br>**8502 Spring Street**<br>**Ft. Worth, Tx 76179** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____5____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$744.55**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**                              Case No. _____

                                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Amos Hutchinson & Associates, PLLC**<br>**2425 N Central Expressway**<br>**Suite 200**<br>**Richardson, TX 75080** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Amvets/Bristol**<br>**2195 Euclid Ave**<br>**Bristol, VA 24201** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |
| ACCT #:<br>**Amvets/Bristol - Battery Orders**<br>**516 Cumberland Street**<br>**Bristol, VA 24201** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |
| ACCT #:<br>**Andrew Jones**<br>**7402 Vineyard Trail**<br>**Garland, TX 75044** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Andy Bunkse**<br>**3104 E Camelback Road**<br>**#225**<br>**Phoenix, AZ 85016** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Angela Galloway**<br>**1303 TRAVIS CIR**<br>**IRVING, TX 75038-6257** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |

Sheet no. ____6____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**            **$0.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**

Case No. _____
                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Aramark Refreshment Services**<br>**2120 Hutton**<br>**Suite100**<br>**Carrollton, TX 75006** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Arapaho Bingo**<br>**580 W. Arapaho**<br>**Richardson, TX 75080** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |
| ACCT #:<br>**ARI**<br>**1515 Champion Dr.**<br>**Ste. 100**<br>**Carrollton, Texas 75005** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Arizona Corporation Commission**<br>**c/o Annual Reports-Corp Div**<br>**1300 West Washington**<br>**Phoenix, AZ 85007-2929** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #:<br>**Armand Nannicola**<br>**4113 Warren Sharon Road**<br>**Vienna, OH 44473** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Armstrong Fingerprinting**<br>**PO Box 146**<br>**Argyle, TX 76226** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |

Sheet no. ___7___ of ___123___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Arrow International**<br>**9900 Clinton Road**<br>**Cleveland, Ohio 44144** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**ASCEND**<br>**11600 COLLEGE BLVD**<br>**OVERLAND PARK, KS 66210** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**ASCEND MEDIA**<br>**PO BOX 414674**<br>**KANSAS CITY, MO 64141-4674** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Asia's GEM & Tourism Manilla**<br>**3F LTA Bldg**<br>**118 Perea St.Legaspi Village**<br>**Makati, 1229,  Philippines** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**AT&T**<br>**P O BOX 2969**<br>**OMAHA, NE 68103-2969** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**AT&T**<br>**P O BOX 2971**<br>**OMAHA, NE 68103-2971** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____8____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                    Case No. _____
                                                                               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**AT&T / WIRELESS**<br>**P O BOX 79075**<br>**PHOENIX, AZ 85062-9075** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**AT&T /WIRELESS**<br>**P O BOX 8220**<br>**Aurora, Il 60572-8220** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**AT&T WIRELESS**<br>**P O BOX 8229**<br>**AURORA, IL 60572-8229** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Atlantic Bingo Supply**<br>**1700 Midway Rd**<br>**Odenton, MD 21113** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Atmos Energy**<br>**PO BOX 78108**<br>**PHOENIX, AZ 85062-8108** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**UTILITY** | | | | $0.00 |
| ACCT #:<br>**AVIS RENT A CAR**<br>**ATTN: D.W. STORY & ASSOC**<br>**PO BOX 129**<br>**SEAGOVILLE, TX 75159** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. _____9_____ of _____123_____ continuation sheets attached to                        **Subtotal >**                  **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          **Total >**
                                             **(Use only on last page of the completed Schedule F.)**
                                             **(Report also on Summary of Schedules and, if applicable, on the**
                                             **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bettina Corporation**                              Case No. _____

                                                                          (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Axiom Telephone System**<br>**P.O. Box 1751**<br>**Rockwall, Texas 75087** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $290.41 |
| ACCT #:<br>**Ayshire Electronics**<br>**1101 Beechwood Ave.**<br>**Fayetteville, AR 72702** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**BacTech Mining Corporation**<br>**50 Richmond Street East**<br>**Suite 300**<br>**Toronto, Ontario M5C 1N7  CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Banc of America Leasing**<br>**Lease Administration Center**<br>**PO BOX 371992**<br>**Pittsburgh, PA 15250-7992** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $530.96 |
| ACCT #:<br>**BANNER LIFE INSURANCE COMPANY**<br>**P.O. BOX 740526**<br>**ATLANTA, GEORGIA 30374-0526** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Barthco International, Inc**<br>**PO BOX 8500-52958**<br>**Philadelphia, PA 19178-2958** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $148.65 |

Sheet no. ____**10**____ of ____**123**____ continuation sheets attached to                    **Subtotal >**    $970.02
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable, on the**
                                  **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                    Case No. _____

                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**BASTROP COUNTY TAX OFFICE**<br>**P.O. BOX 579**<br>**BASTROP, TEXAS 78602** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**BC Gaming Policy & Enforcement Branch**<br>**P.O. Box 9311**<br>**Stn Prov Gov't**<br>**Victoria, British Columbia V8W 9N1   CAN** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**BCE Conferencing, Inc.**<br>**PO Box 20867**<br>**Rochester, NY 14602** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Bell, Nunnally & Martin LLP**<br>**3232 McKinney Avenue**<br>**Suite 1400**<br>**Dallas, Texas 75204-2429** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Best Software**<br>**P O Box 404927**<br>**Atlanta, GA 30384-4927** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Betja Distributors, Inc.**<br>**1571 N. Glenville Dr**<br>**Suite 150**<br>**Richardson, TX 75081** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____11____ of ____123____ continuation sheets attached to                          **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                Case No. _____

                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Bettina Investments, Inc.**<br>**PO BOX 860802**<br>**Plano, Tx 75086-0802** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Big Brother's Burien Bingo**<br>**PO BOX 69154**<br>**Seattle, WA 98168** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Big Brother's Burien Bingo / Imperials B**<br>**3100 E. Valley Road**<br>**Rento, WA 98055** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |
| ACCT #:<br>**Big Bucks**<br>**7940 Fletcher Rd**<br>**Gibson, NC 28543** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |
| ACCT #:<br>**Bill Motz**<br>**604 Kerlick Lane**<br>**New Braunfels, TX 78130** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Bingo Castle - Valezuela**<br>**SM Supercenter**<br>**Valenzuela City, Phillippines** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |

Sheet no. ____**12**____ of ____**123**____ continuation sheets attached to                 **Subtotal >**    **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bettina Corporation**                                  Case No. _____
                                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Bingo Caviteno - Cavite** <br> **Robinson Mall** <br> **Cavite, Phillippines** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **Customer** | | | | $0.00 |
| ACCT #: <br> **Bingo Express - Santa Rosa** <br> **Robinsons Santa Rosa Market** <br> **Laguna, Phillippines** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **Customer** | | | | $0.00 |
| ACCT #: <br> **Bingo Jamboree-Zambarte** <br> **2nd Floor** <br> **Caloon City, Phillippines** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **Customer** | | | | $0.00 |
| ACCT #: <br> **Bingo Lachenaie** <br> **1407 Rue Grande Alle'** <br> **Lanchenaire, Quebec, J6W 5M9** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **Customer** | | | | $0.00 |
| ACCT #: <br> **Bingo Lachute** <br> **505 Rue Bethanie local 113** <br> **Lachute, Quebec J8H 4A6** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **Customer** | | | | $0.00 |
| ACCT #: <br> **Bingo Magic Inc.** <br> **18618 142nd Avenue** <br> **East Woodinville, WA 98072** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $0.00 |

Sheet no. ____13____ of ____123____ continuation sheets attached to                    **Subtotal >**    **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    **Total >**
                                              **(Use only on last page of the completed Schedule F.)**
                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                          Case No. _____

                                                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Bingo Mambo - Damarinas**<br>**SM Dasnarinas**<br>**Cavite, Phillippines** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Bingo Paradise - Budget Lane**<br>**Budgetlane Shopping Center**<br>**Antiopolo City, Phillippines** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Bingo Paradise - Circle C**<br>**Circle C Mall**<br>**Quezon City, Phillippines** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Bingo Paradise - Noviliches**<br>**Robinsons Nova market**<br>**Quezon City, Phillippines** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Bingo Pinoy - Mololos**<br>**2nd Floor**<br>**Malalos City, Bulacan** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Bingo Repair**<br>**Attn: John Hynes**<br>**514 Beach 139th St #B-4**<br>**Rockaway Park, NY 11694** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ___14___ of ___123___ continuation sheets attached to                                    **Subtotal >**                     **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          **Total >**
                                                        **(Use only on last page of the completed Schedule F.)**
                                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                    Case No. _____

                                                                                (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**BINGO VISION**<br>**537 STONE ROAD**<br>**Suite  E**<br>**BENICIA, CA 94510** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Bingo World Conference & Expo**<br>**11600 W College Blvd**<br>**Overland Park, KS 66210** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Birch Telecom**<br>**PO BOX 5142**<br>**Sioux Falls, South Dakota 57117-5142** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**BKM**<br>**9755 Clifford Drive**<br>**#100**<br>**Dallas, Tx 75220** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**BKR Cornwell Jackson**<br>**4975 Preston Park Blvd.**<br>**Suite 400**<br>**Plano, TX 75093** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$472.00** |
| ACCT #:<br>**BNP Media**<br>**Bingo World 2008**<br>**2401 W Big Beaver Road**<br>**Suite 700**<br>**Troy, MI 48084** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |

Sheet no. ___**15**___ of ___**123**___ continuation sheets attached to                                          **Subtotal >**            **$472.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    **Total >**
                                                      **(Use only on last page of the completed Schedule F.)**
                                                      **(Report also on Summary of Schedules and, if applicable, on the**
                                                      **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                  Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Bob Schminke**<br>**3509 Crestwood Drive**<br>**Salt Lake City, UT 84109-3205** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Bonus Time**<br>**1101 Spring Ave**<br>**Surfside Beach, SC 29575** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Borden Ladner Gervais LLP**<br>**Patent & Trade-mark Agents**<br>**World Exchange Plaza**<br>**100 Queen St, Suite 1100**<br>**Ottawa, Ontario K1P 1J9  CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Border Bingo**<br>**100 West Village Blvd**<br>**Ste 1, Laredo, TX 78041** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**BOWIE CENTRAL APPRAISAL DISTRICT**<br>**TAX ASSESSOR COLLECTOR**<br>**PO BOX 6527**<br>**TEXARKANA, TX 75505-6527** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Bravo Technical Resources**<br>**4835 LBJ Freeway**<br>**Suite 1000**<br>**Dallas, TX 75244** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. _____16_____ of _____123_____ continuation sheets attached to                                      **Subtotal >**   | $0.00 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                   **Total >**
                                                              **(Use only on last page of the completed Schedule F.)**
                                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**BRAZOS COUNTY TAX ASSESSOR**<br>**GERALD L WINN**<br>**300 E WILLIAM J BRYAN PKWY**<br>**BRYAN, TEXAS 77803-5397** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Bridges Electric, Inc.**<br>**15330 LBJ Freeway**<br>**Suite 315**<br>**Mesquite, Tx 75150-1247** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $611.20 |
| ACCT #:<br>**Brinks Document Destruction**<br>**14894 Collections Center Drive**<br>**Chicago, IL 60693** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $120.00 |
| ACCT #:<br>**British Columbia GAIO**<br>**PO Box 9038, Stn. Prov. Govt.**<br>**Victoria, British Columbia V8W 9A4   CAN** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**British Columbia Lottery Commission**<br>**74 West Seymour Street**<br>**Kamloops**<br>**British Columbia V2C 1E2,** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**British Columbia Ministry of Public Safe**<br>**Gaming Policy and Enforcement Branch**<br>**Frank Allison**<br>**3rd Floor, 910 Government Street**<br>**Victoria, British Columbia V8V 1W4 CANAD** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Gaming License: GAMP-232; Business**<br>**License: #218570117** | | | | $0.00 |

Sheet no. ___**17**___ of ___**123**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $731.20

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                       Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Broadband**<br>**Payment Processing Center**<br>**P.O. BOX 3656**<br>**Seattle, WA 98124-3656** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**BSQUARE Corporation**<br>**PO BOX 49002**<br>**San Jose, CA 95161-9002** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Buckner**<br>**3120 N. Buckner**<br>**Dallas, TX 75228** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |
| ACCT #:<br>**Budget Bingo Supply**<br>**1675-A Dickinson Ave.(F.M. 1266)**<br>**Dickinson, TX 77539** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |
| ACCT #:<br>**Budget Bingo Supply, Inc.**<br>**2408 Jackson Lane**<br>**League City, TX 77573** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Bulakan Bingo - Marilao**<br>**SM City Marilao**<br>**Bulacan, Phillippines** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |

Sheet no. ____**18**____ of ____**123**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  **$0.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                   Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**BURNETT'S STAFFING, INC.**<br>**P.O. BOX 5986**<br>**ARLINGTON, TEXAS 76005** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Busch & Myers, LLP**<br>**100 Crescent Court**<br>**Suite 250**<br>**Dallas, TX 75201** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Butterfield Ford**<br>**9000 South 200 West**<br>**Sandy, UT 84070** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Cabalen - San Fernando**<br>**2nd Floor**<br>**Pampanga,, Phillippines** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**CALDWELL COUNTY APPRAISAL DISTRICT**<br>**610 SAN JACINTO STREET**<br>**P.O. BOX 900**<br>**LOCKHART, TEXAS 78644-0900** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**California Gambling Control Commission**<br>**Bingo Program Analyst**<br>**2399 Gateway Oaks Dr. #100**<br>**Sacramento, CA 95833-4231** | | DATE INCURRED:<br>CONSIDERATION:<br>**regulatory agency**<br>REMARKS: | | | | $0.00 |

Sheet no. ____**19**____ of ____**123**____ continuation sheets attached to                                    Subtotal >            **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
                                          (Use only on last page of the completed Schedule F.)
                                   (Report also on Summary of Schedules and, if applicable, on the
                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                   Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**California Gambling Control Commission**<br>**Dick Ross**<br>**2399 Gateway Oaks Drive, Ste.100**<br>**Sacramento, CA 95833** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Gaming License: GVMD-000019; Business**<br>**License:** | | | | $0.00 |
| ACCT #:<br>**California Gambling Control Commission**<br>**Licensing & Compliance Division**<br>**2399 Gateway Oaks Dr**<br>**Suite 220**<br>**Sacramento, CA 95833-4231** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**California Gambling Control Commission**<br>**Kelley Schmidt**<br>**2399 Gateway Oaks Drive, Ste.100**<br>**Sacramento, CA 95833** | | DATE INCURRED:<br>CONSIDERATION:<br>**regulatory agency**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Calvin Ruben**<br>**802 E. Silver Shadow Murray**<br>**SALT LAKE CITY, UT 84107** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**CANADIAN GAMING NEWS**<br>**1690 TRUSCOTT DRIVE**<br>**MISSISSAUGA, ONTARIO L5J 1Z6  CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**CANANWILL, INC.**<br>**1000 MILWAUKEE AVE**<br>**GLENVIEW, IL 60025** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. _____20_____ of _____123_____ continuation sheets attached to          **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    **Total >**
                                                       **(Use only on last page of the completed Schedule F.)**
                                                       **(Report also on Summary of Schedules and, if applicable, on the**
                                                       **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                      Case No. _____

                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Capital City**<br>**1700 Terry Road**<br>**Suite 8, Jackson, MS 39204** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS:<br>**Customer** | | | | **$0.00** |
| ACCT #:<br>**CAPITOL CORPORATE SERVICES**<br>**P O BOX 1831**<br>**AUSTIN, TEXAS 78767** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS:<br>**Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #:<br>**Carl's Electrical**<br>**113 East Fourth Ave**<br>**Red Springs, NC 28377** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**CarlSmith Ball LLP**<br>**1001 Bishop Street**<br>**ASB Tower, Suite 2200**<br>**Honolulu, HI 96813** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$54,749.28** |
| ACCT #:<br>**Carol Stephenson, P.C.**<br>**5949 Sherry Lane Suite 1235**<br>**Dallas, TX 75225** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Carrollton-Farmers Branch I.S.D.**<br>**PO BOX 110611**<br>**Carrollton, TX 75011-0611** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$0.00** |

Sheet no. _____21_____ of _____123_____ continuation sheets attached to          **Subtotal >**          **$54,749.28**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                              Case No. _____

                                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Catalyst Strategies**<br>**3104 E Camelback Rd**<br>**#225**<br>**Phoenix, AZ 85016** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$750.00** |
| ACCT #:<br>**Cbeyond**<br>**PO BOX 848432**<br>**Dallas, TX 75284-8432** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**UTILITY** | | | | **$1,045.30** |
| ACCT #:<br>**Cedar Creek**<br>**Hwy 334 & Hwy 274**<br>**Seven Points, TX** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |
| ACCT #:<br>**Central Freight Lines, Inc.**<br>**PO BOX 847084**<br>**Dallas, TX 75284-7084** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**CEVA Logistics**<br>**1245 Royal Lane**<br>**PO BOX 619023**<br>**DFW Airport, TX 75261-9023** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Champion Ford**<br>**200 West 90th South**<br>**Sandy, UT 84070** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |

Sheet no. ____**22**____ of ____**123**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                            **Subtotal >**     **$1,795.30**

                                                            **Total >**
                    **(Use only on last page of the completed Schedule F.)**
               **(Report also on Summary of Schedules and, if applicable, on the**
                 **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Charles T. Stark, Jr.**<br>**4128 Eldorado Drive**<br>**Plano, TX 75093** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Chehalis Tribal Gaming Commission**<br>**P O BOX 536**<br>**OAKVILLE, WA 98568** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Chevron**<br>**P.O. Box 2001**<br>**Concord, CA 94529-0001** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Cingular Wireless**<br>**PO BOX 6444**<br>**Carol Stream, IL 60197-6444** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Cingular Wireless - Keelin**<br>**PO BOX 54360**<br>**Los Angeles, CA 90054-0360** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Cingular Wireless - Lawson**<br>**PO BOX 79075**<br>**Phoenix, AZ 85062-9075** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |

Sheet no. _____23_____ of _____123_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                                Case No. _____
                                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Cingular Wireless-Henslee**<br>**PO Box 650553**<br>**Dallas, Texas 75265-0553** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Cingular Wireless-Karl Aircard**<br>**PO Box 30218**<br>**Los Angeles, CA 90030-0218** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Cingular Wireless-Kay**<br>**P.O Box 31488**<br>**Tampa, FL 33631-3488** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Cingular Wireless-Marshall**<br>**P.O. Box 650553**<br>**Dallas, TX 75265-0553** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**CIT Technology Fin Serv, Inc.**<br>**23896 Network Place**<br>**Chicago, IL 60673-1238** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$673.14** |
| ACCT #:<br>**Citi Square Bingo - Malabon**<br>**C4 Corner Dagat Dagatan**<br>**Malabon City, Phillippines** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: **Customer** | | | | **$0.00** |

Sheet no. _____24_____ of _____123_____ continuation sheets attached to                                    Subtotal >   | **$673.14** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                           Total >
                                                   **(Use only on last page of the completed Schedule F.)**
                                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                           Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**City of Burien**<br>**1581 Ambaum Blvd SW**<br>**Suite C**<br>**Burien, WA 98166** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**City of Dallas**<br>**PO BOX 650302**<br>**Dallas, TX 75265-0302** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**City of Del Rio Tax Office**<br>**Federico Reyes**<br>**109 W. Broadway**<br>**DEL RIO, TEXAS 78840** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**City of Del Rio Tax Office**<br>**ALFREDO TALAMANTEZ, JR - TAX**<br>**TAX ASSESSOR/COLLECTOR**<br>**109 W. BROADWAY**<br>**DEL RIO, TEXAS 78840** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**CITY OF DEL RIO TAX OFFICE**<br>**109 W. BROADWAY**<br>**DEL RIO, TEXAS 78840** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**CITY OF DEL RIO TAX OFFICE**<br>**ALFREDO TALAMANTEZ, JR**<br>**TAX ASSESSOR/COLLECTOR**<br>**109 W BROADWAY**<br>**DEL RIO, TX 78840** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $0.00 |

Sheet no. ____**25**____ of ____**123**____ continuation sheets attached to                               **Subtotal >**   **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                              **Total >**
                              **(Use only on last page of the completed Schedule F.)**
                         **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**City of Farmers Branch**<br>**Alarm Permits**<br>**P.O BOX 819010**<br>**Farmers Branch, Tx 75381-9010** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$30.00** |
| ACCT #:<br>**City of Irving**<br>**Revenue Collections**<br>**PO BOX 152288**<br>**Irving, TX 75015-2288** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: **Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #:<br>**CITY OF LEAGUE CITY**<br>**300 West Walkerst Walker**<br>**LEAGUE CITY, TEXAS 77573** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: **Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #:<br>**CITY OF LEAGUE CITY**<br>**LONNA K STEIN**<br>**TAX ASSESSOR - COLLECTOR**<br>**PO BOX 2488**<br>**LEAGUE CITY, TEXAS 77574-2488** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**CITY OF PASADENA - TAX OFFICE**<br>**ROBERT H ALLEN**<br>**P.O. BOX 3000**<br>**HOUSTON, TEXAS 77253-3000** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: **Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #:<br>**City of Richardson**<br>**TAX DEPARTMENT**<br>**PO BOX 830129**<br>**RICHARDSON, TX 75083-0129** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: **Taxing Jurisdiction** | | | | **$0.00** |

Sheet no. _____26_____ of _____123_____ continuation sheets attached to              **Subtotal >**          **$30.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                  **(Report also on Summary of Schedules and, if applicable, on the**
                                  **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**CITY OF SALT LAKE CITY**<br>**451 S. STATE STREET**<br>**ROOM 225**<br>**CITY & COUNTY BUILDING**<br>**SALT LAKE CITY, UTAH 84111** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**CLEAR CREEK ISD**<br>**MELANIE PIDCOKE**<br>**P.O. BOX 650395**<br>**DALLAS, TX 75265-0395** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Coalition to Revive Charitable Bingo**<br>**FWB 3412 Marquita**<br>**Fort Worth, TX 76116** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Coastline Micro**<br>**DEPARTMENT 1254**<br>**LOS ANGELES, CA 90084-1254** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Colorado Department of State**<br>**Jim Wiig , Lead Investigator**<br>**State Licensing Division**<br>**1700 Broadway, Suite 300**<br>**Denver, CO 80290** | | DATE INCURRED:<br>CONSIDERATION:<br>**regulatory agency**<br>REMARKS:<br>**Gaming License: M2007-011; Business License: #C1986180** | | | | $0.00 |
| ACCT #:<br>**COLORADO DEPT. OF REVENUE**<br>**1375 Sherman St.**<br>**DENVER, CO 80261-0006** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |

Sheet no. ____27____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bettina Corporation**                                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**COLORADO DEPT. OF REVENUE**<br>**DEPARTMENT OF REVENUE**<br>**DENVER, CO 80261-0006** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Colorado Secretary of State**<br>**Attn: Mike Shea**<br>**Licensing Division**<br>**1700 Broadway, Suite 200**<br>**Denver, CO 80290** | | DATE INCURRED:<br>CONSIDERATION:<br>**regulatory agency**<br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**COMAL COUNTY TAX OFFICE**<br>**SHERMAN KRAUSE**<br>**P.O. BOX 311445**<br>**NEW BRAUNFELS, TEXAS 78131-1445** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Combined Bachelor Quarters**<br>**MWR Finance Bldg 978**<br>**NAF ATSUGI**<br>**PSC 477 BOX 20**<br>**FPO AP,  96306-1220** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Comerica**<br>**Commercial Lending Services**<br>**PO BOX 641618**<br>**Detroit, MI 48264-1618** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Commonwealth  of Virginia**<br>**Dept. of Charitable Gaming**<br>**Attn: Ms. Betty Bowman**<br>**101 N. 14th St., 175h Floor**<br>**Richmond, VA 23219** | | DATE INCURRED:<br>CONSIDERATION:<br>**regulatory agency**<br>REMARKS: | | | | $0.00 |

Sheet no. ____**28**____ of ____**123**____ continuation sheets attached to                    **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                             Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Commonwealth of Kentucky**<br>**Department of Charitable Gaming**<br>**132 Brighton Park Blvd**<br>**Frankfort, KY 40601-3714** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Commonwealth of Kentucky**<br>**John Y. Brown III**<br>**Secretary of State**<br>**PO Box 1150**<br>**Frankfort, KY 40602-1150** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Community Coffee Co., L.L.C.**<br>**PO BOX 60141**<br>**New Orleans, LA 70160-0141** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $389.80 |
| ACCT #:<br>**Community First National Bank**<br>**440 Budd Avenue**<br>**Big Piney, WY 83113** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Condor Registrations Service**<br>**3437 Darlene Circle**<br>**Huntsville, AL 35810** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Copasetic Kraft LLC**<br>**1483 22nd Street**<br>**Ogden, UT 84401** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____29____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**                    $389.80

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**                                     Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Corporation Service Company**<br>**PO Box 13397**<br>**Philadelphia, PA 19101-3397** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $682.00 |
| ACCT #:<br>**Cort Furniture**<br>**14215 Inwood Road**<br>**Dallas, Tx 75244** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Courtesy Building Services, Inc.**<br>**2154 W Northwest Hwy  #214**<br>**Dallas, Texas 75220** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and/or services rendered**<br>REMARKS: | | | | $3,773.60 |
| ACCT #:<br>**Covey's Promotions**<br>**1974 E. Continental Blvd**<br>**Southlake, Tx 76092** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**CPI Office Products**<br>**PO BOX 59109**<br>**Dallas, Tx 75229-1109** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**CRAIG R SMITH ESQ.**<br>**SMITH LAW FIRM**<br>**21021 VENTURA BLVD**<br>**SUITE 450**<br>**WOODLAND HILLS, CA 91364** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ___**30**___ of ___**123**___ continuation sheets attached to                          **Subtotal >**         **$4,455.60**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                          **(Use only on last page of the completed Schedule F.)**
                                          **(Report also on Summary of Schedules and, if applicable, on the**
                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                      Case No. _____
                                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**CTL Management Inc.**<br>**3105 Fite Circle Ste 106**<br>**Sacramento, CA 95827** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**D & B**<br>**75 Remittance Drive**<br>**ste# 1793**<br>**Chicago, IL 60675-1793** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**D'Arcy Management services, Inc**<br>**4242 N. Capistrano Drive**<br>**Suite 117**<br>**Dallas, TX 75287** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Dallas Cnty Tax Assessor - Col**<br>**Records Bldg**<br>**500 Elm St**<br>**Dallas, Tx 75313-9033** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Dallas Cnty Tax Assessor - Col**<br>**DAVID CHILDS**<br>**PO BOX 139066**<br>**DALLAS, TEXAS 75313-9066** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Dallas County Utility and Reclamation Di**<br>**PO BOX 140035**<br>**Irving, TX 75014-0035** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |

Sheet no. _____**31**_____ of _____**123**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                Case No. _____

                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Dan Hennessy**<br>**Garfield Traub Development LLC**<br>**13455 Noel Road**<br>**Suite 2150**<br>**Dallas, TX 75240** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**DANIEL GRANADOS**<br>**9530 PARAMOUNT**<br>**DALLAS, TEXAS 75217** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**De Lage Landen Financial Services**<br>**PO BOX 848411**<br>**Dallas, Tx 75284-8411** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Dean Peterson**<br>**23109 Locust Way**<br>**Bothell, WA 98021** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Del Rio Bingo**<br>**1915 Veterans Blvd.**<br>**Del Rio, TX 78204** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Delaware Secretary of State**<br>**Division of Corporations**<br>**PO Box 11728**<br>**Newark, NJ 07101-4728** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |

Sheet no. ____32____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                          $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                   Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Dell Financial Services**<br>**Payment Processing Center**<br>**PO BOX 5275**<br>**Carol Stream, IL 60197-5275** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Dell Marketing L.P.**<br>**c/o Dell USA L.P.**<br>**PO Box 676021**<br>**Dallas, TX 75267-6021** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$6,601.55** |
| ACCT #:<br>**DELOITTE & TOUCHE**<br>**P O BOX 840503**<br>**DALLAS, TX 75284-0503** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Deluxe Business Forms & Supplies**<br>**2400 Central Avenue Suite B**<br>**Boulder, CO 80301** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Dennis O'Neil**<br>**103 236th Pl**<br>**SW Bothell, WA. 98201** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Denny O'Neil**<br>**1813 Concord Dr**<br>**Flower Mound, Tx 75022** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |

Sheet no. ____33_____ of _____123_____ continuation sheets attached to             **Subtotal >**             **$6,601.55**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**                                    Case No. _____
                                                                            (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Department of Employment - WY Workers' Safety & Compensation PO BOX 20006 Cheyenne, WY 82003** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Department of State 206 North Office Building P.O. Box 8721 Harrisburg, PA 17105** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Department of State Corporation Bureau PO BOX 8722 Harrisburg, PA 17105-8722** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Dept. of Law & Public Safety Michael Walker, Investigator Office of Consumer Protection 124 Halsey Street, 7th Floor Newark, NJ 7102** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Gaming License: ; Business License: #11607-95** | | | | $0.00 |
| ACCT #:<br>**Desert Lakes Design PO BOX 61002 Reno, NV 89506** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**DFW INTERNATIONAL AIRPORT P.O. BOX 4726 IRVING, CA 92616-4726** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____34____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                    Case No. _____
                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Diane Bolin** <br> **TAX ASSESSOR/COLLECTOR** <br> **700 Main St Suite 124** <br> **KERRVILLE, TEXAS 78028** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #: <br> **Digital Communications** <br> **990 N. Bowser Rd** <br> **Ste# 900** <br> **Richardson, TX 75081** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$0.00** |
| ACCT #: <br> **DIMMIT COUNTY TAX ASSESSOR** <br> **MRS. MELINDA V. CAMPOS, RTC** <br> **TAX ASSESSOR-COLLECTOR** <br> **PO BOX 425** <br> **CARRIZO SPRINGS, TEXAS 78834** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$0.00** |
| ACCT #: <br> **DODSCO, Inc.** <br> **6-27-21 Sagamidai Sagamihara-Shi** <br> **Kanagawa-Ken, Japan 228-0817** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | $4,112.32 |
| ACCT #: <br> **DODSCO, Inc.** <br> **Unit 45013** <br> **Box 2371** <br> **APO, AP 96338** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | **Unknown** |
| ACCT #: <br> **Dominique Laconico Inc. dba Nico Capital** <br> **25 Kingsville St White Plains** <br> **Quezon City** <br> **Metro Manila** <br> **1110 Philippines,  Philippines** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$0.00** |

Sheet no. _____35_____ of _____123_____ continuation sheets attached to     **Subtotal >**     **$4,112.32**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                            Case No. _____
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Donald J. Cox, Jr.**<br>**Law Offices of Donald Cox, LLC**<br>**212 Carnegie Center**<br>**Suite 206**<br>**Princeton, NJ 8540** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Dring Air Conditioning & Heating**<br>**PO BOX 816367**<br>**Dallas, TX 75381** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$3,111.78** |
| ACCT #:<br>**DSM Leasing**<br>**1300 Bay Street**<br>**Suite 400**<br>**Toronto, Ontario M4W 1A5 CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**DT RESEARCH INC.**<br>**2000 CONCOURSE DRIVE**<br>**SAN JOSE, CA 95131** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$883.00** |
| ACCT #:<br>**Duane Morris LLP**<br>**Payment Processing**<br>**One Liberty Place**<br>**Philadelphia, PA 19103-7396** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**E-World Cargo**<br>**7910 S 3500 E**<br>**Salt Lake City, Utah 84121** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |

Sheet no. ____**36**____ of ____**123**____ continuation sheets attached to                                      **Subtotal >**   | **$3,994.78** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                 **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                    Case No. _____
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**East Bay Route - Buenas Vidas Youth Ranc**<br>**3070 Pacific Avenue**<br>**Livermore, CA 94550** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |
| ACCT #:<br>**East Bay Route - League of Volunteers**<br>**35753 Cedar Blvd**<br>**Newark, CA 94560** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |
| ACCT #:<br>**EBS, LLC.**<br>**300 88th St,**<br>**South Birmingham, AL 35206** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Edlen Electric**<br>**3010 Builders Avenue**<br>**Las Vegas, NV 89101** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**EFO Genpar**<br>**Attn: Linda Coffman**<br>**2828 Routh Street #500**<br>**Dallas, TX 75201** | | DATE INCURRED:<br>CONSIDERATION:<br>?<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**EFO PRIVATE EQUITY LLC**<br>**2828 ROOTH**<br>**SUITE 500**<br>**DALLAS, TX 75201** | | DATE INCURRED:<br>CONSIDERATION:<br>?<br>REMARKS: | | | | **$20,000.00** |

Sheet no. ____37____ of ____123____ continuation sheets attached to                          **Subtotal >**   **$20,000.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                      **Total >**
                                              **(Use only on last page of the completed Schedule F.)**
                                         **(Report also on Summary of Schedules and, if applicable, on the**
                                         **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                              Case No. _____

                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**EGS**<br>**149 WELDON PKWY # 105**<br>**MARYLAND HEIGHTS, MO 63043** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Eldridge Churchill**<br>**1005 Front Street**<br>**Evanston, WY 82980** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Eldridge Churchill**<br>**105 Front St.**<br>**Evanston, WY 82980** | | DATE INCURRED:<br>CONSIDERATION:<br>**Storage charges**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**ElectrikTek**<br>**400 E. Mineral Ave.**<br>**Littleton, CO 80122** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Electronic Bingo Manufacturers Assoc.**<br>**16815 East Shea Blvd**<br>**Ste. 110 / PMB104**<br>**Fountain Hills, AZ 85268** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Electronic Imaging Materials, Inc.**<br>**20 Forge St.**<br>**Keene, NH 3431** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |

Sheet no. ____38_____ of ____123____ continuation sheets attached to                                 **Subtotal >**            **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                            **Total >**
                                         **(Use only on last page of the completed Schedule F.)**
                                  **(Report also on Summary of Schedules and, if applicable, on the**
                                  **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Elegance In Easels**<br>**2206 N Country Club Rd**<br>**Tucson, AZ 85716** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Elliott's Hardware**<br>**4901 Maple Ave**<br>**Dallas, Tx 75235** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Emery Bay**<br>**901 Lakeside Circle**<br>**Lewisville, TX 75057** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Emperial Moving & Delivery Service**<br>**2558 Southwell**<br>**Dallas, TX 75248** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Energizer Battery, Inc.**<br>**23145 Network Place**<br>**Chicago, IL 60673-1231** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$16,449.12** |
| ACCT #:<br>**ENL Global**<br>**Unit B**<br>**Los Angeles, CA 90045** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |

Sheet no. ____39____ of ____123____ continuation sheets attached to                    **Subtotal >**     **$16,449.12**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          **Total >**
                                                        **(Use only on last page of the completed Schedule F.)**
                                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bettina Corporation**                                        Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Entech Signs LLC**<br>**1905 W Arbor Rose**<br>**Grand Prairie, Tx 75050** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Enterprise Rent-a-car**<br>**1 Rivershase Office Plaza**<br>**Suite 204**<br>**Birmingham, AL 35244** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**eQube**<br>**5667 Riverbend Road**<br>**Edmonton, AB T6H 5K4, CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |
| ACCT #:<br>**Equity Office Properties**<br>**545 John Carpenter Frwy**<br>**PO BOX 842512**<br>**Dallas, TX 75284-2515** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Expedia Services**<br>**333 108th Avenue NE**<br>**Bellevue, WA 98004** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Expeditors Canada, Inc.**<br>**897 57th Avenue NE**<br>**GST# No.TPS: 101592277**<br>**Calgary, Alberta T2E 8X9  CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |

Sheet no. _____40_____ of _____123_____ continuation sheets attached to          **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Expeditors International**<br>**506 East Dallas Road**<br>**Suite 400**<br>**Grapevine, TX 76051** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $4,101.80 |
| ACCT #:<br>**F2 Technologies**<br>**PO BOX 160**<br>**Driftwood, Tx 78619** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**FACS**<br>**2750 Salt Springs Rd**<br>**Youngstown, OH 44509** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Falcon Express**<br>**16600 S. Dixie Highway**<br>**Markham, IL 60428** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**FED-EX KINKO**<br>**PO BOX 672085**<br>**DALLAS, TEXAS 75267-2085** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Federal Express**<br>**PO BOX 660481**<br>**Dallas, TX 75266-0481** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $2,350.69 |

Sheet no. ___41___ of ___123___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** $6,452.49

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                       Case No. _____
                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**FEMA Electronics Corp**<br>**12 Stults Rd**<br>**Suite 103**<br>**Dayton, NJ 8810** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**FIA CARD SERVICES**<br>**P O BOX 15710**<br>**WILMINGTON, DE 19866-5710** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**First National Bank of Pinedale**<br>**61 Pine Street**<br>**Pinedale, WY 82941** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**First Regional Bank**<br>**1801 Century Park**<br>**East Century City, CA 90067** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Flamingo Bingo**<br>**2407 Texoma Pkwy**<br>**Sherman, TX 75090** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Florida Department of Revenue**<br>**5050 West Tennessee Street**<br>**Tallahassee, FL 32399** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |

Sheet no. ____**42**____ of ____**123**____ continuation sheets attached to            **Subtotal >**            **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Florida Department of State Division of Corporations P.O. Box 6327 Tallahassee, FL 32314** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Foam Fabricators, Inc. PO BOX 691392 Cincinnati, Ohio 45269-1392** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Focus Strategies Investment Banking 515 Congress Avenue Suite 1612 Austin, Tx 78701** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**FOL Bingo 5324 Oporto-Madrid Blvd Birmingham, AL 35210** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Forsyth Auto Transport 332 Fan Anselmo Ave Fan Anselmo, CA 94960** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Fort Gordon Bingo Palace Lane Avenue Bldg 15500, Ft. Gordon, GA 30905** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS:<br>**Customer** | | | | $0.00 |

Sheet no. ___43___ of ___123___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**                                    Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Four Star Chemical**<br>**3137 26th Street**<br>**Los Angeles, CA 90023** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Franchise Tax Board**<br>**PO BOX 942857**<br>**Sacramento, CA 94257-0551** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**FREEMAN**<br>**175 The West Mall**<br>**Toronto, Ontario M9C 1C2  CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Freeman**<br>**PO BOX 650036**<br>**Dallas, TX 75265-0036** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Friends Bingo**<br>**200 A,B,C West South Village Blvd.**<br>**Florence, SC 29505** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Ft Benning**<br>**Sandhill NCO Club Bldg**<br>**9236  Marne Rd.**<br>**Ft. Benning, GA 31905** | | DATE INCURRED:<br>CONSIDERATION:<br>**Customer**<br>REMARKS:<br>**Customer** | | | | $0.00 |

Sheet no. ____44____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >          **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**                                Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Ft Lee**<br>**C Avenue**<br>**Bldg 2609,**<br>**Fort Lee, VA 23801** | | DATE INCURRED:<br>CONSIDERATION:<br>**Customer**<br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Ft. Campbell**<br>**Bldg 5222**<br>**Fort Campbell, KY 42223** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**G L Enterprises**<br>**George Lasko**<br>**6702 Bayport**<br>**San Antonio, Tx 78239** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Gabriel Ha**<br>**3608 Doubletree Court**<br>**Plano, TX 75023** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**GALVESTON COUNTY TAX**<br>**CHERYL E JOHNSON**<br>**TAX ASSESSOR - COLLECTOR**<br>**722 MOODY**<br>**GALVESTON, TEXAS 77550** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Gambling Control Board**<br>**1711 W. County Road B, Suite 300 South**<br>**Roseville, MN 55113** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS:<br>**Gaming License: ; Business License: #643-828** | | | | $0.00 |

Sheet no. ____45____ of ____123____ continuation sheets attached to                          Subtotal >            $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                     Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Game Tronics**<br>**8820 Jane Street Unit B**<br>**Concord, Ontario**<br>**Canada L4K 2M9,** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |
| ACCT #:<br>**GamePilot, Inc**<br>**Attn:  Ray Garfield**<br>**13455 Noel Road**<br>**Two Galleria Tower, Ste#2150**<br>**Dallas, Tx 75240** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods/services rendeed**<br>REMARKS: | | | | **$4,799.32** |
| ACCT #:<br>**GamePilot, Inc**<br>**Attn:  Ray Garfield**<br>**13455 Noel Road**<br>**Two Galleria Tower, Ste#2150**<br>**Dallas, Tx 75240** | | DATE INCURRED:<br>CONSIDERATION:<br>**Customer**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**GameTech International, Inc.**<br>**900 Sandhill Road**<br>**Reno, NV 89511** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Gaming Laboratories International**<br>**LOCK BOX 3151**<br>**PO BOX 8500**<br>**Philadelphia, PA 19178-3151** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Gaming Policy and Enforcement Branch**<br>**Registration Division**<br>**910 Government St.**<br>**3rd Floor**<br>**Victoria, BC V8W 1X3  CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |

Sheet no. ____**46**____ of ____**123**____ continuation sheets attached to          **Subtotal >**          **$4,799.32**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Garden City Bingo**<br>**2152 Hwy 17 S**<br>**OSV-247**<br>**Garden City, SC 29576** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Gateways Bingo**<br>**11605 Bridgeport Way SW**<br>**Lakewood, WA 98499** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**GEM Communications**<br>**P.O. Box 870780**<br>**Kansas City, MO 64187-0780** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Georgia Department of Revenue**<br>**TAXPAYER SERVICES DIVISION**<br>**P.O. BOX 105499**<br>**ATLANTA, GEORGIA 30348-5499** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Georgia Department of Revenue**<br>**PROCESSING CENTER**<br>**PO BOX 740317**<br>**ATLANTA, GA 30374-0317** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**GEORGIA INCOME TAX DIVISION**<br>**P O BOX 740397**<br>**ATLANTA, GA 30374-0397** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |

Sheet no. ____47____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**GES Expostion Services, Inc.**<br>**c/o Bank of America**<br>**1655 Grant Street**<br>**Concord, CA 94520** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Gifford Spring Company**<br>**219 Gold Street**<br>**Garland, TX 75042** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Glenda Bannister**<br>**PO BOX 65**<br>**New Summerfield, Tx 75780** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Global C.S., Inc.**<br>**10073 Valley View St**<br>**Suite 267**<br>**Cypress, CA 90630** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Global Gaming Expo**<br>**C/O Reed Exhibitions**<br>**P.O.Box 7247-7585**<br>**Philadelphia, PA 19170-7585** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Go Go Bingo - Caloocan**<br>**Ever Gotesco Grand Central**<br>**Caloocan City, Phillipines** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: **Customer** | | | | $0.00 |

Sheet no. ____48____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                    Case No. _____
                                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Go Go Bingo - Quezon**<br>**Ever Gtoesco Commonwealth**<br>**Quezon City, Phillippines** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Goodtime Action Games**<br>**11827 Judd Court**<br>**Dallas, Tx 75243** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Goodtime Bingo**<br>**12511 Texaco Rd**<br>**Houston, TX 77013** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**GOOSE CREEK CISD TAX OFFICE**<br>**CHARLENE PIGGOTT**<br>**TAX ASSESSOR - COLLECTOR**<br>**PO BOX 2805-4544  1-10 EAST**<br>**BAYTOWN, TX 77522-8881** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Gould Leasing**<br>**1220 Yonge Street**<br>**Suite 201**<br>**Toronto, Ontario M4T 1W1   CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**GraybaR**<br>**PO BOX 840458**<br>**Dallas, Tx 75284-0458** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ___49___ of ___123___ continuation sheets attached to                           **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    **Total >**
                                              **(Use only on last page of the completed Schedule F.)**
                                          **(Report also on Summary of Schedules and, if applicable, on the**
                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                              Case No. _____
                                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Guam**<br>**PO Box 23271**<br>**GMF**<br>**Guam,  96921** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |
| ACCT #:<br>**H-B Construction, Inc.**<br>**1111 Shadow Lakes Blvd**<br>**Allen, TX 75002** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**HALLETT & PERRIN, P.C.**<br>**2001 BRYAN STREET**<br>**SUITE 3900**<br>**DALLAS, TX 75201** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$378.00** |
| ACCT #:<br>**Hart Intercivic**<br>**P.O BOX 120453**<br>**DALLAS, TEXAS 75312-0453** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Hawkins**<br>**18303 Bothell-Everett Hwy**<br>**Suite 120**<br>**Mill Creek, WA 98012** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Haynes and Boone, LLP**<br>**PO BOX 841399**<br>**Dallas, TX 75284-1399** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$18,712.86** |

Sheet no. ____**50**____ of ____**123**____ continuation sheets attached to                    **Subtotal >**    **$19,090.86**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**HAYS COUNTY TAX OFFICE**<br>**LUANNE CARAWAY**<br>**TAX ASSESSOR/COLLECTOR**<br>**COURTHOUSE ANNEX, 102 LBJ DRIV**<br>**SAN MARCOS, TX 78666-5620** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Henderson County Tax Collector**<br>**Milburn Cheney Tax A/C**<br>**101 E Tyler**<br>**Athens, Tx 75751** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Hewlett-Packard**<br>**3000 Hanover Street**<br>**Palo Alto, CA 94304-1185** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Highgate Canada Inc.**<br>**1620-200 Burrard Street**<br>**Vancouver, BC V6C 3L6** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Highgate Hotels, Inc**<br>**545 E John Carpenter Fwy**<br>**Suite 1400**<br>**Irving, TX 75062** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**HILL AND KNOWLTON**<br>**HILL AND KNOWLTON**<br>**160 BLOOR STREET EAST**<br>**SUITE 700**<br>**TORONTO, ONTARIO M4W 3P7  CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____**51**____ of ____**123**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bettina Corporation**                                Case No. _____
                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Hind County Tax Collector**<br>**Eddie Fair**<br>**PO BOX 1727**<br>**Jackson, MS 39215-1727** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**HOLIDAY INN AIRPORT SOUTH**<br>**2715 FERN VALLEY ROAD**<br>**LOUISVILLE, KENTUCKY 40213** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Horner Novelty, Inc**<br>**310 Spring Street**<br>**Jeffersonville, IN 47130** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**HOUSTON INDEPENDENT SCHOOL DISTRICT**<br>**P.O. BOX 4668**<br>**HOUSTON, TEXAS 77210-4668** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Hub International Rigg - Dallas**<br>**2001 Bryan St**<br>**Ste 800**<br>**Dallas, Tx 75201** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**HUB International Southwest Agency Limit**<br>**PO BOX 90756  87199**<br>**7770 Jefferson NE**<br>**Suite 101**<br>**Albuquerque, NM 87109** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____**52**____ of ____**123**____ continuation sheets attached to                          **Subtotal >**    | $0.00 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                        Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**HUGHES AND LUCE, LLP.**<br>**1717 MAIN STREET**<br>**SUITE 2800**<br>**DALLAS, TEXAS 75201-4685** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Hutchison & Gray, PLLC**<br>**2424 N. Central Expresway**<br>**Ste 530**<br>**Richardson, Texas 75080** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Hutchison & Stephenson LLP**<br>**5949 Sherry Lane**<br>**Suite 1235**<br>**Dallas, TX 75225-6555** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**I-30 Bingo**<br>**8105 E. RL Thornton Fwy**<br>**Dallas, TX 75228** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |
| ACCT #:<br>**ICP ELECTRONICS, INC.**<br>**3F No22, CHUNG-HSING RD**<br>**SHI-CHI CITY**<br>**TAIPEI HSIEN,  Taiwan** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$84,512.00** |
| ACCT #:<br>**Idaho Lottery**<br>**PO BOX 9246**<br>**Boise, Idaho 83707-9246** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | **$0.00** |

Sheet no. ____53____ of ____123____ continuation sheets attached to                                    Subtotal >         **$84,512.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                        Total >
                                                          (Use only on last page of the completed Schedule F.)
                                                (Report also on Summary of Schedules and, if applicable, on the
                                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Idaho State Tax Commission**<br>**PO BOX 56**<br>**Boise, ID 83756-0056** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #:<br>**ILLINOIS DEPT. OF REVENUE**<br>**Office of Bingo & Charitable Gaming**<br>**PO BOX 19480**<br>**SPRINGFIELD, IL 62794-9480** | | DATE INCURRED:<br>CONSIDERATION:<br>**regulatory agency**<br>REMARKS:<br>**Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #:<br>**ILLINOIS DEPT. OF REVENUE**<br>**Attn: Colleen Wise**<br>**Office of Bingo & Charitable Gaming**<br>**101 West Jefferson Street, Level 3NW**<br>**SPRINGFIELD, IL 62702** | | DATE INCURRED:<br>CONSIDERATION:<br>**regulatory agency**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Illinois Gaming Board**<br>**160 N. LaSalle, Suite 300**<br>**Chicago, IL 60601** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Gaming License: BF-00402; Business License: #551416** | | | | **$0.00** |
| ACCT #:<br>**Image Works**<br>**Event Production & Management, Inc.**<br>**975 White Drive**<br>**Las Vegas, NV 89119** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$114.00** |
| ACCT #:<br>**ImageNet Litigation Support**<br>**2001 Bryan Street**<br>**Suite 3900**<br>**Dallas, TX 75201** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |

Sheet no. ____54____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$114.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**                            Case No. _____

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**IMCEA**<br>**1530 Dunwoody Village Pkwy**<br>**Suite 203**<br>**Atlanta, GA 30338** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Insight**<br>**P.O. Box 78825**<br>**Phoenix, AZ 85062-8825** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Intelibytes Corporation, Inc.**<br>**1452 Hughes Rd.**<br>**Suite 330**<br>**Grapevine, TX 75062** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**INTELINET SYSTEMS**<br>**1761 INTERNATIONAL PARKWAY**<br>**SUITE 105**<br>**RICHARDSON, TEXAS 75081** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**InterCall**<br>**DEPT 1261**<br>**Denver, CO 80256** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**UTILITY** | | | | **$189.55** |
| ACCT #:<br>**Irving ISD**<br>**TAX OFFICE**<br>**P.O. BOX 152021**<br>**Irving, Texas 75015-2021** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | **$0.00** |

Sheet no. ____55____ of ____123____ continuation sheets attached to                                        **Subtotal >**        **$189.55**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                    Case No. _____
                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**ISTA**<br>**PO BOX 650596**<br>**DALLAS, TX 75265** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Ivan Knowles**<br>**1380 Birch St.**<br>**Pemberton, British Columbia V0N2L0  CANA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**J-PHASE ELECTRIC, LLC**<br>**181 S Watson**<br>**Suite 306**<br>**Arlington, Texas 76010** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**JACKSON WALKER L.L.P.**<br>**PO BOX 130989**<br>**DALLAS, TX 75313-0989** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Jaffer Khimji**<br>**545 East John Carpenter Freeway**<br>**Suite 1400**<br>**Irving, TX 75062** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**JOHN RAMSEY TAX COLLECTOR**<br>**100 W. HOUSTON, Ste. 11**<br>**GRAYSON COUNTY**<br>**SHERMAN, TEXAS 75090** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | **$0.00** |

Sheet no. _____56_____ of _____123_____ continuation sheets attached to                              **Subtotal >**        **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    **Total >**
                                              **(Use only on last page of the completed Schedule F.)**
                                      **(Report also on Summary of Schedules and, if applicable, on the**
                                      **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bettina Corporation**                                     Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Joseph Lerner<br>8355 Cinnamon Ridge Lane<br>Reno, NV 89523-4837** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**JP Sales<br>7045 Startown Rd<br>Maiden, NC 28650** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$12,473.10** |
| ACCT #:<br>**JUNG & SISCO, P.A.<br>100 SOUTH ASHLEY DRIVE<br>SUITE 1240<br>WACHOVIA CENTER<br>TAMPA, FLORIDA 33602** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Jupiter Bingo<br>2120 E. Beltline<br>Dallas, TX 75081** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |
| ACCT #:<br>**KAESER & BLAIR, INC<br>4236 GRISSOM DRIVE<br>BATAVIA, OH 45103-1696** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Kansas Secretary of State<br>Memorial Hall, 1st Floor<br>120 S.W. 10th Avenue<br>Topeka, KS 66612** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Gaming License: ; Business License: . #9903-<br>518-8 ?Business License not required if units<br>sold to local contractor per Section 125 of** | | | | **$0.00** |

Sheet no. ____**57**____ of ____**123**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$12,473.10**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| | | Illinois Business Code | | | | |
| ACCT #: <br> **Karl Allred** <br> **P.O. Box 508** <br> **Evanston, WY 82931** | | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **Kaufman County Tax Office** <br> **Dick Murphy - Tax Assessor-Collector** <br> **Kaufman County** <br> **PO BOX 339** <br> **Kaufman, Tx 75142-0339** | | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **KENNETH L MAUN** <br> **TAX ASSESSOR - COLLECTOR** <br> **COLLIN COUNTY** <br> **P.O. BOX 8046** <br> **McKINNEY, TEXAS 75070-8046** | | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **KENTUCKY DEPT OF REVENUE** <br> **Financial Tax Section** <br> **Station 61** <br> **FRANKFORT, KY 40602** | | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: <br> **Taxing Jurisdiction** | | | | $0.00 |
| ACCT #: <br> **KENTUCKY DEPT OF REVENUE** <br> **DEPARTMENT OF REVENUE** <br> **FRANKFORT, KY 40620** | | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: | | | | $0.00 |

Sheet no. ____**58**____ of ____**123**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $0.00

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Kentucky Dept. of Charitable Gaming**<br>**Leah Boggs, Assistant Director**<br>**132 Brighton Park Blvd.**<br>**Frankfort, KY 40601** | | DATE INCURRED:<br>CONSIDERATION:<br>**regulatory agency**<br>REMARKS:<br>**Gaming License: MAN0000026; Business License: # 3847936** | | | | $0.00 |
| ACCT #:<br>**Kentucky Revenue Cabinet**<br>**Station Number 21**<br>**P.O Box 1274**<br>**Frankfort, KY 40602-1274** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Kentucky State Treasurer**<br>**OFFICE OF CHARITABLE GAMING**<br>**132 BRIGHTON PARK BLVD**<br>**FRANKFORT, KY 40601-3714** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Kerrville Bingo**<br>**3800 Riverside Dr**<br>**Kerrville, TX 78028** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**KERRVILLE INDEPENDENT SCHOOL DIST**<br>**Tax Collector: Jerri Cox**<br>**301 N Live Oak**<br>**Rockport, TEXAS 78382** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**KERRVILLE INDEPENDENT SCHOOL DIST**<br>**WILLIAM S ORR**<br>**TAS ASSESSOR-COLLECTOR**<br>**329 EARL GARRETT**<br>**KERRVILLE, TEXAS 78028** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ___**59**___ of ____**123**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  **$0.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Kevin Hayes**<br>**P.O. Box 7**<br>**Cora, WY 82925** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Kinko's, Inc.**<br>**Customer Admin. Services**<br>**P.O. Box 530257**<br>**Atlanta, GA 30353-0257** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**KVF2 LLC**<br>**16212 BOTHELL EVERETT**<br>**HWY #F116**<br>**MILL CREEK, WA 98012** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Labor Ready Central, Inc.**<br>**PO BOX 676412**<br>**Dallas, Tx 75267-6412** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Landstar Express America, Inc.**<br>**PO BOX 651434**<br>**Charlotte, NC 28265-1434** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Las Colinas Printing & Graphics**<br>**5330 N. MacArthur Blvd.**<br>**Suite 148**<br>**Irving, TX 75038** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$343.16** |

Sheet no. ____60____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$343.16**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Laurel**<br>**114 Millsaps Ave**<br>**Jackson, MS 39202** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Leo Sierra, CPA**<br>**7502 Greenville Ave**<br>**Suite 500**<br>**Dallas, TX 75231-3812** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Les Entreprise Omni Bingo Inc.**<br>**11725 Boul. Riviere-Des-Prairies**<br>**Montreal, Quebec H1C 1R2** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Licensing and Regulations**<br>**Morris Rooke**<br>**Dept. of Charitable Gaming**<br>**101 N. 14th St., 17th Floor**<br>**Richmond, VA 23219** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Gaming License: S-08-3015-11707; Business License: #3097258-0143** | | | | $0.00 |
| ACCT #:<br>**Lightning Games**<br>**Attn: Jeff Boltz**<br>**3415 W Northern Ave**<br>**Phoenix, AZ 85051** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**LightSpeed Datalinks**<br>**4747 Hamilton Rd**<br>**Suite C**<br>**Columbus, GA 31904** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____61____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                    Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Lone Star Overnight**<br>**PO BOX 149225**<br>**Austin, Tx 78714-9225** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $287.22 |
| ACCT #:<br>**Lorrie Trapp**<br>**512 Bedford**<br>**Richardson, TX 75080** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Louisiana Department Of Revenue**<br>**Office of Charitable Gaming**<br>**PO BOX 98502**<br>**Baton Rouge, LA 70884** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Louisiana Department Of Revenue**<br>**Attn: Michael Legendre**<br>**Office of Charitable Gaming**<br>**8549 United Plaza Blvd., Suite 301**<br>**Baton Rouge, LA 70884** | | DATE INCURRED:<br>CONSIDERATION:<br>**regulatory agency**<br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Louisiana Department Of Revenue**<br>**P.O. Box 3550**<br>**Baton Rouge, LA 70821-3550** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Louisiana Office of Charitable Gaming**<br>**P O Box 98502**<br>**Baton Rouge, LA 70884** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |

Sheet no. ____62____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $287.22

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                        Case No. _____
                                                                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Louisiana Secretary of State Commerical Division PO BOX 94125 Baton Rouge, LA 70804-9125** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Lumen Institute The Lincoln Building 60 East 42nd Street Suite 1217 New York, NY 10165** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**M&A Technology 2045 Chenault Drive Carrollton, Tx 75006** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Mahmood Khimji 545 East John Carpenter Freeway Suite 1400 Irving, TX 75062** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Maiden Amusement, Inc. 7045 Startown Road Maiden, NC 28650** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Manifest Funding Services P.O. BOX 790448 St. Louis, MO 63179-0448** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____63____ of ____123____ continuation sheets attached to          **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                          Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Marine Products** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Mario Di Pilato**<br>**1496 Du Jura**<br>**Laval, Quebec H7M 5N3  CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Markel Enterprises LLC**<br>**4444-B Mississippi Street**<br>**San Diego, CA 92116** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Market Bingo - Binan**<br>**Pavilion Mall**<br>**Laguna, Phillippines** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Market Bingo - San Pablo**<br>**San Pablo Shopping Mall**<br>**San Pablo City, Phillippines** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Market Bingo - Santa Rosa**<br>**SM City Santa Rosa**<br>**Laguna, Phillippines** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |

Sheet no. ____64____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$0.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                    Case No. _____
                                                                                    (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Market Warehouse Inc.**<br>**998C Old Country Road**<br>**Suite 123**<br>**Plainview, NY 11803** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Martha Boley**<br>**9313 Athens Drive**<br>**Argyle, TX 76226** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Maurice Freeman**<br>**14724 93rd BLVD NE**<br>**Apt G101**<br>**Bothell, WA 98001** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**MBNA**<br>**Attn: FL1-300-02-07**<br>**PO Box 25118**<br>**Tampa, FL 33633-0900** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**MBNA - Platinum Plus for Business**<br>**PO BOX 15469**<br>**Wilmington, DE 19886-5469** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**MC&M Video**<br>**4825 Executive Park Ct.**<br>**Suite 101**<br>**Jacksonville, FL 32216** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____65_____ of ____123____ continuation sheets attached to                       **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                **Total >**
                                            **(Use only on last page of the completed Schedule F.)**
                                            **(Report also on Summary of Schedules and, if applicable, on the**
                                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**McCourt MFG**<br>**101 N. 3rd**<br>**Fort Smith, AR 72901** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**MCCS Bingo**<br>**Bldg. 7450 Radford Blvd**<br>**Albany, GA 31705** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**MCLENNAN COUNTY - TAX OFFICE**<br>**A.F. ""BUDDY"" SKEEN**<br>**215 N. 5th St., Suite: 118**<br>**WACO, TEXAS 76703** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**MCLENNAN COUNTY - TAX OFFICE**<br>**A.F. ""BUDDY"" SKEEN**<br>**TAX ASSESSOR COLLECTOR**<br>**P.O. BOX 406**<br>**WACO, TEXAS 76703** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**McLeod, USA**<br>**P.O. Box 3243**<br>**Milwaukee, WI 53201-3243** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Mendelssohn**<br>**#400 69 Yonge Street**<br>**Toronto, ON M5E 1K3  CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____66_____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**

Case No. _____
(if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Michigan Bureau of State Lottery**<br>**Thomas Reich, Supervisor**<br>**Charitable Gaming Division**<br>**101 E. Hillsdale**<br>**Lansing, MI 48909** | | DATE INCURRED:<br>CONSIDERATION:<br>**regulatory agency**<br>REMARKS:<br>**Gaming License: W24700 ; Business License:**<br>**#TRO 35501085F** | | | | $0.00 |
| ACCT #:<br>**Microsoft Corporation**<br>**MSDN Subscriptions**<br>**P.O. Box 848529**<br>**Dallas, TX 75284-8529** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Middleton Burns & Davis, PC**<br>**3333 Lee Parkway**<br>**Suite 350**<br>**Dallas, TX 75219** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $50,689.31 |
| ACCT #:<br>**Mike Coffee**<br>**3210 Chimney Rock Drive**<br>**Nacogdoches, Tx 75965** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Mike Danhi**<br>**3300 N Pace Blvd**<br>**Pensacola, FL 32505** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Mike Imamura**<br>**2657 Country Golf Drive**<br>**Wellington, FL 33414** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____67____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $50,689.31

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                    Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Millennium Bingo - Quezon**<br>**2nd Floor**<br>**Quezon City, Phillippines** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Miller Malone P.S. Inc**<br>**3110  Ruston way**<br>**Suite F**<br>**Tacoma, WA 98402** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Miller, Malone & Tellefson**<br>**3110 Ruston Way**<br>**Suite F**<br>**Tacoma, WA 98402** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $138.92 |
| ACCT #:<br>**Mind Aim Visual Communication**<br>**1904 N Prairie Ave**<br>**Dallas, Tx 75204** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $605.00 |
| ACCT #:<br>**Minister of Finance & Corporate Relation**<br>**Alcohol & Gaming Commission**<br>**90 Sheppard Avenue East**<br>**Toronto, Ontario M2N 0A4  CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Minister of Finance & Corporate Relation**<br>**Gaming Policy & Enforcement Branch**<br>**Registration & Certification**<br>**PO BOX 9202  STN PROV GOVT**<br>**Victoria, BC V8W 9J1  CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____**68**____ of ____**123**____ continuation sheets attached to                    **Subtotal >**      $743.92
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                    Case No. _____
                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Mississippi Gaming Commission**<br>**Charitable Gaming Division**<br>**P.O. Box 23577**<br>**Jackson, Mississippi 39225-3577** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Mississippi Gaming Commission**<br>**Sonny Weathersby, Director**<br>**Charitable Gaming Division**<br>**620 North Street, Suite 200**<br>**Jackson, MS 39202** | | DATE INCURRED:<br>CONSIDERATION:<br>**regulatory agency**<br>REMARKS:<br>**Gaming License: Manufacturer #22876,**<br>**Distributor #22933, ; Business License: #**<br>**1446457-2** | | | | $0.00 |
| ACCT #:<br>**Missouri Gaming Commission**<br>**Corporal David Booker**<br>**3417 Knipp Drive**<br>**Jefferson City, MO 65109** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS:<br>**Gaming License: ; Business License: #**<br>**00734979** | | | | $0.00 |
| ACCT #:<br>**Missouri Gaming Commission**<br>**Bingo Division**<br>**PO Box 1847**<br>**Jefferson City, MO 65102** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Mitchum Computer Services**<br>**75 Ridge Road**<br>**Seale, AL 36875** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Modcomp Systems and Solutions**<br>**1500 S POWERLINE ROAD**<br>**DEERFIELD BEACH, FL 33442** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $0.00 |

Sheet no. _____69_____ of _____123_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                    $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                Case No. _____
                                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Moore Engineering Corp**<br>**1989 West 8300 South**<br>**West Jordan, UT 84088** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Morgan Newton Co., L.P.**<br>**3401 Wynwood Drive**<br>**Plano, Tx 75074** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$553.16** |
| ACCT #:<br>**Mother's Nature Bingo**<br>**PO BOX 1864**<br>**Wenatchee, WA 98807** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Mother's Nature Bingo**<br>**408 South Chelan**<br>**Wenatchee, WA 98801** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |
| ACCT #:<br>**Mountain Tech Sales & Assembly**<br>**3424 West 2400 South**<br>**West Valley City, UT 84119** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$10,887.00** |
| ACCT #:<br>**Murray Ross Orr**<br>**439 University Avenue**<br>**Toronto Ontario**<br>**M5G 1Y8 CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$0.00** |

Sheet no. ____**70**____ of ____**123**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$11,440.16**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bettina Corporation**                                      Case No. _____
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **MWR** <br> **MWR Finance Bldg 978** <br> **NAF ATSUGI** <br> **PSC 477 BOX 20** <br> **FPO AP,  96306-1220** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$0.00** |
| ACCT #: <br> **Mylox Technologies, Inc.** <br> **1846 Rosemeade Pkwy** <br> **Suite 344** <br> **Carrollton, Tx 75007** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$0.00** |
| ACCT #: <br> **Nacogdoches Central Appr Dist** <br> **216 W. Hospital St.** <br> **NACOGDOCHES, TX 75961** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #: <br> **Nacogdoches Tax Collector** <br> **101 West Main** <br> **NACOGDOCHES, TX 75965** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #: <br> **NAGRA** <br> **6 E. Exchange St** <br> **Suite 500** <br> **St. Paul, MN 55101** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$0.00** |
| ACCT #: <br> **NC Secretary of State** <br> **2 South Salisbury Street** <br> **Raleigh, NC 27601-2903** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$0.00** |

Sheet no. _____**71**_____ of _____**123**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    **$0.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                          Case No. _____
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**NCDOR**<br>**P O BOX 25000**<br>**RALEIGH, NC 27640-0500** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**NCS Power, Inc**<br>**5139 NE 94th Street**<br>**Suite F**<br>**Vancouver, WA 98662** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Nebraska Department of Revenue**<br>**Deb Weber**<br>**Agent 16**<br>**301 Centenial Mall South**<br>**Lincoln, NE 68509** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Gaming License: ; Business License:**<br>**#F00528572** | | | | $0.00 |
| ACCT #:<br>**Nebraska Dept of Revenue**<br>**Charitable Gaming Division**<br>**P.O. Box 94855**<br>**Lincoln, NE 68509-4855** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Nebraska State Patrol**<br>**Criminal Identification Divisi**<br>**P.O.Box 94907**<br>**Lincoln, NE 68509-4907** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Nell Anne Hunt**<br>**3704 Hidalgo**<br>**Irving, Texas 75062** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. _____72_____ of _____123_____ continuation sheets attached to                       **Subtotal >**        $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                                          **Total >**
                                                   **(Use only on last page of the completed Schedule F.)**
                                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                    Case No. _____

                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Network Solutions**<br>**13861 Sunrise Valley Drive**<br>**Dept ACQM**<br>**Herndon, VA 20171** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Nevada Gaming Control Board, Audit Divis**<br>**Sue Skrove, Senior Agent**<br>**555 E. Washington Ave., Ste. 2600**<br>**Las Vegas, NV 89101** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Gaming License: ; Business License: #**<br>**1000420820** | | | | **$0.00** |
| ACCT #:<br>**Nevada Secretary of State**<br>**202 North Carson Street**<br>**Carson City, NV 89701-4201** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #:<br>**New Braunfels VFW**<br>**New Braunfels, TX 78130** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |
| ACCT #:<br>**New York State Corporation Tax**<br>**NYS Assessment Receivables**<br>**PO BOX 4127**<br>**Binghamton, NY 13902-4127** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #:<br>**New York State Corporation Tax**<br>**PROCESSING UNIT**<br>**PO BOX 22102**<br>**ALBANY, NY 12201-2102** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |

Sheet no. ____73_____ of _____123_____ continuation sheets attached to                                    **Subtotal >**     **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    **Total >**
                                                        **(Use only on last page of the completed Schedule F.)**
                                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                              Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **New York State Department of State Division of Corporations 41 State Street Albany, NY 12231-0002** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **Taxing Jurisdiction** | | | | $0.00 |
| ACCT #: <br> **New York State Racing and Wagering Board 1 Watervliet Ave Extention Suite 2 Albany, NY 12206-1668** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **Taxing Jurisdiction** | | | | $0.00 |
| ACCT #: <br> **New York State Racing and Wagering Board 1 Broadway Center Suite 600 Schenectady, NY 12305-2553** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **Taxing Jurisdiction** | | | | $0.00 |
| ACCT #: <br> **New York State Racing and Wagering Board Attn: Nicole Robilotto 1 Broadway Center, Suite 600 Schenectady, NY 12305-2553** | | DATE INCURRED: <br> CONSIDERATION: <br> **regulatory agency** <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **NewAgain Solutions, Ltd. 1602 Terre Colony Ct Dallas, Tx 75212** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **Nexergy, Inc. PO BOX 975241 Dallas, TX 75397-5241** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $0.00 |

Sheet no. _____74_____ of _____123_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$0.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Nextcorp**<br>**7701 Las Colinas Ridge**<br>**Suite 100**<br>**Irving, TX 75063** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Nextel Partners Inc**<br>**P.O Box 4192**<br>**Carol Stream, IL 60197-4192** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Nick Farley & Associates**<br>**6401 Davis Industrial Pkwy**<br>**Suite A**<br>**Solon, OH 44139** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Nico Capital**<br>**25 Kingsville St**<br>**Quezon City, Phillipines 1110** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Nico Capital Gaming, Inc.**<br>**25 Kingsville St.**<br>**White Plains**<br>**1110 Philippines**<br>**Quezon City, Metro Manila Philippines** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**North Carolina Department of Revenue**<br>**PO BOX 25000**<br>**RALEIGH, NC 27640-0520** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |

Sheet no. ____75_____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                   Case No. _____

                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**North Myrtle Beach**<br>**82 Cloverleaf Lane**<br>**Unit #1, Longs, SC 29568** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |
| ACCT #:<br>**NORTH TEXAS TOLLWAY AUTHORITY**<br>**CUSTOMER CENTER**<br>**PO BOX 260928**<br>**PLANO, TX 75026-0928** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Northshore Youth Soccer Association**<br>**23718 Bothell Everett Highway**<br>**Ste H**<br>**Bothell, WA 98021** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Northwatt Bingo**<br>**5715 North Watt Ave**<br>**North Highlands Center, CA 95660** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |
| ACCT #:<br>**NOVACOPY OF TEXAS, LLC**<br>**PO BOX 631850**<br>**DEPT 1001**<br>**IRVING, TX 75063-1850** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,754.30** |
| ACCT #:<br>**NUECES COUNTY TAX**<br>**RAMIRO R CANALES, CTA**<br>**P.O. BOX 2810**<br>**CORPUS CHRISTI, TEXAS 78403-2810** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | **$0.00** |

Sheet no. ____76____ of ____123____ continuation sheets attached to                     **Subtotal >**        **$1,754.30**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                   **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                  Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**NV Secretary of State**<br>**101 N Carson Street Suite 3**<br>**Carson City, NV 89701** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #:<br>**NYS Racing and Wagering Board**<br>**Tracey Rubino**<br>**1 Broadway Center, Suite 600**<br>**Schenectady, NY 12305** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Gaming License: No. 533; Business License: # 0100950401** | | | | **$0.00** |
| ACCT #:<br>**Office Depot**<br>**PO Box 70025**<br>**Los Angeles, CA 90074-0025** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,272.88** |
| ACCT #:<br>**Office of Charitable Gaming**<br>**Michael Legendre, Director**<br>**Department of Revenue**<br>**8549 United Plaza Blvd., Suite 301**<br>**Baton Rouge, LA 70884** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Gaming License: M0003055-00; Business License: #458851** | | | | **$0.00** |
| ACCT #:<br>**Office of Charitable Gaming**<br>**P.O. BOX 98502**<br>**Baton Rouge, LA 70884** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Office of Revenue - Mississippi**<br>**PO BOX 23075**<br>**Jackson, MS 39225-3075** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | **$0.00** |

Sheet no. ____77____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$1,272.88**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                      Case No. _____
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Office of Revenue - Mississippi**<br>**P.O. Box 23050**<br>**Jackson, MS 39225-3050** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Office Of The Attorney General**<br>**PO BOX 659781**<br>**San Antonio, Texas 78265-9791** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Office Resource Group**<br>**1303 W Beltline Rd**<br>**Suite 201**<br>**Carrollton, Tx 75006** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Office Team**<br>**FILE 73484**<br>**PO BOX 60000**<br>**San Francisco, CA 94160-3484** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Ohio Dept of Taxation**<br>**PO  BOX 182101**<br>**COLUMBUS, OH 43218-2101** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Ohio Dept of Taxation**<br>**OHIO DEPT OF TAXATION**<br>**PO BOX 804**<br>**COLUMBUS, OH 43216-0804** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |

Sheet no. _____78_____ of _____123_____ continuation sheets attached to                                **Subtotal >**         **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                    Case No. _____

                                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Ohio Dept of Taxation**<br>**PO BOX 27**<br>**Columbus, OH 43216-0027** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Ohio Office of the Attorney General**<br>**Monica Moloney**<br>**State Office Tower**<br>**30 E. Broad Street,17th Floor**<br>**Columbus, OH 43215** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Gaming License: ; Business License: #**<br>**0679919** | | | | $0.00 |
| ACCT #:<br>**Olswang Client A/C**<br>**Lloyds TSB Bank Plc**<br>**39 Threadneedle Street**<br>**London,  EC2R 8AU   UK** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**OmniPrint, Inc.**<br>**14 Chrysler**<br>**Irvine, CA 92618** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Omnitrans**<br>**dba Les Produits Servi-Jeux**<br>**3615 Boul. Industrial**<br>**Montreal, QC H1H 2Y6  CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**On Time Couriers**<br>**2001 Bryan St.**<br>**Ste. 2155**<br>**Dallas, Texas 75201** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____79____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**                    **$0.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                          Case No. _____
                                                                   (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Ontario Charitable Gaming Association**<br>**c.o 11 Woodhaven Drive**<br>**Brampton, ON L7A 1Y6  CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Ontario Liberal Fund**<br>**10 St. Mary Street**<br>**Suite 210**<br>**Toronto, ON M4Y 1P9 CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Oregon Secretary of State**<br>**Public Service Building Suite 151**<br>**255 Capitol Street NE**<br>**Salam, OR 97310** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Orkin, Inc.**<br>**1209 WN Carrier Pkwy**<br>**Suite 300**<br>**Grand Prairie, TX 75050** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Oxford Associates, Inc.**<br>**1860 Crown Drive**<br>**Suite 1403**<br>**Dallas, Tx 75234** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**PA Department of Revenue**<br>**BUREAU OF CORPORATION TAXES**<br>**PO BOX 280423**<br>**HARRISBURG, PA 17128-0423** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: **Taxing Jurisdiction** | | | | $0.00 |

Sheet no. ____80_____ of _____123_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                             Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Pacific Bell**<br>**Payment Center**<br>**Van Nuys, CA 91388-0001** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Pacific Bingo Cabanantuan**<br>**2nd Floor**<br>**Nueva Ecija, Phillippines** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |
| ACCT #:<br>**Pam Grigar**<br>**4779 N Galloway**<br>**Apt. 402**<br>**Mesquite, Texas 75150** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Panasonic Digital Document Com**<br>**LEASE ADMINISTRATION CENTER**<br>**PO BOX 371992**<br>**Pittsburgh, PA 15250-7992** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Paracorp Inc. DBA Parasec**<br>**PO BOX 160568**<br>**Sacramento, CA 95816-0568** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$375.00** |
| ACCT #:<br>**Paradise I**<br>**1520 College Ave**<br>**South Houston, TX 77587** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | **$0.00** |

Sheet no. ____81____ of ____123____ continuation sheets attached to                                    **Subtotal >**          **$375.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          **Total >**
                                                     **(Use only on last page of the completed Schedule F.)**
                                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                                      **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                    Case No. _____
                                                                                        (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Paradise II**<br>**1520 College Ave**<br>**South Houston, TX 77587** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Paradise Rock Hill**<br>**1312 E. Black Street**<br>**Rock Hill, SC 29730** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Paradise-Augusta**<br>**547 Atomic Rd.**<br>**N. Augusta, SC 29841** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Paradise-Florence**<br>**1352 James Jones Ave.**<br>**Florence, SC 29505** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Parasec**<br>**PO BOX 160568**<br>**Sacramento, CA 95816-0568** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Park Place Bingo**<br>**1045 South Main**<br>**Salinas, CA 93901** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |

Sheet no. ____82____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                              Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**PASADENA INDEPENDENT SCHOOL DIST**<br>**ZELDA CRYAR, RTA, CSTA, CTA**<br>**2223 Strawberry Rd**<br>**PASADENA, TX 77502** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**PASADENA INDEPENDENT SCHOOL DIST**<br>**ZELDA CRYAR, RTA, CSTA, CTA**<br>**TAX ASSESSOR/COLLECTOR**<br>**PO BOX 1318**<br>**PASADENA, TX 77501-1318** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**PAUL BETTENCOURT TAX ASSESSOR**<br>**Harris County Tax Office**<br>**P.O. Box 4663**<br>**HOUSTON, TEXAS 77210** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**PAUL BETTENCOURT TAX ASSESSOR**<br>**PAUL BETTENCOURT**<br>**TAX ASSESSOR - COLLECTOR**<br>**P.O. BOX 4622**<br>**HOUSTON, TEXAS 77210-4622** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**PAUL PATRICK ELECTRIC, INC.**<br>**5755 WINDOVER STREET**<br>**MILTON, FLORIDA 32583** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>Paul Ruben<br>Ruben Engineering Group<br>741 E. Litson Circle<br>Murray, UT 84107 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. _____83_____ of _____123_____ continuation sheets attached to          Subtotal >          $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bettina Corporation**                          Case No. _____
                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**PAULA RECTOR, RTA**<br>**TAX ASSESSOR/COLLECTOR**<br>**KERR COUNTY**<br>**700 MAIN ST.  STE 124**<br>**KERRVILLE, TEXAS 78028** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Paychex**<br>**Human Resources Services**<br>**1175 John St**<br>**West Henrietta, NY 14586-9199** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**PETER STONE**<br>**1923 - 5th Street S.W.**<br>**Unit B**<br>**Calgary, Alberta T2S 2B2  CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $172.98 |
| ACCT #:<br>**Pitney Bowes, Inc.**<br>**PO BOX 856390**<br>**Louisville, KY 40285-6390** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**PowerUp Inc.**<br>**PO BOX 7528**<br>**Tamuning, Guam 96931** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Prettyman Remodeling**<br>**3642 West 1987 South**<br>**Salt Lake City, UT 84104** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____84____ of ____123____ continuation sheets attached to          **Subtotal >**     $172.98
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                         **Total >**
                    **(Use only on last page of the completed Schedule F.)**
                 **(Report also on Summary of Schedules and, if applicable, on the**
                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                     Case No. _____

                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Pro Messenger** <br> **PO BOX 1006** <br> **ADDISON, TX 75001-1006** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$0.00** |
| ACCT #: <br> **Prudential Insurance Company** <br> **213 Washington Street** <br> **Newark, NJ 07102-2992** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$0.00** |
| ACCT #: <br> **PSBP Westwood, L.P.** <br> **P.O. Box 200697-01** <br> **Dallas, Texas 75320-0697** | | DATE INCURRED: <br> CONSIDERATION: <br> **Lease** <br> REMARKS: | | | | **$738.97** |
| ACCT #: <br> **QUALITY BINGO** <br> **12364 W. ALAMEDA PARKWAY** <br> **LAKEWOOD, COLORADO 80228** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$0.00** |
| ACCT #: <br> **QUEST** <br> **P.O. BOX 41039** <br> **SACRAMENTO, CA 95841-0039** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$0.00** |
| ACCT #: <br> **Questar Gas** <br> **P.O. Box 45841** <br> **Salt Lake City, UT 84139-0001** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$0.00** |

Sheet no. ____85_____ of ____123____ continuation sheets attached to                                        **Subtotal >**          **$738.97**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**QUINN PACIFIC**<br>**TERRY**<br>**2337 ROSCOMARE ROAD**<br>**#2-235**<br>**LOS ANGELES, CALIFORNIA 90077** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Qwest Communications**<br>**PO BOX 173638**<br>**DENVER, CO 80217-3638** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**R2 Computer Guys**<br>**PO BOX 451708**<br>**Laredo, Tx 78045** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Raindance Communications, Inc.**<br>**Dept #1261**<br>**Denver, CO 80256** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Randall McMillan**<br>**4779 N Galloway**<br>**Apt.#402**<br>**Mesquite, Tx 75150** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Randy's**<br>**1534 Bandera Rd**<br>**San Antonio, TX 78228** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |

Sheet no. ____86____ of ___123___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**

Case No. _____

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Randy's 2 (Golden)** <br> **1327 Bandera Rd** <br> **San Antonio, TX 78228** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **Customer** | | | | $0.00 |
| ACCT #: <br> **Randy's Ballroom** <br> **1534 Bandera Rd** <br> **San Antonio, TX 78228** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **Customer** | | | | $0.00 |
| ACCT #: <br> **Randy's Battery Orders** <br> **10225 IH35 North** <br> **San Antonio, TX 78233** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **Customer** | | | | $0.00 |
| ACCT #: <br> **READY TO GO** <br> **P O BOX 455** <br> **GRAPEVINE, TEXAS 76099** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **RELIABLE CHEVROLET** <br> **PO BOX 831240** <br> **RICHARDSON, TX 75080-1240** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **Reliant Energy** <br> **PO BOX 650475** <br> **Dallas, TX 75265-0475** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **UTILITY** | | | | $0.00 |

Sheet no. _____87_____ of _____123_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                      Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Rey Sereseroz** <br> **10453 Linda Circle** <br> **Forney, Tx 75126** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **Richardson Independent School District** <br> **TAX OFFICE** <br> **970 SECURITY ROW** <br> **RICHARDSON, TX 75081** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **Taxing Jurisdiction** | | | | $0.00 |
| ACCT #: <br> **Richmore Bingo** <br> **1306 Richey Street** <br> **Pasadena, TX 77502** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **Customer** | | | | $0.00 |
| ACCT #: <br> **Rick Lanpher, Jr.** <br> **13625 Ashridge Dr** <br> **Dallas, TX 75240** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **Roanoke HVAC** <br> **PO BOX 881** <br> **Roanoke, TX 76262** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **Robert Half Technology** <br> **FILE 73484** <br> **PO BOX 60000** <br> **San Francisco, Ca 94160-3484** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $0.00 |

Sheet no. ____88____ of ____123____ continuation sheets attached to          **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    **Total >**
                                          **(Use only on last page of the completed Schedule F.)**
                                          **(Report also on Summary of Schedules and, if applicable, on the**
                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                              Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Robert Hindman**<br>**9655 Chimney Hill**<br>**#1123**<br>**Dallas, Tx 75243** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Rocky Duron & Associates, Inc.**<br>**PO BOX 560264**<br>**Dallas, Texas 75356** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Rogers**<br>**PO BOX 3100**<br>**St-Laurent, QUEBEC H4L 5J8   CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS:<br>**UTILITY** | | | | **$251.22** |
| ACCT #:<br>**RONNIE BAKER**<br>**137 OKLAHOMA ST**<br>**NEW BRAUNFELS, TX 78130** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Ross Orr**<br>**2 Lombard Street**<br>**Suite 201**<br>**Toronto, Ontario M5C 1M1   CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Roy Bingo Supplies**<br>**3 Braswell Road**<br>**Hattiesburg, MS 39401** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$0.00** |

Sheet no. ____89____ of ____123____ continuation sheets attached to                    **Subtotal >**                    **$251.22**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**

Case No. _____
       (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Safeguard Business Systems**<br>**PO BOX 88043**<br>**Chicago, IL 60680-1043** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$855.89** |
| ACCT #:<br>**Sage Software, Inc.**<br>**PO BOX 404927**<br>**Atlanta, GA 30384-4927** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Salt  Lake City Corporation**<br>**PO Box 145474**<br>**Salt Lake City, UT 84114** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: **Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #:<br>**Salt Lake County Assessor**<br>**Salt Lake County Assessor**<br>**2001 South State St #N2300A**<br>**Salt Lake City, UT 84190-1300** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: **Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #:<br>**Salt Lake County Treasurer**<br>**2001 South State Street**<br>**Salt Lake City, UT 84190** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: **Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #:<br>**Salt Lake County Treasurer**<br>**2001 South State Street**<br>**N1200**<br>**Salt Lake City, UT 84190** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$0.00** |

Sheet no. ____**90**____ of ____**123**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$855.89**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                          Case No. _____

                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Sams**<br>**PO BOX 530942**<br>**ATLANTA, GA 30353** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Santa Clara Vanguard**<br>**1795 Space Park Drive**<br>**Santa Clara, CA 95054** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**ScanSource**<br>**PO BOX 890222**<br>**Charlotte, NC 28289-0222** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Schlegel Marketing Communications**<br>**1904 North Prairie**<br>**Dallas, TX 75204** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Seattle Jaycees Bingo**<br>**11030 East Marginal Way South**<br>**Tukwila, WA 98168** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Secretary of State**<br>**Corporations Division**<br>**315 West Tower, #2 Martin Luther King Jr**<br>**Atlanta, GA 30334** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Gaming License: ; Business License:**<br>**#F02000005722** | | | | $0.00 |

Sheet no. _____91_____ of _____123_____ continuation sheets attached to                    **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                    Case No. _____

                                                                                    (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Secretary of State - California**<br>**1500 11th Street  3rd floor**<br>**P.O. Box 944230**<br>**Sacramento, CA 95814** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**SECRETARY OF STATE - GEORGIA**<br>**CORPORATIONS DIVISION**<br>**315 WEST TOWER #2**<br>**MARTIN LUTHER KING JR DRIVE**<br>**ATLANTA, GA 30334** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Secretary of State - Illinois**<br>**Department of Business Service**<br>**501 S Second Street**<br>**Springfield, IL 62756** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Secretary of State - Illinois**<br>**Department of Business Service**<br>**501 S Second Street**<br>**Rm 350**<br>**Springfield, IL 62756** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Secretary of State - Louisiana**<br>**Commercial Division**<br>**PO BOX 94125**<br>**Baton Rouge, LA 70804-9125** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Secretary of State - Mississippi**<br>**PO Box 23083**<br>**Jackson, MS 39225-3083** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |

Sheet no. ____**92**____ of ____**123**____ continuation sheets attached to                                    **Subtotal >**                 **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                      **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                     Case No. _____

                                                                                    (if known)


### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Secretary of State - Nebraska**<br>**1301 State Capitol**<br>**P.O. Box  94608**<br>**Lincoln, NE 68509-4608** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Secretary of State - South Carolina**<br>**PO BOX 11350**<br>**Columbia, SC 29211** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Secretary of State - Texas**<br>**PO BOX 13697**<br>**AUSTIN, TX 78711-3697** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Secretary of State - Washington**<br>**801 Capitol Way South**<br>**PO BOX 40234**<br>**Olympia, WA 98504-0234** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Servi-Jeux**<br>**3615 Boul Industriel**<br>**Montreal-Nord, Quebec H1H 2Y6** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Service Master Elite**<br>**183 S Watson Road**<br>**Suite 208**<br>**Arlington, Tx 76010** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____93_____ of ____123_____ continuation sheets attached to                    **Subtotal >** | $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    **Total >**
                                            **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Service Plus International  Inc.**<br>**Unit 4-1555 Dublin Avenue**<br>**Winnipeg, Manitoba R3E 3M8  CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**SGC - Link Corp**<br>**5667 Riverbend Road**<br>**Edmonton, Alberta T6H 5K4** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**SGC Alberta**<br>**3410-25th St NE**<br>**Calgary, AB T1Y6C1, CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: **Customer** | | | | $0.00 |
| ACCT #:<br>**Shamrock**<br>**551 Atomic Rd.**<br>**N. Augusta, SC 29841** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: **Customer** | | | | $0.00 |
| ACCT #:<br>**Skyline Display & Design, Inc.**<br>**3355 Discovery Road**<br>**Eagan, MN 55121** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Skyline Exhibit Marketing of Las Vegas,**<br>**975 White Drive**<br>**Las Vegas, NV 89119** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____94_____ of ____123____ continuation sheets attached to                              **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          **Total >**
                                          **(Use only on last page of the completed Schedule F.)**
                                          **(Report also on Summary of Schedules and, if applicable, on the**
                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**

Case No. _____
              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Skyline Trade Show Marketing**<br>**8600 Sweet Valley Drive**<br>**Cleveland, OH 44125** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Snell & Wilmer L.L.P.**<br>**One Arizona Center**<br>**Phoenix, AZ 85004-2202** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Snelling Personnel Services**<br>**P.O. Box 650765**<br>**Dallas, TX 75265-0765** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**SNOHOMISH COUNTY AUDITOR**<br>**VEHICLE LICENSING**<br>**3000 ROCKEFELLER AVE**<br>**EVERETT, WA 98201-4060** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Snohomish County Boys and Girls Club**<br>**Tulalip Branch** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**South Carolina Charity Bingo Assoc. Inc.**<br>**c/o P O Box 26057**<br>**Greenville, SC 29616** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: **Taxing Jurisdiction** | | | | $0.00 |

Sheet no. ____95____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                          Case No. _____
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**South Carolina Department of Revenue**<br>**301 Gervais Street**<br>**P.O. Box 125**<br>**Columbia, SC 29214-0006** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**South Carolina Department of Revenue**<br>**Corporation Return**<br>**Columbia, SC 29214-0006** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**South Carolina Dept. of Revenue**<br>**Angelia Bedenbaugh**<br>**Law & Compliance – Bingo Unit**<br>**301 Gervais Street**<br>**Columbus, SC 29201** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Gaming License: LICENSE NO LONGER**<br>**REQUIRED; Business License: #3150081** | | | | $0.00 |
| ACCT #:<br>**South Point Production Services**<br>**9777 Las Vegas Blvd S.**<br>**Las Vegas, NV 89183** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Southern Bingo Supplies, Inc.**<br>**5824 Lone Pine Rd**<br>**Jacksonville, FL 32216** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Southwest Airlines Cargo**<br>**PO BOX  97390**<br>**Dallas, Tx 75397** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____96_____ of _____123_____ continuation sheets attached to                    **Subtotal >**      $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                        **Total >**
                                          **(Use only on last page of the completed Schedule F.)**
                                          **(Report also on Summary of Schedules and, if applicable, on the**
                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Southwestern Bell** <br> **208 South Akard** <br> **27th Floor** <br> **Room 2750.04** <br> **Dallas, Tx 75202** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$0.00** |
| ACCT #: <br> **Specialty Heating & Air Inc.** <br> **3664 West 2100 South** <br> **Salt Lake City, Utah 84104** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$0.00** |
| ACCT #: <br> **Sprint** <br> **PO BOX 54977** <br> **Los Angeles, CA 90054-0977** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$0.00** |
| ACCT #: <br> **Sprint** <br> **PO BOX 4181** <br> **Carol Stream, IL 60197-4181** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **UTILITY** | | | | **$2,925.12** |
| ACCT #: <br> **St. Paul Travelers** <br> **Dept CH 9072** <br> **Palatine, IL 60055-9072** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$0.00** |
| ACCT #: <br> **ST. PAUL TRAVELERS** <br> **CL & SPECIALTY REMITTANCE CENT** <br> **HARTFORD, CT 06183-1008** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$0.00** |

Sheet no. ____97____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$2,925.12**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                              Case No. _____
                                                                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Standard Coffee Service Company**<br>**PO BOX 154312**<br>**Irving, TX 75015** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Staples Business Advantage**<br>**Dept DAL 3368**<br>**PO BOX 83689**<br>**Chicago, IL 60696-3689** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $92.86 |
| ACCT #:<br>**STATE COMPTROLLER**<br>**Texas Lottery Commission**<br>**PO BOX 16630**<br>**Austin, TX 78761** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**STATE COMPTROLLER**<br>**COMPTROLLER OF PUBLIC ACCOUNTS**<br>**PO BOX 149348**<br>**AUSTIN, TX 78714-9348** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**State Corporation Commission**<br>**Clerk's Office**<br>**PO BOX 7607**<br>**Merrifield, VA 22116** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**State of Delaware**<br>**PO Box 74072**<br>**Baltimore, MD 21274-4072** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |

Sheet no. ____98____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$92.86**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**STATE OF MARYLAND**<br>**DEPT OF ASSESSMENTS & TAXATION**<br>**301 West Preston Street**<br>**Baltimore, MD 21201-2395** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**State of Michigan**<br>**Michigan D.O.L & Eco Growth**<br>**Bureau of Comm Serv, Corp Div**<br>**Lansing, MI 48909-7554** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**State of Michigan**<br>**Charitable Gaming Division**<br>**c/o Accounting**<br>**Lansing, MI 48909** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**State of Michigan**<br>**Michigan D.O.L & Eco Growth**<br>**Bureau of Comm Serv, Corp Div**<br>**PO BOX 30702**<br>**Lansing, MI 48909-7554** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**State of Nevada**<br>**PO BOX 52614**<br>**Phoenix, Az 85072-2614** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**State of Nevada**<br>**Department of Taxation**<br>**1550 College Parkway**<br>**Carson City, NV 89706-7937** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |

Sheet no. _____99_____ of _____123_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bettina Corporation**                                   Case No. _____

                                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**State of Nevada**<br>**Department of Taxation**<br>**1550 College Parkway**<br>**Suite 115**<br>**Carson City, NV 89706-7937** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**State of New Jersey**<br>**Division of Taxation**<br>**Revenue Processing Center**<br>**Trenton, New Jersey 08646-0193** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: **Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #:<br>**State of New Jersey**<br>**Division of Taxation**<br>**Revenue Processing Center**<br>**PO BOX 193**<br>**Trenton, New Jersey 08646-0193** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**State of South Carolina**<br>**Department of Revenue**<br>**Columbia, SC 29214-0100** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**State of Utah**<br>**PO BOX 146705**<br>**Salt Lake City, Utah 84114-6705** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: **Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #:<br>**State of Washington Gambling Commission**<br>**PO BOX 42400**<br>**Olympia, WA 98504-2400** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: **Taxing Jurisdiction** | | | | **$0.00** |

Sheet no. ___**100**___ of ___**123**___ continuation sheets attached to                                        **Subtotal >**        **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                           **Total >**
                                           **(Use only on last page of the completed Schedule F.)**
                                      **(Report also on Summary of Schedules and, if applicable, on the**
                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**State of Washington Gambling Commission**<br>**4565 7th Ave SE**<br>**Lacey, WA 98503** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**State of Wyoming**<br>**2002 Annual Profit Corporation**<br>**200 West 24th Street**<br>**Cheyenne, WY 82002-0020** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**State Treasurer**<br>**WA Dept. of Licensing**<br>**Master License Service**<br>**PO Box 9034**<br>**Olympia, WA 98507-9034** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Stephen Fenoglio**<br>**508 W. 12th Street**<br>**Austin, TX 78701-1819** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Steve Cooper**<br>**INXS**<br>**Steve Cooper**<br>**16247 Miramar Place**<br>**San Leandro, CA 94578** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Steve Smallman**<br>**1832 Clydesdale Drive**<br>**Carson City, NV 89703-2356** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. ___101___ of ___123___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bettina Corporation**                              Case No. _____
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Steven Stewart, Jr**<br>**451 Stone Gate Drive**<br>**New Braunfels, Tx 78130** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Strategic Staffing**<br>**Operations Center**<br>**PO BOX 60839**<br>**Charlotte, NC 28260-0839** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Streamline Consulting**<br>**16108 E Emerald Drive**<br>**Fountain Hills, AZ 85268** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Streamline Consulting, LLC**<br>**16108 East Emerald Drive #203**<br>**Fountain Hills, AZ 85268** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Sublette County Treasurer**<br>**21 S. Tyler**<br>**P.O. Box 2057**<br>**Pinedale, WY 82941** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Sublette County Treasurer**<br>**21 S. Tyler**<br>**PO Box 296**<br>**Pinedale, WY 82941** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ___**102**___ of ___**123**___ continuation sheets attached to                    **Subtotal >**      $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            **Total >**
                                            **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Super Bingo  - Los Banos**<br>**Olivarez Plaza**<br>**Laguna, Phillippines** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Super Bingo (Texarkana)**<br>**1608 N. Robinson Rd**<br>**Texarkana, TX 75501** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Super Bingo Too (Texarkana)**<br>**1630 N. Robinson Rd**<br>**Texarkana, TX 75501** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**SUZANNE H KONZELMANN**<br>**1995 TRUST**<br>**Garfield Traub Development LLC**<br>**13455 Noel Rd, Suite 2150**<br>**DALLAS, TX 75240** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**SVN Salt Lake City**<br>**C/O SVN Management, Inc.**<br>**P.O.Box 10789**<br>**Newport Beach, CA 92658-5008** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**SYLVIA S ROMO**<br>**SYLVIA S. ROMO**<br>**TAX ASSESSOR - COLLECTOR**<br>**PO BOX 839950**<br>**SAN ANTONIO, TEXAS 78283-3950** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ___**103**___ of ___**123**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  $0.00

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                          Case No. _____
                                                                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**TALBOT INSURANCE & FINANCIAL SERVICES**<br>**ANDREA CORDOVA**<br>**PO BOX 90756**<br>**7770 JEFFERSON NE, SUITE 200**<br>**ALBUQUERQUE, NM 87109** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Tamara Dietrich**<br>**9315 Kalil Drive**<br>**Scottsdale, AZ 85260** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Tammy Strobel**<br>**545 E John Carpenter Frwy**<br>**1400**<br>**Irving, TX 75062** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**TAX ASSESSOR - COLLECTOR**<br>**P. O. Box 248**<br>**710 James Bowie Drive**<br>**New Boston, TX 75570** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**TAX ASSESSOR - COLLECTOR**<br>**BOWIE COUNTY**<br>**PO BOX 6527**<br>**TEXARKANA, TX 75505-6527** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Technology Integration Group**<br>**7810 Trade St**<br>**Attn: Lisa Dubin**<br>**San Diego, CA 92121** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $815.50 |

Sheet no. ___**104**___ of ___**123**___ continuation sheets attached to                    **Subtotal >**   $815.50
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              **Total >**
                                            **(Use only on last page of the completed Schedule F.)**
                                            **(Report also on Summary of Schedules and, if applicable, on the**
                                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bettina Corporation**                                          Case No. _____
                                                                                          (if known)


# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Techpower (H.K.) Limited**<br>**Units A & B 51/F Neich Tower**<br>**128 Gloucester Road**<br>**Wanchai, Hong Kong** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Texas Capital Bank**<br>**6060 N. Central Expressway,**<br>**suite 800**<br>**Dallas, Texas 75206** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Texas Gaming International, Inc**<br>**604 Kerlick Lane**<br>**New Braunfels, TX 78130** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Texas Lottery Commission**<br>**Meagan Ahmad**<br>**Charitable Bingo Division**<br>**611 E. 6th Street**<br>**Austin, TX 78701** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Gaming License: #1-95-45380875-5; Business License: No file number** | | | | $0.00 |
| ACCT #:<br>**Texas Lottery Commission**<br>**P.O. Box 16630**<br>**Austin, TX 78761-6630** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Texas State Comptroller**<br>**Charitable Bingo Division**<br>**Texas Lottery Commission**<br>**P O Box 16630**<br>**Austin, TX 78761-6630** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ___**105**___ of ___**123**___ continuation sheets attached to                                  **Subtotal >**            **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                          Case No. _____
                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Texas State Notary Bureau**<br>**4107 South 1st Street**<br>**Austin, TX 78745** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**The American Arbitration Association**<br>**13455 Noel Raod**<br>**Suite 1750**<br>**Dallas, Tx 75240** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**The Association of Texas Bingo Licensees**<br>**3930 Bee Cave Road**<br>**Ste. D**<br>**Austin, TX 78746** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**The Bayside Group**<br>**2520 Electronic Lance, #812**<br>**Dallas, TX 75220** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**The Bingo Company**<br>**5553 West Waters Ave**<br>**Suite 307**<br>**Tampa, FL 333634** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**The D Group LP**<br>**Attn: Joe Marshall, General Partner**<br>**Two Galleria Tower**<br>**13455 Noel Road, Suite 2150**<br>**Dallas, TX 75240** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___**106**___ of ___**123**___ continuation sheets attached to                    **Subtotal >**    **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                     Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **The Horne Group, Inc** <br> **PO BOX 8339** <br> **Fleming Island, FL 32006** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **The Light Group - Mist Bar & Lounge** <br> **6276 S Rainbow** <br> **Suite 120** <br> **Las Vegas, NV 89118** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **The Mercanti Group, LLC** <br> **11111 Santa Monica Boulevard** <br> **Suite 1620** <br> **Los Angeles, CA 90025** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **The Ohio Casualty Co** <br> **136 North Third Street** <br> **Hamilton, OH 45025** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **The Port Authority of New York & New Jer** <br> **PO Box 149003** <br> **Staten Island, NY 10314-9003** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **The Sports Club at Four Seasons** <br> **PO BOX 730495** <br> **Dallas, TX 75373-0495** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $0.00 |

Sheet no. ___107___ of ___123___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                 **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                    Case No. _____
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**The Traveler's Indemnity & Affiliates**<br>**Remittance Center**<br>**Hartford, CT 06183-1008** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Thomas M. Kellen**<br>**4405 Riverside Dr. # 301**<br>**Burbank, CA 91501** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Thompson Allstate Bingo Supply**<br>**5446 Highway 290 West**<br>**Ste 205, Austin, TX 78735** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Thomson CompuMark**<br>**PO BOX 71892**<br>**Chicago, IL 60694-1892** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**THURSTON COUNTY AUDITOR**<br>**2000 LAKERIDGE DRIVE SW**<br>**OLYMPIA, WASHINGTON 98502-6045** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Tianma Microelectronics USA**<br>**1218 John Reed Court**<br>**City of Industry, CA 91745** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ___108___ of ___123___ continuation sheets attached to           Subtotal >      $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bettina Corporation**

Case No. _____
                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Time Play**<br>**10 Universal City Plaza**<br>**20th Floor, Universal City, CA 91608** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**Time Play - Big Deal Games**<br>**116 Simcoe St. Suite 400**<br>**Toronto, Ontario M5H4E2**<br>**CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Timothy Gould**<br>**1220 Younge Street**<br>**Toronto Ontario**<br>**M4T 1W1 CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Titan Recovery Solutions, Inc.**<br>**2937 Veneman Ave**<br>**Suite A220**<br>**Modesto, CA 95356** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Todd Dunaway**<br>**121 Knollwood Trail**<br>**North Augusta, SC 29860** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Tom Hall**<br>**1860 Crown Dr**<br>**Suite 1406**<br>**Dallas, Tx 75234** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ___109___ of ___123___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** $0.00

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Tom Hubbard**<br>**833 Elm Street**<br>**Wills Point, Texas 75169** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Tom Kellen (MaJ)**<br>**4405 Riverside Dr**<br>**#301**<br>**Burbank, CA 91501** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Toronto Police Service**<br>**40 College street**<br>**Toronto, Ontario CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**TOUCH DYNAMIC, INC.**<br>**17 Camptown Road**<br>**Irvington, NJ 7111** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Town & Country Bingo**<br>**3300 N. Pace Blvd**<br>**Pensacola, FL 32505** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #:<br>**trans-TRADE, Inc.**<br>**US Customs Service**<br>**PO BOX 612369**<br>**DFW Airport, TX 75261** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$6,611.09** |

Sheet no. ___110___ of ___123___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >          **$6,611.09**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                          Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Transit Air Cargo, Inc.**<br>**2204 E Fourth Street**<br>**Santa Ana, CA 92705** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**TRAVIS COUNTY TAX OFFICE**<br>**P.O. BOX 149328**<br>**AUSTIN, TEXAS 78714-9328** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: **Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Treasurer of the State of Ohio**<br>**101 East Town St.**<br>**4th Floor**<br>**Columbus, OH 43215-5148** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Treasurer of Virginia**<br>**State Corporation Commission**<br>**Clerk's Office**<br>**Merrifield, VA 22116-7607** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: **Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Treasurer of Virginia**<br>**Department of Charitable Gaming**<br>**101 North 14th Street, 17th Floor**<br>**James Monroe Bldg**<br>**Richmond, VA 23219-3684** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Trey Wilkins**<br>**5568 Shadow Shore Place**<br>**Gulf Breeze, Florida 32563** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ___111___ of ___123___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                 $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                      Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Tulalip Bingo**<br>**Tammy Taylor**<br>**10200 Quil Ceda Blvd**<br>**Tulalip, WA 98271** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**TULALIP TRIBAL GAMING AGENCY**<br>**PMB 546**<br>**8825 - 34TH AVE NE**<br>**SUITE L**<br>**TULALIP, WA 98271** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Two O Seven Bar & Grill**<br>**1424 Route 207**<br>**Kahnawake, Quebec J01 1B0** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**TXU Energy**<br>**PO BOX 100001**<br>**Dallas, Texas 75310-0001** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**U. S. Customs Service**<br>**P.O. Box 360840**<br>**Pittsburgh, PA 15250-6840** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**U.S. Department of State**<br>**Passport Services**<br>**1111 19th Street NW,  ste#500**<br>**Washington, DC 20036** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____112____ of ____123____ continuation sheets attached to                                      **Subtotal >**                                      **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              **Total >**
                                                            **(Use only on last page of the completed Schedule F.)**
                                                            **(Report also on Summary of Schedules and, if applicable, on the**
                                                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                Case No. _____

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Uinta County Treasurer Treasury**<br>**PO BOX 1530**<br>**Evanston, WY 82930** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**UK Gambling Commission**<br>**Robert McDonald**<br>**Victoria Square House**<br>**Victoria Square**<br>**Birmingham, BRITISH COLUMBIA B2 4BP  CA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Gaming License: 000-003380-R-101692-001 Remote Gambling License, 000-003380-N-101691-001 Non-Remote Gambling License;**<br><br>**Business License:** | | | | $0.00 |
| ACCT #:<br>**ULINE**<br>**ATTN: Accounts Receivable**<br>**2200 S Lakeside Drive**<br>**Waukegan, IL 60085** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Underwriters Laboratories, Inc.**<br>**PO BOX 75330**<br>**Chicago, IL 60675-5330** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $5,340.00 |
| ACCT #:<br>**Unishippers**<br>**800 W Airport Frwy**<br>**Ste 820 LB 6065**<br>**Irving, Tx 75062-6313** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____113____ of ____123____ continuation sheets attached to                              **Subtotal >**        **$5,340.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        **Total >**
                              **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                          Case No. _____

                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Unita Co. Treasurer**<br>**P.O. Box 1530**<br>**Evanston, WY 82930** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**United HealthCare**<br>**P.O. Box 41738**<br>**Philadelphia, PA 19101-1738** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**United Parcel Service**<br>**PO BOX 7247-0244**<br>**Philadelphia, PA 19170-0001** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $3,543.63 |
| ACCT #:<br>**UNITED STATES TREASURY**<br>**DEPARTMENT OF TREASURY**<br>**INTERNAL REVENUE SERVICE**<br>**OGDEN, UT 84201-0039** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**United Supermarkets**<br>**7830 Orlando Ave**<br>**Lubbock, TX 79423** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**University of Phoenix**<br>**3157 East Elwood Street**<br>**Phoenix, Arizona 85034** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ___114___ of ___123___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        **Subtotal >**   **$3,543.63**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**
Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**UPS Canada**<br>**PO BOX 2127 CRO**<br>**Halifax, NS B3J 3B7  CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**UPS Supply Chain Solutions, Inc.**<br>**ATTN: Customs Brokerage Services**<br>**28013 Network Place**<br>**Chicago, IL 60673-1280** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**US West Communications**<br>**7800 E. Orchard Road**<br>**Suite 200**<br>**Englewood, CO 80111** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**USA Digital/Gulf Breeze**<br>**3493 Gulf Breeze**<br>**Gulf Breeze, Florida 32563** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**USPS**<br>**Jack Potter**<br>**475 L'Enfant Plaza SW**<br>**Washington, DC 20260-0010** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Utah Power**<br>**1033 NE 6th Ave**<br>**Portland, OR 97256-0001** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ____115____ of ____123____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Utah State Tax Comm.**<br>**210 North 1950 WEST**<br>**Salt Lake City, UT 84134-0180** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #:<br>**VA Dept. of Agriculture & Consumer Servi**<br>**Division of Charitable Gaming**<br>**James Monroe Building**<br>**101 N. 14th Street, 17th Floor**<br>**Richmond, VA 23219** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #:<br>**VAL VERDE COUNTY**<br>**BEATRIZ I. MUNOZ  TAX A/C**<br>**PO BOX 1368**<br>**DEL RIO, TEXAS 78841** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | **$0.00** |
| ACCT #:<br>**Valerie Smith**<br>**3969 Kingston Road**<br>**Apt. 1411**<br>**Toronto, Ontario M1J 3H8  CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**VCS**<br>**7500 OFFICE RIDGE CIRCLE**<br>**#100**<br>**EDEN PRAIRIE, MN 55344** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Verizon Wireless**<br>**PO BOX 9622**<br>**Mission Hills, CA 91346-9622** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**UTILITY** | | | | **$105.38** |

Sheet no. ___116___ of ___123___ continuation sheets attached to                              **Subtotal >**     **$105.38**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                Case No. _____
                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Verizon Wireless**<br>**PO BOX 660108**<br>**DALLAS, TX 75266-0108** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**UTILITY** | | | | $2,696.08 |
| ACCT #:<br>**VICTORIA COUNTY TAC**<br>**RENA SCHERER, TAX ASSESSOR**<br>**205 N. BRIDGE STREET,  STE 101**<br>**P.O. BOX 2569**<br>**VICTORIA, TEXAS 77902-2569** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Viking Office Products**<br>**PO BOX 30488**<br>**Los Angeles, CA 90030-0488** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**VIRGINIA CORPORATION COMMISSION OFFI**<br>**1300 EAST MAIN STREET**<br>**RICHMOND, VIRGINIA 23219** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**VIRGINIA DEPT. OF TAXATION**<br>**P O BOX 1500**<br>**RICHMOND, VIRGINIA 23218-1500** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Wagner Corporation**<br>**P.O. Box 27086**<br>**Salt Lake City, UT 84127** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ___117___ of ___123___ continuation sheets attached to                                    **Subtotal >**         **$2,696.08**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Wagner Packaging Supplies**<br>**P.O. Box 27086**<br>**Salt Lake City, UT 84127** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Walter Knoll Florist**<br>**PO BOX 1820**<br>**Saint Louis, MO 63118-0820** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Washington Dept of Labor & Industries**<br>**P.O. Box 34022**<br>**Seattle, WA 98124-1022** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Washington Dept of Licensing**<br>**C/O Thurston County Auditor**<br>**Building 1, Room 127**<br>**2000 Lakeridge Drive SW**<br>**Olympia, WA 98502-6045** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Washington Dept of Licensing**<br>**C/O Thurston County Auditor**<br>**Vehicle Licensing**<br>**200 Lakeridge Dr**<br>**SW Olympia, WA 98502-6045** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Washington Dept of Revenue**<br>**PO BOX 34052**<br>**Seattle, WA 98124-1052** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |

Sheet no. ___118___ of ___123___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $0.00

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Washington State Gambling Commission**<br>**Attn: Mr. Ira Harte, Gambling**<br>**Licensing Supervisor Investigator**<br>**PO BOX 42400**<br>**Olympia, WA 98504-2400** | | DATE INCURRED:<br>CONSIDERATION:<br>**regulatory agency**<br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Washington State Gambling Commission**<br>**4565 7th AVE SE**<br>**LACEY, WA 98503** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Washington State Gambling Commission**<br>**Jennifer LaMont**<br>**Financial Investigations Unit**<br>**P.O. Box 42400**<br>**Olympia, WA 98504** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Gaming License: 20-00104; Business License:**<br>**#F150253-5/02-03-08-0079** | | | | $0.00 |
| ACCT #:<br>**Washington State Treasurer**<br>**Department of Licensing**<br>**P.O. BOX 9048**<br>**Olympia, WA 98507-9048** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Watkins, Ludham, Winter & Stennis, PA**<br>**P O Box 427**<br>**Jackson, MS 39205** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Wayne Crum**<br>**18618-142nd Ave**<br>**NE Woodinvale, WA 98072** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ___119___ of ___123___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                 **$0.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bettina Corporation**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**WCCGA**<br>**7016 220th Street SW**<br>**Mt. Lake Terrace, WA 98043** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Weslaco Catholic War Veterans**<br>**1501 North International Blvd**<br>**Weslaco, TX 78596** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Customer** | | | | $0.00 |
| ACCT #:<br>**West Coast Life Insurance Comapny**<br>**PO Box 193892**<br>**San Francisco, CA 94119-3892** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Western Display**<br>**277 Lakeshore Road East**<br>**Suite 406**<br>**Oakville, Ontario L6J 1H9  CANADA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Westover Financial, Inc.**<br>**400 N Tustin Ave**<br>**Suite 140**<br>**Santa Ana, CA 92705** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**WFA/COLLATERAL REVIEW SERVICES, INC.**<br>**13231 Champion Forest Drive**<br>**Suite 400**<br>**Houston, TX 77069** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ___120___ of ___123___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bettina Corporation**

Case No. _____
(if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Will Winters Memorial Park Fund**<br>**c/o Dallas Park Foundation**<br>**P.O Box 131553**<br>**Dallas, Texas 75313-1553** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**William Kellen**<br>**4405 Riverside Dr**<br>**#301**<br>**Burbank, CA 91501** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**William Korek**<br>**14352 Chandler Blvd.**<br>**Van Nuys, CA 91401** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**William R. Eadington**<br>**P.O. Box 118**<br>**25 Somers Loop**<br>**Crystal Bay, NV 89402** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**William Rigg Co.**<br>**2001 Bryan St**<br>**Suite 800**<br>**Dallas, Tx 75201** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Woosim System - USA**<br>**2465 Beechwood Drive**<br>**Paso Robles, CA 93446** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ___121___ of ___123___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Worldwide Express**<br>**3050 Regent Blvd**<br>**Suite 110**<br>**Irving, Tx 75063** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Wyatt, Tarrant & Combs, LLP**<br>**250 West Main Street**<br>**Suite 1600**<br>**Lexington, KY 40507-1746** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Wyoming Business Council**<br>**200 W. 24th Street, Room 110**<br>**Cheynee, WY 82002** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Gaming License: ; Business License: #**<br>**601658980 UBI** | | | | $0.00 |
| ACCT #:<br>**Wyoming Secretary of State**<br>**200 W. 24TH STREET**<br>**ROOM 110**<br>**CHEYENNE, WYOMING 82002-0020** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Wyoming.Com**<br>**937 West Main Street**<br>**Riverton, WY 82501** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Taxing Jurisdiction** | | | | $0.00 |
| ACCT #:<br>**Wyoming.Com**<br>**937 West Main Street**<br>**Riverton, WY 82501** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |

Sheet no. ___**122**___ of ___**123**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >          $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bettina Corporation**                                      Case No. _____
                                                                                        (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**XP Power Inc. U.S.**<br>**990 Benicia Ave**<br>**Sunnyvale, CA 94085** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**YAKAMA NATION GAMING COMMISSION**<br>**580 FORT ROAD**<br>**TOPPENISH, WA 98948** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**YAKAMA NATION GAMING COMMISSION**<br>**580 FORT ROAD**<br>**TOPPENISH, WA 98948** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Yellow Transportation, Inc.**<br>**PO Box 730333**<br>**Dallas, Texas 75373-0333** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Young Brothers Int'l**<br>**P.O. BOX 1659**<br>**TAIPEI, TAIWAN REPUBLIC OF CHINA** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $0.00 |
| | | | | | | |

Sheet no. ___**123**___ of ___**123**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $0.00

Total >  $357,353.78
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Bettina Corporation**                          Case No. _____
                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **220th Street Bingo** 7016 220th Street SW Mount Lake Terrace, WA 98043 | Customer |
| **8 Diamond Bingo - Tarlac** 2nd Floor Tarlac City, Phillippines | Customer |
| **Administaff** 19001 Crescent Springs Dr. Kingwood, TX 77339 | employee leasing agreement |
| **Alamo Hills** 1201 Austin Hwy Ste 119 San Antonio, TX 78209 | Customer |
| **Amvets/Bristol** 2195 Euclid Ave Bristol, VA 24201 | Customer |

B6G (Official Form 6G) (12/07)

In re **Bettina Corporation**                                        Case No. _____
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Arapaho Bingo**<br>580 W. Arapaho<br>Richardson, TX 75080 | Customer |
| **Atlantic Bingo Supply**<br>1700 Midway Rd<br>Odenton, MD 21113 | Customer |
| **Big Brother's Burien Bingo / Imperials B**<br>3100 E. Valley Road<br>Rento, WA 98055 | Customer |
| **Big Bucks**<br>7940 Fletcher Rd<br>Gibson, NC 28543 | Customer |
| **Bingo Castle - Valezuela**<br>SM Supercenter<br>Valenzuela City, Phillippines | Customer |

B6G (Official Form 6G) (12/07)

In re **Bettina Corporation**                          Case No. _____
                                                                  (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 2*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Bingo Caviteno - Cavite**<br>Robinson Mall<br>Cavite, Phillippines | Customer |
| **Bingo Express - Santa Rosa**<br>Robinsons Santa Rosa Market<br>Laguna, Phillippines | Customer |
| **Bingo Jamboree-Zambarte**<br>2nd Floor<br>Caloon City, Phillippines | Customer |
| **Bingo Lachenaie**<br>1407 Rue Grande Alle'<br>Lanchenaire, Quebec, J6W 5M9 | Customer |
| **Bingo Lachute**<br>505 Rue Bethanie local 113<br>Lachute, Quebec J8H 4A6 | Customer |

B6G (Official Form 6G) (12/07)

In re **Bettina Corporation**                                    Case No. _____
                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 3*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Bingo Mambo - Damarinas**<br>SM Dasnarinas<br>Cavite, Phillippines | Customer |
| **Bingo Paradise - Budget Lane**<br>Budgetlane Shopping Center<br>Antiopolo City, Phillippines | Customer |
| **Bingo Paradise - Circle C**<br>Circle C Mall<br>Quezon City, Phillippines | Customer |
| **Bingo Paradise - Noviliches**<br>Robinsons Nova market<br>Quezon City, Phillippines | Customer |
| **Bingo Pinoy - Mololos**<br>2nd Floor<br>Malalos City, Bulacan | Customer |

B6G (Official Form 6G) (12/07)

In re  **Bettina Corporation**                                    Case No. _____
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 4*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **BINGO VISION**<br>537 STONE ROAD<br>Suite  E<br>BENICIA, CA 94510 | Customer |
| **Bonus Time**<br>1101 Spring Ave<br>Surfside Beach, SC 29575 | Customer |
| **Border Bingo**<br>100 West Village Blvd<br>Ste 1, Laredo, TX 78041 | Customer |
| **Buckner**<br>3120 N. Buckner<br>Dallas, TX 75228 | Customer |
| **Budget Bingo Supply**<br>1675-A Dickinson Ave.(F.M. 1266)<br>Dickinson, TX 77539 | Customer |

B6G (Official Form 6G) (12/07)

In re  **Bettina Corporation**                                          Case No. _____

                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 5*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Budget Bingo Supply, Inc.**<br>2408 Jackson Lane<br>League City, TX 77573 | Customer |
| **Bulakan Bingo - Marilao**<br>SM City Marilao<br>Bulacan, Phillippines | Customer |
| **Cabalen - San Fernando**<br>2nd Floor<br>Pampanga,, Phillippines | Customer |
| **Capital City**<br>1700 Terry Road<br>Suite 8, Jackson, MS 39204 | Customer |
| **Cedar Creek**<br>Hwy 334 & Hwy 274<br>Seven Points, TX | Customer |

B6G (Official Form 6G) (12/07)

In re  **Bettina Corporation**                                                          Case No. _____
                                                                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 6*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Citi Square Bingo - Malabon**<br>C4 Corner Dagat Dagatan<br>Malabon City, Phillippines | Customer |
| **Del Rio Bingo**<br>1915 Veterans Blvd.<br>Del Rio, TX 78204 | Customer |
| **East Bay Route - Buenas Vidas Youth Ranc**<br>3070 Pacific Avenue<br>Livermore, CA 94550 | Customer |
| **East Bay Route - League of Volunteers**<br>35753 Cedar Blvd<br>Newark, CA 94560 | Customer |
| **eQube**<br>5667 Riverbend Road<br>Edmonton, AB T6H 5K4, CANADA | Customer |

B6G (Official Form 6G) (12/07)

In re **Bettina Corporation**

Case No. _____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 7*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Flamingo Bingo**<br>2407 Texoma Pkwy<br>Sherman, TX 75090 | Customer |
| **FOL Bingo**<br>5324 Oporto-Madrid Blvd<br>Birmingham, AL 35210 | Customer |
| **Fort Gordon Bingo Palace**<br>Lane Avenue<br>Bldg 15500, Ft. Gordon, GA 30905 | Customer |
| **Friends Bingo**<br>200 A,B,C West South Village Blvd.<br>Florence, SC 29505 | Customer |
| **Ft Benning**<br>Sandhill NCO Club Bldg<br>9236  Marne Rd.<br>Ft. Benning, GA 31905 | Customer |

B6G (Official Form 6G) (12/07)

In re  **Bettina Corporation**                                          Case No. _____
                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 8*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Ft Lee**<br>C Avenue<br>Bldg 2609,<br>Fort Lee, VA 23801 | Customer |
| **Ft. Campbell**<br>Bldg 5222<br>Fort Campbell, KY 42223 | Customer |
| **Game Tronics**<br>8820 Jane Street Unit B<br>Concord, Ontario<br>Canada L4K 2M9, | Customer |
| **GamePilot, Inc**<br>Attn:  Ray Garfield<br>13455 Noel Road<br>Two Galleria Tower, Ste#2150<br>Dallas, Tx 75240 | Goods/services rendeed<br>Contract to be ASSUMED |
| **GamePilot, Inc**<br>Attn:  Ray Garfield<br>13455 Noel Road<br>Two Galleria Tower, Ste#2150<br>Dallas, Tx 75240 | Customer |

B6G (Official Form 6G) (12/07)

In re  **Bettina Corporation**                                    Case No. _____
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 9*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Garden City Bingo**<br>2152 Hwy 17 S<br>OSV-247<br>Garden City, SC 29576 | Customer |
| **Gateways Bingo**<br>11605 Bridgeport Way SW<br>Lakewood, WA 98499 | Customer |
| **Go Go Bingo - Caloocan**<br>Ever Gotesco Grand Central<br>Caloocan City, Phillippines | Customer |
| **Go Go Bingo - Quezon**<br>Ever Gtoesco Commonwealth<br>Quezon City, Phillippines | Customer |
| **Guam**<br>PO Box 23271<br>GMF<br>Guam,  96921 | Customer |

B6G (Official Form 6G) (12/07)

In re **Bettina Corporation**

Case No. _____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 10*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **I-30 Bingo**<br>8105 E. RL Thornton Fwy<br>Dallas, TX 75228 | Customer |
| **JP Sales**<br>7045 Startown Rd<br>Maiden, NC 28650 | Customer |
| **Jupiter Bingo**<br>2120 E. Beltline<br>Dallas, TX 75081 | Customer |
| **Kerrville Bingo**<br>3800 Riverside Dr<br>Kerrville, TX 78028 | Customer |
| **Laurel**<br>114 Millsaps Ave<br>Jackson, MS 39202 | Customer |

B6G (Official Form 6G) (12/07)

In re **Bettina Corporation**                                          Case No. _____
                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 11*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Les Entreprise Omni Bingo Inc.**<br>11725 Boul. Riviere-Des-Prairies<br>Montreal, Quebec H1C 1R2 | Customer |
| **Market Bingo - Binan**<br>Pavilion Mall<br>Laguna, Phillippines | Customer |
| **Market Bingo - San Pablo**<br>San Pablo Shopping Mall<br>San Pablo City, Phillippines | Customer |
| **Market Bingo - Santa Rosa**<br>SM City Santa Rosa<br>Laguna, Phillippines | Customer |
| **MCCS Bingo**<br>Bldg. 7450 Radford Blvd<br>Albany, GA 31705 | Customer |

B6G (Official Form 6G) (12/07)

In re  **Bettina Corporation**

Case No. _____
                     (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 12*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Millennium Bingo - Quezon**<br>2nd Floor<br>Quezon City, Phillippines | Customer |
| **Mother's Nature Bingo**<br>PO BOX 1864<br>Wenatchee, WA 98807 | Customer |
| **Mother's Nature Bingo**<br>408 South Chelan<br>Wenatchee, WA 98801 | Customer |
| **New Braunfels VFW**<br>New Braunfels, TX 78130 | Customer |
| **Nico Capital**<br>25 Kingsville St<br>Quezon City, Phillippines 1110 | Customer |

B6G (Official Form 6G) (12/07)

In re **Bettina Corporation**                                    Case No. _____
                                                                            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 13*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **North Myrtle Beach**<br>82 Cloverleaf Lane<br>Unit #1, Longs, SC 29568 | Customer |
| **Northwatt Bingo**<br>5715 North Watt Ave<br>North Highlands Center, CA 95660 | Customer |
| **Northwest Highway Self Storage**<br>1975 W. Northwest Highway<br>Dallas, TX. 75220 | storage units |
| **Pacific Bingo Cabanantuan**<br>2nd Floor<br>Nueva Ecija, Phillippines | Customer |
| **Paradise I**<br>1520 College Ave<br>South Houston, TX 77587 | Customer |

B6G (Official Form 6G) (12/07)

In re **Bettina Corporation**                                     Case No. _____
                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 14*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Paradise II**<br>1520 College Ave<br>South Houston, TX 77587 | Customer |
| **Paradise Rock Hill**<br>1312 E. Black Street<br>Rock Hill, SC 29730 | Customer |
| **Paradise-Augusta**<br>547 Atomic Rd.<br>N. Augusta, SC 29841 | Customer |
| **Paradise-Florence**<br>1352 James Jones Ave.<br>Florence, SC 29505 | Customer |
| **Park Place Bingo**<br>1045 South Main<br>Salinas, CA 93901 | Customer |

B6G (Official Form 6G) (12/07)

In re **Bettina Corporation**                                                    Case No. _____
                                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 15*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **PSBP Westwood, L.P.**<br>P.O. Box 200697-01<br>Dallas, Texas 75320-0697 | Lease |
| **Randy's**<br>1534 Bandera Rd<br>San Antonio, TX 78228 | Customer |
| **Randy's 2 (Golden)**<br>1327 Bandera Rd<br>San Antonio, TX 78228 | Customer |
| **Randy's Ballroom**<br>1534 Bandera Rd<br>San Antonio, TX 78228 | Customer |
| **Randy's Battery Orders**<br>10225 IH35 North<br>San Antonio, TX 78233 | Customer |

B6G (Official Form 6G) (12/07)

In re **Bettina Corporation**                                           Case No. _____
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 16*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Richmore Bingo**<br>1306 Richey Street<br>Pasadena, TX 77502 | Customer |
| **Roy Bingo Supplies**<br>3 Braswell Road<br>Hattiesburg, MS 39401 | Customer |
| **Roy Bingo Supplies**<br>3 Braswell Road<br>Hattiesburg, MS 39401 | Customer |
| **Santa Clara Vanguard**<br>1795 Space Park Drive<br>Santa Clara, CA 95054 | Customer |
| **Seattle Jaycees Bingo**<br>11030 East Marginal Way South<br>Tukwila, WA 98168 | Customer |

B6G (Official Form 6G) (12/07)

In re  **Bettina Corporation**

Case No. _____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 17*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Servi-Jeux**<br>3615 Boul Industriel<br>Montreal-Nord, Quebec H1H 2Y6 | Customer |
| **SGC Alberta**<br>3410-25th St NE<br>Calgary, AB T1Y6C1, CANADA | Customer |
| **Shamrock**<br>551 Atomic Rd.<br>N. Augusta, SC 29841 | Customer |
| **Super Bingo  - Los Banos**<br>Olivarez Plaza<br>Laguna, Phillippines | Customer |
| **Super Bingo (Texarkana)**<br>1608 N. Robinson Rd<br>Texarkana, TX 75501 | Customer |

B6G (Official Form 6G) (12/07)

In re  **Bettina Corporation**                                    Case No. _____
                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 18*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Super Bingo Too (Texarkana)**<br>1630 N. Robinson Rd<br>Texarkana, TX 75501 | Customer |
| **Texas Gaming International, Inc**<br>604 Kerlick Lane<br>New Braunfels, TX 78130 | Customer |
| **Thompson Allstate Bingo Supply**<br>5446 Highway 290 West<br>Ste 205, Austin, TX 78735 | Customer |
| **Time Play**<br>10 Universal City Plaza<br>20th Floor, Universal City, CA 91608 | Customer |
| **Two O Seven Bar & Grill**<br>1424 Route 207<br>Kahnawake, Quebec J01 1B0 | Customer |

B6G (Official Form 6G) (12/07)

In re **Bettina Corporation**

Case No. _____
                                                            (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 19*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Weslaco Catholic War Veterans**<br>1501 North International Blvd<br>Weslaco, TX 78596 | Customer |

B6H (Official Form 6H) (12/07)

In re  **Bettina Corporation**                                    Case No. _____
                                                                                    (if known)


# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

In re  **Bettina Corporation**

Case No.

Chapter    **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $1,427,860.46 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $4,059,245.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $13,333.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 124 | | $357,353.78 | |
| G - Executory Contracts and Unexpired Leases | Yes | 20 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 156 | $1,427,860.46 | $4,429,931.78 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Bettina Corporation**                                        Case No. _____

                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President and Chief Executive Officer**_____ of the _____**Corporation**_____

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of

_____**158**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **04/14/2009** _____        Signature __**/s/ Larry Glasscock**__

                                                                    **Larry Glasscock**
                                                                    **President and Chief Executive Officer**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

IN RE:  **Bettina Corporation**                                          CASE NO

                                                                                    CHAPTER    11

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___14 APRIL 2009___          Signature _____

                                                                   *Larry Glasscock*
                                                                   *President and Chief Executive Officer*

Date _____          Signature _____

220th Street Bingo
7016 220th Street SW
Mount Lake Terrace, WA 98043


4imprint, Inc.
PO BOX 1641
Milwaukee, Wi 53201-1641


8 Diamond Bingo - Tarlac
2nd Floor
Tarlac City, Phillippines


Aaron Rents & Sells Furniture
14105 Inwood Rd
Dallas, Tx 75244-8022


Able Card Corporation
1720 Flower Ave.
Duarte, CA 91010


Accountemps
PO BOX 60000
San Francisco, CA 94160-3484


ACCUTEL CONFERENCING SYSTEMS
P.O. BOX 20867
ROCHESTER, NEW YORK 14602


Ace Acrylics, Inc
1110 Maryland Drive
Irving, TX 75061


Adaptive Network
PO BOX 141177
Irving, Texas 75014-1177

Adkins Glass Co.
1425 Century Drive
Suite 204
Carrollton, TX 75006


Administaff
19001 Crescent Springs Dr
Kingwood, Tx 77339-3802


Administaff
19001 Crescent Springs Dr.
Kingwood, TX 77339


ADT Security Services
P.O. Box 371956
Pittsburgh, PA 15250-7956


Advanced Material Handling
2525 South 300 West
Salt Lke City, Ut 84115


Advanced PC Products
2035 ROYAL LANE
SUITE 200
Dallas, TX 75229


Aeronet
P.O. BOX 17239
Irvine, CA 92623


Affliated Air
PO BOX 2210
Rowlett, TX 75030


Aker Ink, LLC
PO BOX 9942
Scottsdale, AZ 85252-3942

ALA Membership
1133 Fifteenth Street
NW Suite 640
Washington, DC 20005


Alabama Dept of Revenue
BUSINESS PRIVILEGE TAX SECTION
PO BOX 327431
Montgomery, AL 36132-7431


Alabama Dept of Revenue
Central Registration Unit
P.O.Box 327100
Montgomery, AL 36132-7100


Alabama Dept of Revenue
Corporate Tax Section
PO BOX 327435
Montgomery, AL 36132-7435


Alamo Hills
1201 Austin Hwy Ste 119
San Antonio, TX 78209



Alberta Gaming and Liquor Commission
Fred Mills
Investigation Branch
50 Corriveau Avenue
St. Albert, Alberta T8N 3T5   CANADA


Alberta Gaming and Liquor Commission
50 Corriveau Ave
ATTN: Merv Murch, Mgr. of Due Diligence
St. Albert, Alberta T8N 3T5    CANADA


ALCOHOL AND GAMING COMMISSION OF ONTARIO
90 SHEPPARD AVENUE EAST
SUITE 200
TORONTO, ONTARIO M2N OA4   CANADA


All Languages Ltd
421 Bloor St. E.
Suite 306
Toronto, Ontario M4W 3T1   CANADA

Alliance Laser Technologies
PO BOX 121086
Arlington, TX 76012-1086


Allied Charities of Minnesota
Attn:  King Wilson
225 9th Street E
Unit 309
St. Paul, MN 55101-2514

Allied Telesis, Inc.
12936 Collections Center Dr
Chicago, IL 60693


Allstate Imaging, Inc.
21621 Nordhoff Street
Chatsworth, CA 91311


ALTEX COMPUTERS & ELECTRONICS
11342 N IH35
SAN ANTONIO, TX 78233-5792


Altius Capital Partners, LLC
2204 Peninsula Drive
Flower Mound, TX 75022


American Association of Notaries
8811 Westheimer
Suite 207
Houston, Tx 77063


American Cancer Society
16108 E Emerald Drive, 203
Fountain Hills, AZ 85268


American Logistics Association
1133 15th Street
Suite 640
Washington, DC 20005

American Stripping
8502 Spring Street
Ft. Worth, Tx 76179


Amos Hutchinson & Associates, PLLC
2425 N Central Expressway
Suite 200
Richardson, TX 75080


Amvets/Bristol
2195 Euclid Ave
Bristol, VA 24201


Amvets/Bristol - Battery Orders
516 Cumberland Street
Bristol, VA 24201


Andrew Jones
7402 Vineyard Trail
Garland, TX 75044


Andy Bunkse
3104 E Camelback Road
#225
Phoenix, AZ 85016


Angela Galloway
1303 TRAVIS CIR
IRVING, TX 75038-6257


Aramark Refreshment Services
2120 Hutton
Suite100
Carrollton, TX 75006


Arapaho Bingo
580 W. Arapaho
Richardson, TX 75080

ARI
1515 Champion Dr.
Ste. 100
Carrollton, Texas 75005


Arizona Corporation Commission
c/o Annual Reports-Corp Div
1300 West Washington
Phoenix, AZ 85007-2929


Armand Nannicola
4113 Warren Sharon Road
Vienna, OH 44473


Armstrong Fingerprinting
PO Box 146
Argyle, TX 76226


Arrow International
9900 Clinton Road
Cleveland, Ohio 44144


ASCEND
11600 COLLEGE BLVD
OVERLAND PARK, KS 66210


ASCEND MEDIA
PO BOX 414674
KANSAS CITY, MO 64141-4674


Asia's GEM & Tourism Manilla
3F LTA Bldg
118 Perea St.Legaspi Village
Makati, 1229,  Philippines


AT&T
P O BOX 2969
OMAHA, NE 68103-2969

AT&T
P O BOX 2971
OMAHA, NE 68103-2971


AT&T / WIRELESS
P O BOX 79075
PHOENIX, AZ 85062-9075


AT&T /WIRELESS
P O BOX 8220
Aurora, Il 60572-8220


AT&T WIRELESS
P O BOX 8229
AURORA, IL 60572-8229


Atlantic Bingo Supply
1700 Midway Rd
Odenton, MD 21113


Atmos Energy
PO BOX 78108
PHOENIX, AZ 85062-8108


AVIS RENT A CAR
ATTN: D.W. STORY & ASSOC
PO BOX 129
SEAGOVILLE, TX 75159


Axiom Telephone System
P.O. Box 1751
Rockwall, Texas 75087


Ayshire Electronics
1101 Beechwood Ave.
Fayetteville, AR 72702

BacTech Mining Corporation
50 Richmond Street East
Suite 300
Toronto, Ontario M5C 1N7  CANADA


Banc of America Leasing
Lease Administration Center
PO BOX 371992
Pittsburgh, PA 15250-7992


Bank of Texas
c/o Neil J. Orleans
Renaissance Tower, Suite 4800
1201 Elm St.
Dallas, TX 75270

BANNER LIFE INSURANCE COMPANY
P.O. BOX 740526
ATLANTA, GEORGIA 30374-0526


Barthco International, Inc
PO BOX 8500-52958
Philadelphia, PA 19178-2958


BASTROP COUNTY TAX OFFICE
P.O. BOX 579
BASTROP, TEXAS 78602


BC Gaming Policy & Enforcement Branch
P.O. Box 9311
Stn Prov Gov't
Victoria, British Columbia V8W 9N1   CAN


BCE Conferencing, Inc.
PO Box 20867
Rochester, NY 14602


Bell, Nunnally & Martin LLP
3232 McKinney Avenue
Suite 1400
Dallas, Texas 75204-2429

Best Software
P O Box 404927
Atlanta, GA 30384-4927


Betja Distributors, Inc.
1571 N. Glenville Dr
Suite 150
Richardson, TX 75081


Bettina Investments, Inc.
PO BOX 860802
Plano, Tx 75086-0802


Big Brother's Burien Bingo
PO BOX 69154
Seattle, WA 98168


Big Brother's Burien Bingo / Imperials B
3100 E. Valley Road
Rento, WA 98055


Big Bucks
7940 Fletcher Rd
Gibson, NC 28543


Bill Motz
604 Kerlick Lane
New Braunfels, TX 78130


Bingo Castle - Valezuela
SM Supercenter
Valenzuela City, Phillippines


Bingo Caviteno - Cavite
Robinson Mall
Cavite, Phillippines

Bingo Express - Santa Rosa
Robinsons Santa Rosa Market
Laguna, Phillippines


Bingo Jamboree-Zambarte
2nd Floor
Caloon City, Phillippines


Bingo Lachenaie
1407 Rue Grande Alle'
Lanchenaire, Quebec, J6W 5M9


Bingo Lachute
505 Rue Bethanie local 113
Lachute, Quebec J8H 4A6


Bingo Magic Inc.
18618 142nd Avenue
East Woodinville, WA 98072


Bingo Mambo - Damarinas
SM Dasnarinas
Cavite, Phillippines


Bingo Paradise - Budget Lane
Budgetlane Shopping Center
Antiopolo City, Phillippines


Bingo Paradise - Circle C
Circle C Mall
Quezon City, Phillippines


Bingo Paradise - Noviliches
Robinsons Nova market
Quezon City, Phillippines

Bingo Pinoy - Mololos
2nd Floor
Malalos City, Bulacan


Bingo Repair
Attn:  John Hynes
514 Beach 139th St #B-4
Rockaway Park, NY 11694


BINGO VISION
537 STONE ROAD
Suite  E
BENICIA, CA 94510


Bingo World Conference & Expo
11600 W College Blvd
Overland Park, KS 66210


Birch Telecom
PO BOX 5142
Sioux Falls, South Dakota 57117-5142


BKM
9755 Clifford Drive
#100
Dallas, Tx 75220


BKR Cornwell Jackson
4975 Preston Park Blvd.
Suite 400
Plano, TX 75093


BNP Media
Bingo World 2008
2401 W Big Beaver Road
Suite 700
Troy, MI 48084


Bob Schminke
3509 Crestwood Drive
Salt Lake City, UT 84109-3205

Bonus Time
1101 Spring Ave
Surfside Beach, SC 29575


Borden Ladner Gervais LLP
Patent & Trade-mark Agents
World Exchange Plaza
100 Queen St, Suite 1100
Ottawa, Ontario K1P 1J9  CANADA

Border Bingo
100 West Village Blvd
Ste 1, Laredo, TX 78041


BOWIE CENTRAL APPRAISAL DISTRICT
TAX ASSESSOR COLLECTOR
PO BOX 6527
TEXARKANA, TX 75505-6527


Bravo Technical Resources
4835 LBJ Freeway
Suite 1000
Dallas, TX 75244


BRAZOS COUNTY TAX ASSESSOR
GERALD L WINN
300 E WILLIAM J BRYAN PKWY
BRYAN, TEXAS 77803-5397


Bridges Electric, Inc.
15330 LBJ Freeway
Suite 315
Mesquite, Tx 75150-1247


Brinks Document Destruction
14894 Collections Center Drive
Chicago, IL 60693


British Columbia GAIO
PO Box 9038, Stn. Prov. Govt.
Victoria, British Columbia V8W 9A4   CAN

British Columbia Lottery Commission
74 West Seymour Street
Kamloops
British Columbia V2C 1E2,


British Columbia Ministry of Public Safe
Gaming Policy and Enforcement Branch
Frank Allison
3rd Floor, 910 Government Street
Victoria, British Columbia V8V 1W4 CANAD

Broadband
Payment Processing Center
P.O. BOX 3656
Seattle, WA 98124-3656


BSQUARE Corporation
PO BOX 49002
San Jose, CA 95161-9002



Buckner
3120 N. Buckner
Dallas, TX 75228



Budget Bingo Supply
1675-A Dickinson Ave.(F.M. 1266)
Dickinson, TX 77539



Budget Bingo Supply, Inc.
2408 Jackson Lane
League City, TX 77573



Bulakan Bingo - Marilao
SM City Marilao
Bulacan, Phillippines



BURNETT'S STAFFING, INC.
P.O. BOX 5986
ARLINGTON, TEXAS 76005

Busch & Myers, LLP
100 Crescent Court
Suite 250
Dallas, TX 75201


Butterfield Ford
9000 South 200 West
Sandy, UT 84070


Cabalen - San Fernando
2nd Floor
Pampanga,, Phillippines


CALDWELL COUNTY APPRAISAL DISTRICT
610 SAN JACINTO STREET
P.O. BOX 900
LOCKHART, TEXAS 78644-0900


California Gambling Control Commission
Bingo Program Analyst
2399 Gateway Oaks Dr. #100
Sacramento, CA 95833-4231


California Gambling Control Commission
Dick Ross
2399 Gateway Oaks Drive, Ste.100
Sacramento, CA 95833


California Gambling Control Commission
Licensing & Compliance Division
2399 Gateway Oaks Dr
Suite 220
Sacramento, CA 95833-4231


California Gambling Control Commission
Kelley Schmidt
2399 Gateway Oaks Drive, Ste.100
Sacramento, CA 95833


Calvin Ruben
802 E. Silver Shadow Murray
SALT LAKE CITY, UT 84107

CANADIAN GAMING NEWS
1690 TRUSCOTT DRIVE
MISSISSAUGA, ONTARIO L5J 1Z6  CANADA


CANANWILL, INC.
1000 MILWAUKEE AVE
GLENVIEW, IL 60025


Capital City
1700 Terry Road
Suite 8, Jackson, MS 39204


CAPITOL CORPORATE SERVICES
P O BOX 1831
AUSTIN, TEXAS 78767


Carl's Electrical
113 East Fourth Ave
Red Springs, NC 28377


CarlSmith Ball LLP
1001 Bishop Street
ASB Tower, Suite 2200
Honolulu, HI 96813


Carol Stephenson, P.C.
5949 Sherry Lane Suite 1235
Dallas, TX 75225


Carrollton-Farmers Branch I.S.D.
PO BOX 110611
Carrollton, TX 75011-0611


Catalyst Strategies
3104 E Camelback Rd
#225
Phoenix, AZ 85016

Cbeyond
PO BOX 848432
Dallas, TX 75284-8432


Cedar Creek
Hwy 334 & Hwy 274
Seven Points, TX


Central Freight Lines, Inc.
PO BOX 847084
Dallas, TX 75284-7084


CEVA Logistics
1245 Royal Lane
PO BOX 619023
DFW Airport, TX 75261-9023


Champion Ford
200 West 90th South
Sandy, UT 84070


Charles T. Stark, Jr.
4128 Eldorado Drive
Plano, TX 75093


Chehalis Tribal Gaming Commission
P O BOX 536
OAKVILLE, WA 98568


Chevron
P.O. Box 2001
Concord, CA 94529-0001


Cingular Wireless
PO BOX 6444
Carol Stream, IL 60197-6444

```
Cingular Wireless - Keelin
PO BOX 54360
Los Angeles, CA 90054-0360


Cingular Wireless - Lawson
PO BOX 79075
Phoenix, AZ 85062-9075


Cingular Wireless-Henslee
PO Box 650553
Dallas, Texas 75265-0553


Cingular Wireless-Karl Aircard
PO Box 30218
Los Angeles, CA 90030-0218


Cingular Wireless-Kay
P.O Box 31488
Tampa, FL 33631-3488


Cingular Wireless-Marshall
P.O. Box 650553
Dallas, TX 75265-0553


CIT Technology Fin Serv, Inc.
23896 Network Place
Chicago, IL 60673-1238


Citi Square Bingo - Malabon
C4 Corner Dagat Dagatan
Malabon City, Phillippines


City of Burien
1581 Ambaum Blvd SW
Suite C
Burien, WA 98166
```

City of Dallas
PO BOX 650302
Dallas, TX 75265-0302


City of Del Rio Tax Office
Federico Reyes
109 W. Broadway
DEL RIO, TEXAS 78840


City of Del Rio Tax Office
ALFREDO TALAMANTEZ, JR - TAX
TAX ASSESSOR/COLLECTOR
109 W. BROADWAY
DEL RIO, TEXAS 78840

CITY OF DEL RIO TAX OFFICE
109 W. BROADWAY
DEL RIO, TEXAS 78840


CITY OF DEL RIO TAX OFFICE
ALFREDO TALAMANTEZ, JR
TAX ASSESSOR/COLLECTOR
109 W BROADWAY
DEL RIO, TX 78840

City of Farmers Branch
Alarm Permits
P.O BOX 819010
Farmers Branch, Tx 75381-9010


City of Irving
Revenue Collections
PO BOX 152288
Irving, TX 75015-2288


CITY OF LEAGUE CITY
300 West Walkerst Walker
LEAGUE CITY, TEXAS 77573


CITY OF LEAGUE CITY
LONNA K STEIN
TAX ASSESSOR - COLLECTOR
PO BOX 2488
LEAGUE CITY, TEXAS 77574-2488

```
CITY OF PASADENA - TAX OFFICE
ROBERT H ALLEN
P.O. BOX 3000
HOUSTON, TEXAS 77253-3000


City of Richardson
TAX DEPARTMENT
PO BOX 830129
RICHARDSON, TX 75083-0129


CITY OF SALT LAKE CITY
451 S. STATE STREET
ROOM 225
CITY & COUNTY BUILDING
SALT LAKE CITY, UTAH 84111


CLEAR CREEK ISD
MELANIE PIDCOKE
P.O. BOX 650395
DALLAS, TX 75265-0395


Coalition to Revive Charitable Bingo
FWB 3412 Marquita
Fort Worth, TX 76116



Coastline Micro
DEPARTMENT 1254
LOS ANGELES, CA 90084-1254



Colorado Department of State
Jim Wiig , Lead Investigator
State Licensing Division
1700 Broadway, Suite 300
Denver, CO 80290


COLORADO DEPT. OF REVENUE
1375 Sherman St.
DENVER, CO 80261-0006



COLORADO DEPT. OF REVENUE
DEPARTMENT OF REVENUE
DENVER, CO 80261-0006
```

Colorado Secretary of State
Attn: Mike Shea
Licensing Division
1700 Broadway, Suite 200
Denver, CO 80290

COMAL COUNTY TAX OFFICE
SHERMAN KRAUSE
P.O. BOX 311445
NEW BRAUNFELS, TEXAS 78131-1445

Combined Bachelor Quarters
MWR Finance Bldg 978
NAF ATSUGI
PSC 477 BOX 20
FPO AP,  96306-1220

Comerica
Commercial Lending Services
PO BOX 641618
Detroit, MI 48264-1618

Commonwealth  of Virginia
Dept. of Charitable Gaming
Attn: Ms. Betty Bowman
101 N. 14th St., 175h Floor
Richmond, VA 23219

Commonwealth of Kentucky
Department of Charitable Gaming
132 Brighton Park Blvd
Frankfort, KY 40601-3714

Commonwealth of Kentucky
John Y. Brown III
Secretary of State
PO Box 1150
Frankfort, KY 40602-1150

Community Coffee Co., L.L.C.
PO BOX 60141
New Orleans, LA 70160-0141

Community First National Bank
440 Budd Avenue
Big Piney, WY 83113

Compass Bank
P.O. BOX 830696
BIRMINGHAM, AL 35283-0696


Condor Registrations Service
3437 Darlene Circle
Huntsville, AL 35810


Copasetic Kraft LLC
1483 22nd Street
Ogden, UT 84401


Corporation Service Company
PO Box 13397
Philadelphia, PA 19101-3397


Cort Furniture
14215 Inwood Road
Dallas, Tx 75244


Courtesy Building Services, Inc.
2154 W Northwest Hwy  #214
Dallas, Texas 75220


Covey's Promotions
1974 E. Continental Blvd
Southlake, Tx 76092


CPI Office Products
PO BOX 59109
Dallas, Tx 75229-1109


CRAIG R SMITH ESQ.
SMITH LAW FIRM
21021 VENTURA BLVD
SUITE 450
WOODLAND HILLS, CA 91364

CTL Management Inc.
3105 Fite Circle Ste 106
Sacramento, CA 95827


D & B
75 Remittance Drive
ste# 1793
Chicago, IL 60675-1793


D'Arcy Management services, Inc
4242 N. Capistrano Drive
Suite 117
Dallas, TX 75287


Dallas Cnty Tax Assessor - Col
Records Bldg
500 Elm St
Dallas, Tx 75313-9033


Dallas Cnty Tax Assessor - Col
DAVID CHILDS
PO BOX 139066
DALLAS, TEXAS 75313-9066


Dallas County Utility and Reclamation Di
PO BOX 140035
Irving, TX 75014-0035


Dan Hennessy
Garfield Traub Development LLC
13455 Noel Road
Suite 2150
Dallas, TX 75240


DANIEL GRANADOS
9530 PARAMOUNT
DALLAS, TEXAS 75217


De Lage Landen Financial Services
PO BOX 848411
Dallas, Tx 75284-8411

Dean Peterson
23109 Locust Way
Bothell, WA 98021


Del Rio Bingo
1915 Veterans Blvd.
Del Rio, TX 78204


Delaware Secretary of State
Division of Corporations
PO Box 11728
Newark, NJ 07101-4728


Dell Financial Services
Payment Processing Center
PO BOX 5275
Carol Stream, IL 60197-5275


Dell Marketing L.P.
c/o Dell USA L.P.
PO Box 676021
Dallas, TX 75267-6021


DELOITTE & TOUCHE
P O BOX 840503
DALLAS, TX 75284-0503


Deluxe Business Forms & Supplies
2400 Central Avenue Suite B
Boulder, CO 80301


Dennis O'Neil
103 236th Pl
SW Bothell, WA. 98201


Denny O'Neil
1813 Concord Dr
Flower Mound, Tx 75022

```
Department of Employment - WY
Workers' Safety & Compensation
PO BOX 20006
Cheyenne, WY 82003


Department of State
206 North Office Building
P.O. Box 8721
Harrisburg, PA 17105


Department of State Corporation Bureau
PO BOX 8722
Harrisburg, PA 17105-8722



Dept. of Law & Public Safety
Michael Walker, Investigator
Office of Consumer Protection
124 Halsey Street, 7th Floor
Newark, NJ 7102

Desert Lakes Design
PO BOX 61002
Reno, NV 89506



DFW INTERNATIONAL AIRPORT
P.O. BOX 4726
IRVING, CA 92616-4726



Diane Bolin
TAX ASSESSOR/COLLECTOR
700 Main St Suite 124
KERRVILLE, TEXAS 78028


Digital Communications
990 N. Bowser Rd
Ste# 900
Richardson, TX 75081


DIMMIT COUNTY TAX ASSESSOR
MRS. MELINDA V. CAMPOS, RTC
TAX ASSESSOR-COLLECTOR
PO BOX 425
CARRIZO SPRINGS, TEXAS 78834
```

```
DODSCO, Inc.
6-27-21 Sagamidai Sagamihara-Shi
Kanagawa-Ken, Japan 228-0817



DODSCO, Inc.
Unit 45013
Box 2371
APO, AP 96338


Dominique Laconico Inc. dba Nico Capital
25 Kingsville St White Plains
Quezon City
Metro Manila
1110 Philippines,  Philippines

Donald J. Cox, Jr.
Law Offices of Donald Cox, LLC
212 Carnegie Center
Suite 206
Princeton, NJ 8540

Dring Air Conditioning & Heating
PO BOX 816367
Dallas, TX 75381



DSM Leasing
1300 Bay Street
Suite 400
Toronto, Ontario M4W 1A5 CANADA


DT RESEARCH INC.
2000 CONCOURSE DRIVE
SAN JOSE, CA 95131



Duane Morris LLP
Payment Processing
One Liberty Place
Philadelphia, PA 19103-7396


E-World Cargo
7910 S 3500 E
Salt Lake City, Utah 84121
```

East Bay Route - Buenas Vidas Youth Ranc
3070 Pacific Avenue
Livermore, CA 94550


East Bay Route - League of Volunteers
35753 Cedar Blvd
Newark, CA 94560


EBS, LLC.
300 88th St,
South Birmingham, AL 35206


Edlen Electric
3010 Builders Avenue
Las Vegas, NV 89101


EFO / Blue Dog, LLC
c/o Cynthia Johnson Rerko
2508 State Street, Number Six
Dallas, TX 75201


EFO Genpar
Attn: Linda Coffman
2828 Routh Street #500
Dallas, TX 75201


EFO PRIVATE EQUITY LLC
2828 ROOTH
SUITE 500
DALLAS, TX 75201


EGS
149 WELDON PKWY # 105
MARYLAND HEIGHTS, MO 63043


Eldridge Churchill
1005 Front Street
Evanston, WY 82980

Eldridge Churchill
105 Front St.
Evanston, WY 82980


ElectrikTek
400 E. Mineral Ave.
Littleton, CO 80122


Electronic Bingo Manufacturers Assoc.
16815 East Shea Blvd
Ste. 110 / PMB104
Fountain Hills, AZ 85268


Electronic Imaging Materials, Inc.
20 Forge St.
Keene, NH 3431


Elegance In Easels
2206 N Country Club Rd
Tucson, AZ 85716


Elliott's Hardware
4901 Maple Ave
Dallas, Tx 75235


Emery Bay
901 Lakeside Circle
Lewisville, TX 75057


Emperial Moving & Delivery Service
2558 Southwell
Dallas, TX 75248


Energizer Battery, Inc.
23145 Network Place
Chicago, IL 60673-1231

ENL Global
Unit B
Los Angeles, CA 90045


Entech Signs LLC
1905 W Arbor Rose
Grand Prairie, Tx 75050


Enterprise Rent-a-car
1 Rivershase Office Plaza
Suite 204
Birmingham, AL 35244


eQube
5667 Riverbend Road
Edmonton, AB T6H 5K4, CANADA


Equity Office Properties
545 John Carpenter Frwy
PO BOX 842512
Dallas, TX 75284-2515


Expedia Services
333 108th Avenue NE
Bellevue, WA 98004


Expeditors Canada, Inc.
897 57th Avenue NE
GST# No.TPS: 101592277
Calgary, Alberta T2E 8X9   CANADA


Expeditors International
506 East Dallas Road
Suite 400
Grapevine, TX 76051


F2 Technologies
PO BOX 160
Driftwood, Tx 78619

FACS
2750 Salt Springs Rd
Youngstown, OH 44509


Falcon Express
16600 S. Dixie Highway
Markham, IL 60428


FED-EX KINKO
PO BOX 672085
DALLAS, TEXAS 75267-2085


Federal Express
PO BOX 660481
Dallas, TX 75266-0481


FEMA Electronics Corp
12 Stults Rd
Suite 103
Dayton, NJ 8810


FIA CARD SERVICES
P O BOX 15710
WILMINGTON, DE 19866-5710


First National Bank of Pinedale
61 Pine Street
Pinedale, WY 82941


First Regional Bank
1801 Century Park
East Century City, CA 90067


Flamingo Bingo
2407 Texoma Pkwy
Sherman, TX 75090

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399


Florida Department of State
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314


Foam Fabricators, Inc.
PO BOX 691392
Cincinnati, Ohio 45269-1392


Focus Strategies
Investment Banking
515 Congress Avenue
Suite 1612
Austin, Tx 78701

FOL Bingo
5324 Oporto-Madrid Blvd
Birmingham, AL 35210


Ford Credit
P.O. Box 7172
Pasadena, CA 91109-7172


Forsyth Auto Transport
332 Fan Anselmo Ave
Fan Anselmo, CA 94960


Fort Gordon Bingo Palace
Lane Avenue
Bldg 15500, Ft. Gordon, GA 30905


Four Star Chemical
3137 26th Street
Los Angeles, CA 90023

Franchise Tax Board
PO BOX 942857
Sacramento, CA 94257-0551


FREEMAN
175 The West Mall
Toronto, Ontario M9C 1C2   CANADA


Freeman
PO BOX 650036
Dallas, TX 75265-0036


Friends Bingo
200 A,B,C West South Village Blvd.
Florence, SC 29505


Ft Benning
Sandhill NCO Club Bldg
9236  Marne Rd.
Ft. Benning, GA 31905


Ft Lee
C Avenue
Bldg 2609,
Fort Lee, VA 23801


Ft. Campbell
Bldg 5222
Fort Campbell, KY 42223


G L Enterprises
George Lasko
6702 Bayport
San Antonio, Tx 78239


Gabriel Ha
3608 Doubletree Court
Plano, TX 75023

GALVESTON COUNTY TAX
CHERYL E JOHNSON
TAX ASSESSOR - COLLECTOR
722 MOODY
GALVESTON, TEXAS 77550

Gambling Control Board
1711 W. County Road B, Suite 300 South
Roseville, MN 55113

Game Tronics
8820 Jane Street Unit B
Concord, Ontario
Canada L4K 2M9,

GamePilot, Inc
Attn:  Ray Garfield
13455 Noel Road
Two Galleria Tower, Ste#2150
Dallas, Tx 75240

GameTech International, Inc.
900 Sandhill Road
Reno, NV 89511

Gaming Laboratories International
LOCK BOX 3151
PO BOX 8500
Philadelphia, PA 19178-3151

Gaming Policy and Enforcement Branch
Registration Division
910 Government St.
3rd Floor
Victoria, BC V8W 1X3  CANADA

Garden City Bingo
2152 Hwy 17 S
OSV-247
Garden City, SC 29576

Gateways Bingo
11605 Bridgeport Way SW
Lakewood, WA 98499

GEM Communications
P.O. Box 870780
Kansas City, MO 64187-0780


Georgia Department of Revenue
TAXPAYER SERVICES DIVISION
P.O. BOX 105499
ATLANTA, GEORGIA 30348-5499


Georgia Department of Revenue
PROCESSING CENTER
PO BOX 740317
ATLANTA, GA 30374-0317


GEORGIA INCOME TAX DIVISION
P O BOX 740397
ATLANTA, GA 30374-0397


GES Expostion Services, Inc.
c/o Bank of America
1655 Grant Street
Concord, CA 94520


Gifford Spring Company
219 Gold Street
Garland, TX 75042


Glenda Bannister
PO BOX 65
New Summerfield, Tx 75780


Global C.S., Inc.
10073 Valley View St
Suite 267
Cypress, CA 90630


Global Gaming Expo
C/O Reed Exhibitions
P.O.Box 7247-7585
Philadelphia, PA 19170-7585

Go Go Bingo - Caloocan
Ever Gotesco Grand Central
Caloocan City, Phillippines


Go Go Bingo - Quezon
Ever Gtoesco Commonwealth
Quezon City, Phillippines


Goodtime Action Games
11827 Judd Court
Dallas, Tx 75243


Goodtime Bingo
12511 Texaco Rd
Houston, TX 77013


GOOSE CREEK CISD TAX OFFICE
CHARLENE PIGGOTT
TAX ASSESSOR - COLLECTOR
PO BOX 2805-4544  1-10 EAST
BAYTOWN, TX 77522-8881

Gould Leasing
1220 Yonge Street
Suite 201
Toronto, Ontario M4T 1W1    CANADA


GraybaR
PO BOX 840458
Dallas, Tx 75284-0458


Guam
PO Box 23271
GMF
Guam,  96921


H-B Construction, Inc.
1111 Shadow Lakes Blvd
Allen, TX 75002

HALLETT & PERRIN, P.C.
2001 BRYAN STREET
SUITE 3900
DALLAS, TX 75201


Hart Intercivic
P.O BOX 120453
DALLAS, TEXAS 75312-0453


Hawkins
18303 Bothell-Everett Hwy
Suite 120
Mill Creek, WA 98012


Haynes and Boone, LLP
PO BOX 841399
Dallas, TX 75284-1399


HAYS COUNTY TAX OFFICE
LUANNE CARAWAY
TAX ASSESSOR/COLLECTOR
COURTHOUSE ANNEX, 102 LBJ DRIV
SAN MARCOS, TX 78666-5620


Henderson County Tax Collector
Milburn Cheney Tax A/C
101 E Tyler
Athens, Tx 75751


Hewlett-Packard
3000 Hanover Street
Palo Alto, CA 94304-1185


Highgate Canada Inc.
1620-200 Burrard Street
Vancouver, BC V6C 3L6


Highgate Hotels, Inc
545 E John Carpenter Fwy
Suite 1400
Irving, TX 75062

```
HILL AND KNOWLTON
HILL AND KNOWLTON
160 BLOOR STREET EAST
SUITE 700
TORONTO, ONTARIO M4W 3P7  CANADA

Hind County Tax Collector
Eddie Fair
PO BOX 1727
Jackson, MS 39215-1727


HOLIDAY INN AIRPORT SOUTH
2715 FERN VALLEY ROAD
LOUISVILLE, KENTUCKY 40213



Horner Novelty,  Inc
310 Spring Street
Jeffersonville, IN 47130



HOUSTON INDEPENDENT SCHOOL DISTRICT
P.O. BOX 4668
HOUSTON, TEXAS 77210-4668



Hub International Rigg - Dallas
2001 Bryan St
Ste 800
Dallas, Tx 75201


HUB International Southwest Agency Limit
PO BOX 90756  87199
7770 Jefferson NE
Suite 101
Albuquerque, NM 87109

HUGHES AND LUCE, LLP.
1717 MAIN STREET
SUITE 2800
DALLAS, TEXAS 75201-4685


Hutchison & Gray, PLLC
2424 N. Central Expresway
Ste 530
Richardson, Texas 75080
```

Hutchison & Stephenson LLP
5949 Sherry Lane
Suite 1235
Dallas, TX 75225-6555


I-30 Bingo
8105 E. RL Thornton Fwy
Dallas, TX 75228


ICP ELECTRONICS, INC.
3F No22, CHUNG-HSING RD
SHI-CHI CITY
TAIPEI HSIEN,  Taiwan


Idaho Lottery
PO BOX 9246
Boise, Idaho 83707-9246


Idaho State Tax Commission
PO BOX 56
Boise, ID 83756-0056


ILLINOIS DEPT. OF REVENUE
Office of Bingo & Charitable Gaming
PO BOX 19480
SPRINGFIELD, IL 62794-9480


ILLINOIS DEPT. OF REVENUE
Attn: Colleen Wise
Office of Bingo & Charitable Gaming
101 West Jefferson Street, Level 3NW
SPRINGFIELD, IL 62702


Illinois Gaming Board
160 N. LaSalle, Suite 300
Chicago, IL 60601


Image Works
Event Production & Management, Inc.
975 White Drive
Las Vegas, NV 89119

ImageNet Litigation Support
2001 Bryan Street
Suite 3900
Dallas, TX 75201


IMCEA
1530 Dunwoody Village Pkwy
Suite 203
Atlanta, GA 30338


Insight
P.O. Box 78825
Phoenix, AZ 85062-8825


Intelibytes Corporation, Inc.
1452 Hughes Rd.
Suite 330
Grapevine, TX 75062


INTELINET SYSTEMS
1761 INTERNATIONAL PARKWAY
SUITE 105
RICHARDSON, TEXAS 75081


InterCall
DEPT 1261
Denver, CO 80256


IRS
Special Procedure Staff
Mail Code 5020-DAL
1100 Commerce Street
Dallas, TX 75242

IRS
P.O. Box 21126
Philadelphia, PA 19114-0326


Irving ISD
TAX OFFICE
P.O. BOX 152021
Irving, Texas 75015-2021

ISTA
PO BOX 650596
DALLAS, TX 75265


Ivan Knowles
1380 Birch St.
Pemberton, British Columbia V0N2L0  CANA


J-PHASE ELECTRIC, LLC
181 S Watson
Suite 306
Arlington, Texas 76010


JACKSON WALKER L.L.P.
PO BOX 130989
DALLAS, TX 75313-0989


Jaffer Khimji
545 East John Carpenter Freeway
Suite 1400
Irving, TX 75062


JOHN RAMSEY TAX COLLECTOR
100 W. HOUSTON, Ste. 11
GRAYSON COUNTY
SHERMAN, TEXAS 75090


Johnnie B. Hitt
6819 Blue Mesa
Dallas, TX. 75252


Joseph Lerner
8355 Cinnamon Ridge Lane
Reno, NV 89523-4837


Josiah Marshall
1303 Travis Circle North
Irving, TX 75038

JP Sales
7045 Startown Rd
Maiden, NC 28650


JUNG & SISCO, P.A.
100 SOUTH ASHLEY DRIVE
SUITE 1240
WACHOVIA CENTER
TAMPA, FLORIDA 33602

Jupiter Bingo
2120 E. Beltline
Dallas, TX 75081


KAESER & BLAIR, INC
4236 GRISSOM DRIVE
BATAVIA, OH 45103-1696


Kansas Secretary of State
Memorial Hall, 1st Floor
120 S.W. 10th Avenue
Topeka, KS 66612


Karl Allred
P.O. Box 508
Evanston, WY 82931


Kaufman County Tax Office
Dick Murphy - Tax Assessor-Collector
Kaufman County
PO BOX 339
Kaufman, Tx 75142-0339

KENNETH L MAUN
TAX ASSESSOR - COLLECTOR
COLLIN COUNTY
P.O. BOX 8046
McKINNEY, TEXAS 75070-8046

KENTUCKY DEPT OF REVENUE
Financial Tax Section
Station 61
FRANKFORT, KY 40602

KENTUCKY DEPT OF REVENUE
DEPARTMENT OF REVENUE
FRANKFORT, KY 40620


Kentucky Dept. of Charitable Gaming
Leah Boggs, Assistant Director
132 Brighton Park Blvd.
Frankfort, KY 40601


Kentucky Revenue Cabinet
Station Number 21
P.O Box 1274
Frankfort, KY 40602-1274


Kentucky State Treasurer
OFFICE OF CHARITABLE GAMING
132 BRIGHTON PARK BLVD
FRANKFORT, KY 40601-3714


Kerrville Bingo
3800 Riverside Dr
Kerrville, TX 78028


KERRVILLE INDEPENDENT SCHOOL DIST
Tax Collector: Jerri Cox
301 N Live Oak
Rockport, TEXAS 78382


KERRVILLE INDEPENDENT SCHOOL DIST
WILLIAM S ORR
TAS ASSESSOR-COLLECTOR
329 EARL GARRETT
KERRVILLE, TEXAS 78028


Kevin Hayes
P.O. Box 7
Cora, WY 82925


Kinko's, Inc.
Customer Admin. Services
P.O. Box 530257
Atlanta, GA 30353-0257

```
KVF2 LLC
16212 BOTHELL EVERETT
HWY #F116
MILL CREEK, WA 98012


Labor Ready Central, Inc.
PO BOX 676412
Dallas, Tx 75267-6412



Landstar Express America, Inc.
PO BOX 651434
Charlotte, NC 28265-1434



Larry Glasscock
4512 Fairfax Avenue
Dallas, TX 75205



Las Colinas Printing & Graphics
5330 N. MacArthur Blvd.
Suite 148
Irving, TX 75038


Laurel
114 Millsaps Ave
Jackson, MS 39202



Leo Sierra, CPA
7502 Greenville Ave
Suite 500
Dallas, TX 75231-3812



Les Entreprise Omni Bingo Inc.
11725 Boul. Riviere-Des-Prairies
Montreal, Quebec H1C 1R2



Licensing and Regulations
Morris Rooke
Dept. of Charitable Gaming
101 N. 14th St., 17th Floor
Richmond, VA 23219
```

Lightning Games
Attn:  Jeff Boltz
3415 W Northern Ave
Phoenix, AZ 85051


LightSpeed Datalinks
4747 Hamilton Rd
Suite C
Columbus, GA 31904


Lone Star Overnight
PO BOX 149225
Austin, Tx 78714-9225



Lorrie Trapp
512 Bedford
Richardson, TX 75080



Louisiana Department Of Revenue
Office of Charitable Gaming
PO BOX 98502
Baton Rouge, LA 70884


Louisiana Department Of Revenue
Attn: Michael Legendre
Office of Charitable Gaming
8549 United Plaza Blvd., Suite 301
Baton Rouge, LA 70884

Louisiana Department Of Revenue
P.O. Box 3550
Baton Rouge, LA 70821-3550



Louisiana Office of Charitable Gaming
P O Box 98502
Baton Rouge, LA 70884



Louisiana Secretary of State
Commerical Division
PO BOX 94125
Baton Rouge, LA 70804-9125

Lumen Institute
The Lincoln Building
60 East 42nd Street
Suite 1217
New York, NY 10165

M&A Technology
2045 Chenault Drive
Carrollton, Tx 75006


Mahmood Khimji
545 East John Carpenter Freeway
Suite 1400
Irving, TX 75062


Maiden Amusement, Inc.
7045 Startown Road
Maiden, NC 28650


Manifest Funding Services
P.O. BOX 790448
St. Louis, MO 63179-0448


Marine Products


Mario Di Pilato
1496 Du Jura
Laval, Quebec H7M 5N3   CANADA


Markel Enterprises LLC
4444-B Mississippi Street
San Diego, CA 92116


Market Bingo - Binan
Pavilion Mall
Laguna, Phillippines

Market Bingo - San Pablo
San Pablo Shopping Mall
San Pablo City, Phillippines


Market Bingo - Santa Rosa
SM City Santa Rosa
Laguna, Phillippines


Market Warehouse Inc.
998C Old Country Road
Suite 123
Plainview, NY 11803


Martha Boley
9313 Athens Drive
Argyle, TX 76226


Maurice Freeman
14724 93rd BLVD NE
Apt G101
Bothell, WA 98001


MBNA
Attn: FL1-300-02-07
PO Box 25118
Tampa, FL 33633-0900


MBNA - Platinum Plus for Business
PO BOX 15469
Wilmington, DE 19886-5469


MC&M Video
4825 Executive Park Ct.
Suite 101
Jacksonville, FL 32216


McCourt MFG
101 N. 3rd
Fort Smith, AR 72901

MCCS Bingo
Bldg. 7450 Radford Blvd
Albany, GA 31705


MCLENNAN COUNTY - TAX OFFICE
A.F. ""BUDDY"" SKEEN
215 N. 5th St., Suite: 118
WACO, TEXAS 76703


MCLENNAN COUNTY - TAX OFFICE
A.F. ""BUDDY"" SKEEN
TAX ASSESSOR COLLECTOR
P.O. BOX 406
WACO, TEXAS 76703

McLeod, USA
P.O. Box 3243
Milwaukee, WI 53201-3243


Mendelssohn
#400 69 Yonge Street
Toronto, ON M5E 1K3  CANADA


Michigan Bureau of State Lottery
Thomas Reich, Supervisor
Charitable Gaming Division
101 E. Hillsdale
Lansing, MI 48909

Microsoft Corporation
MSDN Subscriptions
P.O. Box 848529
Dallas, TX 75284-8529


Middleton Burns & Davis, PC
3333 Lee Parkway
Suite 350
Dallas, TX 75219


Mike Coffee
3210 Chimney Rock Drive
Nacogdoches, Tx 75965

Mike Danhi
3300 N Pace Blvd
Pensacola, FL 32505


Mike Imamura
2657 Country Golf Drive
Wellington, FL 33414


Millennium Bingo - Quezon
2nd Floor
Quezon City, Phillippines


Miller Malone P.S. Inc
3110  Ruston way
Suite F
Tacoma, WA 98402


Miller, Malone & Tellefson
3110 Ruston Way
Suite F
Tacoma, WA 98402


Mind Aim Visual Communication
1904 N Prairie Ave
Dallas, Tx 75204


Minister of Finance & Corporate Relation
Alcohol & Gaming Commission
90 Sheppard Avenue East
Toronto, Ontario M2N 0A4   CANADA


Minister of Finance & Corporate Relation
Gaming Policy & Enforcement Branch
Registration & Certification
PO BOX 9202  STN PROV GOVT
Victoria, BC V8W 9J1  CANADA


Mississippi Gaming Commission
Charitable Gaming Division
P.O. Box 23577
Jackson, Mississippi 39225-3577

Mississippi Gaming Commission
Sonny Weathersby, Director
Charitable Gaming Division
620 North Street, Suite 200
Jackson, MS 39202

Missouri Gaming Commission
Corporal David Booker
3417 Knipp Drive
Jefferson City, MO 65109

Missouri Gaming Commission
Bingo Division
PO Box 1847
Jefferson City, MO 65102

Mitchum Computer Services
75 Ridge Road
Seale, AL 36875

Modcomp Systems and Solutions
1500 S POWERLINE ROAD
DEERFIELD BEACH, FL 33442

Moore Engineering Corp
1989 West 8300 South
West Jordan, UT 84088

Morgan Newton Co., L.P.
3401 Wynwood Drive
Plano, Tx 75074

Mother's Nature Bingo
PO BOX 1864
Wenatchee, WA 98807

Mother's Nature Bingo
408 South Chelan
Wenatchee, WA 98801

Mountain Tech Sales & Assembly
3424 West 2400 South
West Valley City, UT 84119


Murray Ross Orr
439 University Avenue
Toronto Ontario
M5G 1Y8 CANADA


MWR
MWR Finance Bldg 978
NAF ATSUGI
PSC 477 BOX 20
FPO AP,  96306-1220

Mylox Technologies, Inc.
1846 Rosemeade Pkwy
Suite 344
Carrollton, Tx 75007


Nacogdoches Central Appr Dist
216 W. Hospital St.
NACOGDOCHES, TX 75961


Nacogdoches Tax Collector
101 West Main
NACOGDOCHES, TX 75965


NAGRA
6 E. Exchange St
Suite 500
St. Paul, MN 55101


NC Secretary of State
2 South Salisbury Street
Raleigh, NC 27601-2903


NCDOR
P O BOX 25000
RALEIGH, NC 27640-0500

NCS Power, Inc
5139 NE 94th Street
Suite F
Vancouver, WA 98662


Nebraska Department of Revenue
Deb Weber
Agent 16
301 Centenial Mall South
Lincoln, NE 68509

Nebraska Dept of Revenue
Charitable Gaming Division
P.O. Box 94855
Lincoln, NE 68509-4855


Nebraska State Patrol
Criminal Identification Divisi
P.O.Box 94907
Lincoln, NE 68509-4907


Nell Anne Hunt
3704 Hidalgo
Irving, Texas 75062



Network Solutions
13861 Sunrise Valley Drive
Dept ACQM
Herndon, VA 20171


Nevada Gaming Control Board, Audit Divis
Sue Skrove, Senior Agent
555 E. Washington Ave., Ste. 2600
Las Vegas, NV 89101


Nevada Secretary of State
202 North Carson Street
Carson City, NV 89701-4201



New Braunfels VFW
New Braunfels, TX 78130

New York State Corporation Tax
NYS Assessment Receivables
PO BOX 4127
Binghamton, NY 13902-4127


New York State Corporation Tax
PROCESSING UNIT
PO BOX 22102
ALBANY, NY 12201-2102


New York State Department of State
Division of Corporations
41 State Street
Albany, NY 12231-0002


New York State Racing and Wagering Board
1 Watervliet Ave Extention
Suite 2
Albany, NY 12206-1668


New York State Racing and Wagering Board
1 Broadway Center
Suite 600
Schenectady, NY 12305-2553


New York State Racing and Wagering Board
Attn: Nicole Robilotto
1 Broadway Center, Suite 600
Schenectady, NY 12305-2553


NewAgain Solutions, Ltd.
1602 Terre Colony Ct
Dallas, Tx 75212


Nexergy, Inc.
PO BOX 975241
Dallas, TX 75397-5241


Nextcorp
7701 Las Colinas Ridge
Suite 100
Irving, TX 75063

Nextel Partners Inc
P.O Box 4192
Carol Stream, IL 60197-4192


Nick Farley & Associates
6401 Davis Industrial Pkwy
Suite A
Solon, OH 44139


Nico Capital
25 Kingsville St
Quezon City, Phillippines 1110


Nico Capital Gaming, Inc.
25 Kingsville St.
White Plains
1110 Philippines
Quezon City, Metro Manila Philippines

North Carolina Department of Revenue
PO BOX 25000
RALEIGH, NC 27640-0520


North Myrtle Beach
82 Cloverleaf Lane
Unit #1, Longs, SC 29568


NORTH TEXAS TOLLWAY AUTHORITY
CUSTOMER CENTER
PO BOX 260928
PLANO, TX 75026-0928


Northshore Youth Soccer Association
23718 Bothell Everett Highway
Ste H
Bothell, WA 98021


Northwatt Bingo
5715 North Watt Ave
North Highlands Center, CA 95660

Northwest Highway Self Storage
1975 W. Northwest Highway
Dallas, TX. 75220


NOVACOPY OF TEXAS, LLC
PO BOX 631850
DEPT 1001
IRVING, TX 75063-1850


NUECES COUNTY TAX
RAMIRO R CANALES, CTA
P.O. BOX 2810
CORPUS CHRISTI, TEXAS 78403-2810


NV Secretary of State
101 N Carson Street Suite 3
Carson City, NV 89701


NYS Racing and Wagering Board
Tracey Rubino
1 Broadway Center, Suite 600
Schenectady, NY 12305


Office Depot
PO Box 70025
Los Angeles, CA 90074-0025


Office of Charitable Gaming
Michael Legendre, Director
Department of Revenue
8549 United Plaza Blvd., Suite 301
Baton Rouge, LA 70884

Office of Charitable Gaming
P.O. BOX 98502
Baton Rouge, LA 70884


Office of Revenue - Mississippi
PO BOX 23075
Jackson, MS 39225-3075

```
Office of Revenue - Mississippi
P.O. Box 23050
Jackson, MS 39225-3050



Office Of The Attorney General
PO BOX 659781
San Antonio, Texas 78265-9791



Office Resource Group
1303 W Beltline Rd
Suite 201
Carrollton, Tx 75006


Office Team
FILE 73484
PO BOX 60000
San Francisco, CA 94160-3484


Ohio Dept of Taxation
PO  BOX 182101
COLUMBUS, OH 43218-2101



Ohio Dept of Taxation
OHIO DEPT OF TAXATION
PO BOX 804
COLUMBUS, OH 43216-0804


Ohio Dept of Taxation
PO BOX 27
Columbus, OH 43216-0027



Ohio Office of the Attorney General
Monica Moloney
State Office Tower
30 E. Broad Street,17th Floor
Columbus, OH 43215


Olswang Client A/C
Lloyds TSB Bank Plc
39 Threadneedle Street
London,  EC2R 8AU   UK
```

OmniPrint, Inc.
14 Chrysler
Irvine, CA 92618


Omnitrans
dba Les Produits Servi-Jeux
3615 Boul. Industrial
Montreal, QC H1H 2Y6   CANADA


On Time Couriers
2001 Bryan St.
Ste. 2155
Dallas, Texas 75201


Ontario Charitable Gaming Association
c.o 11 Woodhaven Drive
Brampton, ON L7A 1Y6   CANADA


Ontario Liberal Fund
10 St. Mary Street
Suite 210
Toronto, ON M4Y 1P9 CANADA


Oregon Secretary of State
Public Service Building Suite 151
255 Capitol Street NE
Salam, OR 97310


Orkin, Inc.
1209 WN Carrier Pkwy
Suite 300
Grand Prairie, TX 75050


Oxford Associates, Inc.
1860 Crown Drive
Suite 1403
Dallas, Tx 75234


PA Department of Revenue
BUREAU OF CORPORATION TAXES
PO BOX 280423
HARRISBURG, PA 17128-0423

Pacific Bell
Payment Center
Van Nuys, CA 91388-0001


Pacific Bingo Cabanantuan
2nd Floor
Nueva Ecija, Phillippines


Pam Grigar
4779 N Galloway
Apt. 402
Mesquite, Texas 75150


Panasonic Digital Document Com
LEASE ADMINISTRATION CENTER
PO BOX 371992
Pittsburgh, PA 15250-7992


Paracorp Inc. DBA Parasec
PO BOX 160568
Sacramento, CA 95816-0568


Paradise I
1520 College Ave
South Houston, TX 77587


Paradise II
1520 College Ave
South Houston, TX 77587


Paradise Rock Hill
1312 E. Black Street
Rock Hill, SC 29730


Paradise-Augusta
547 Atomic Rd.
N. Augusta, SC 29841

Paradise-Florence
1352 James Jones Ave.
Florence, SC 29505


Parasec
PO BOX 160568
Sacramento, CA 95816-0568


Park Place Bingo
1045 South Main
Salinas, CA 93901


PASADENA INDEPENDENT SCHOOL DIST
ZELDA CRYAR, RTA, CSTA, CTA
2223 Strawberry Rd
PASADENA, TX 77502


PASADENA INDEPENDENT SCHOOL DIST
ZELDA CRYAR, RTA, CSTA, CTA
TAX ASSESSOR/COLLECTOR
PO BOX 1318
PASADENA, TX 77501-1318


PAUL BETTENCOURT TAX ASSESSOR
Harris County Tax Office
P.O. Box 4663
HOUSTON, TEXAS 77210


PAUL BETTENCOURT TAX ASSESSOR
PAUL BETTENCOURT
TAX ASSESSOR - COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622


PAUL PATRICK ELECTRIC, INC.
5755 WINDOVER STREET
MILTON, FLORIDA 32583


Paul Ruben
Ruben Engineering Group
741 E. Litson Circle
Murray, UT 84107

PAULA RECTOR, RTA
TAX ASSESSOR/COLLECTOR
KERR COUNTY
700 MAIN ST.   STE 124
KERRVILLE, TEXAS 78028

Paychex
Human Resources Services
1175 John St
West Henrietta, NY 14586-9199

PETER STONE
1923 - 5th Street S.W.
Unit B
Calgary, Alberta T2S 2B2  CANADA

Pitney Bowes, Inc.
PO BOX 856390
Louisville, KY 40285-6390

PowerUp Inc.
PO BOX 7528
Tamuning, Guam 96931

Prettyman Remodeling
3642 West 1987 South
Salt Lake City, UT 84104

Pro Messenger
PO BOX 1006
ADDISON, TX 75001-1006

Prudential Insurance Company
213 Washington Street
Newark, NJ 07102-2992

PSBP Westwood, L.P.
P.O. Box 200697-01
Dallas, Texas 75320-0697

QUALITY BINGO
12364 W. ALAMEDA PARKWAY
LAKEWOOD, COLORADO 80228


QUEST
P.O. BOX 41039
SACRAMENTO, CA 95841-0039


Questar Gas
P.O. Box 45841
Salt Lake City, UT 84139-0001


QUINN PACIFIC
TERRY
2337 ROSCOMARE ROAD
#2-235
LOS ANGELES, CALIFORNIA 90077

Qwest Communications
PO BOX 173638
DENVER, CO 80217-3638


R2 Computer Guys
PO BOX 451708
Laredo, Tx 78045


Raindance Communications, Inc.
Dept #1261
Denver, CO 80256


Randall McMillan
4779 N Galloway
Apt.#402
Mesquite, Tx 75150


Randy's
1534 Bandera Rd
San Antonio, TX 78228

Randy's 2 (Golden)
1327 Bandera Rd
San Antonio, TX 78228


Randy's Ballroom
1534 Bandera Rd
San Antonio, TX 78228


Randy's Battery Orders
10225 IH35 North
San Antonio, TX 78233


READY TO GO
P O BOX 455
GRAPEVINE, TEXAS 76099


RELIABLE CHEVROLET
PO BOX 831240
RICHARDSON, TX 75080-1240


Reliant Energy
PO BOX 650475
Dallas, TX 75265-0475


Rey Sereseroz
10453 Linda Circle
Forney, Tx 75126


Richardson Independent School District
TAX OFFICE
970 SECURITY ROW
RICHARDSON, TX 75081


Richmore Bingo
1306 Richey Street
Pasadena, TX 77502

Rick Lanpher, Jr.
13625 Ashridge Dr
Dallas, TX 75240


Roanoke HVAC
PO BOX 881
Roanoke, TX 76262


Robert Half Technology
FILE 73484
PO BOX 60000
San Francisco, Ca 94160-3484


Robert Hindman
9655 Chimney Hill
#1123
Dallas, Tx 75243


Rocky Duron & Associates, Inc.
PO BOX 560264
Dallas, Texas 75356


Rogers
PO BOX 3100
St-Laurent, QUEBEC H4L 5J8    CANADA


RONNIE BAKER
137 OKLAHOMA ST
NEW BRAUNFELS, TX 78130


Ross Orr
2 Lombard Street
Suite 201
Toronto, Ontario M5C 1M1  CANADA


Roy Bingo Supplies
3 Braswell Road
Hattiesburg, MS 39401

Safeguard Business Systems
PO BOX 88043
Chicago, IL 60680-1043


Sage Software, Inc.
PO BOX 404927
Atlanta, GA 30384-4927


Salt  Lake City Corporation
PO Box 145474
Salt Lake City, UT 84114


Salt Lake County Assessor
Salt Lake County Assessor
2001 South State St #N2300A
Salt Lake City, UT 84190-1300


Salt Lake County Treasurer
2001 South State Street
Salt Lake City, UT 84190


Salt Lake County Treasurer
2001 South State Street
N1200
Salt Lake City, UT 84190


Sams
PO BOX 530942
ATLANTA, GA 30353


Santa Clara Vanguard
1795 Space Park Drive
Santa Clara, CA 95054


ScanSource
PO BOX 890222
Charlotte, NC 28289-0222

Schlegel Marketing Communications
1904 North Prairie
Dallas, TX 75204


Seattle Jaycees Bingo
11030 East Marginal Way South
Tukwila, WA 98168


Secretary of State
Corporations Division
315 West Tower, #2 Martin Luther King Jr
Atlanta, GA 30334


Secretary of State - California
1500 11th Street  3rd floor
P.O. Box 944230
Sacramento, CA 95814


SECRETARY OF STATE - GEORGIA
CORPORATIONS DIVISION
315 WEST TOWER #2
MARTIN LUTHER KING JR DRIVE
ATLANTA, GA 30334


Secretary of State - Illinois
Department of Business Service
501 S Second Street
Springfield, IL 62756


Secretary of State - Illinois
Department of Business Service
501 S Second Street
Rm 350
Springfield, IL 62756


Secretary of State - Louisiana
Commercial Division
PO BOX 94125
Baton Rouge, LA 70804-9125


Secretary of State - Mississippi
PO Box 23083
Jackson, MS 39225-3083

Secretary of State - Nebraska
1301 State Capitol
P.O. Box  94608
Lincoln, NE 68509-4608


Secretary of State - South Carolina
PO BOX 11350
Columbia, SC 29211


Secretary of State - Texas
PO BOX 13697
AUSTIN, TX 78711-3697


Secretary of State - Washington
801 Capitol Way South
PO BOX 40234
Olympia, WA 98504-0234


Servi-Jeux
3615 Boul Industriel
Montreal-Nord, Quebec H1H 2Y6


Service Master Elite
183 S Watson Road
Suite 208
Arlington, Tx 76010


Service Plus International  Inc.
Unit 4-1555 Dublin Avenue
Winnipeg, Manitoba R3E 3M8   CANADA


SGC - Link Corp
5667 Riverbend Road
Edmonton, Alberta T6H 5K4


SGC Alberta
3410-25th St NE
Calgary, AB T1Y6C1, CANADA

Shamrock
551 Atomic Rd.
N. Augusta, SC 29841


Skyline Display & Design, Inc.
3355 Discovery Road
Eagan, MN 55121


Skyline Exhibit Marketing of Las Vegas,
975 White Drive
Las Vegas, NV 89119


Skyline Trade Show Marketing
8600 Sweet Valley Drive
Cleveland, OH 44125


Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, AZ 85004-2202


Snelling Personnel Services
P.O. Box 650765
Dallas, TX 75265-0765


SNOHOMISH COUNTY AUDITOR
VEHICLE LICENSING
3000 ROCKEFELLER AVE
EVERETT, WA 98201-4060


Snohomish County Boys and Girls Club
Tulalip Branch


South Carolina Charity Bingo Assoc. Inc.
c/o P O Box 26057
Greenville, SC 29616

```
South Carolina Department of Revenue
301 Gervais Street
P.O. Box 125
Columbia, SC 29214-0006


South Carolina Department of Revenue
Corporation Return
Columbia, SC 29214-0006



South Carolina Dept. of Revenue
Angelia Bedenbaugh
Law & Compliance - Bingo Unit
301 Gervais Street
Columbus, SC 29201

South Point Production Services
9777 Las Vegas Blvd S.
Las Vegas, NV 89183



Southern Bingo Supplies, Inc.
5824 Lone Pine Rd
Jacksonville, FL 32216



Southwest Airlines Cargo
PO BOX  97390
Dallas, Tx 75397



Southwestern Bell
208 South Akard
27th Floor
Room 2750.04
Dallas, Tx 75202

Specialty Heating & Air Inc.
3664 West 2100 South
Salt Lake City, Utah 84104



Sprint
PO BOX 54977
Los Angeles, CA 90054-0977
```

Sprint
PO BOX 4181
Carol Stream, IL 60197-4181


St. Paul Travelers
Dept CH 9072
Palatine, IL 60055-9072


ST. PAUL TRAVELERS
CL & SPECIALTY REMITTANCE CENT
HARTFORD, CT 06183-1008


Standard Coffee Service Company
PO BOX 154312
Irving, TX 75015


Staples Business Advantage
Dept DAL 3368
PO BOX 83689
Chicago, IL 60696-3689


STATE COMPTROLLER
Texas Lottery Commission
PO BOX 16630
Austin, TX 78761


STATE COMPTROLLER
COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN, TX 78714-9348


State Corporation Commission
Clerk's Office
PO BOX 7607
Merrifield, VA 22116


State of Delaware
PO Box 74072
Baltimore, MD 21274-4072

STATE OF MARYLAND
DEPT OF ASSESSMENTS & TAXATION
301 West Preston Street
Baltimore, MD 21201-2395


State of Michigan
Michigan D.O.L & Eco Growth
Bureau of Comm Serv, Corp Div
Lansing, MI 48909-7554


State of Michigan
Charitable Gaming Division
c/o Accounting
Lansing, MI 48909


State of Michigan
Michigan D.O.L & Eco Growth
Bureau of Comm Serv, Corp Div
PO BOX 30702
Lansing, MI 48909-7554

State of Nevada
PO BOX 52614
Phoenix, Az 85072-2614


State of Nevada
Department of Taxation
1550 College Parkway
Carson City, NV 89706-7937


State of Nevada
Department of Taxation
1550 College Parkway
Suite 115
Carson City, NV 89706-7937

State of New Jersey
Division of Taxation
Revenue Processing Center
Trenton, New Jersey 08646-0193


State of New Jersey
Division of Taxation
Revenue Processing Center
PO BOX 193
Trenton, New Jersey 08646-0193

State of South Carolina
Department of Revenue
Columbia, SC 29214-0100


State of Utah
PO BOX 146705
Salt Lake City, Utah 84114-6705


State of Washington Gambling Commission
PO BOX 42400
Olympia, WA 98504-2400


State of Washington Gambling Commission
4565 7th Ave SE
Lacey, WA 98503


State of Wyoming
2002 Annual Profit Corporation
200 West 24th Street
Cheyenne, WY 82002-0020


State Treasurer
WA Dept. of Licensing
Master License Service
PO Box 9034
Olympia, WA 98507-9034

Stephen Fenoglio
508 W. 12th Street
Austin, TX 78701-1819


Steve Cooper
INXS
Steve Cooper
16247 Miramar Place
San Leandro, CA 94578

Steve Smallman
1832 Clydesdale Drive
Carson City, NV 89703-2356

Steven Stewart, Jr
451 Stone Gate Drive
New Braunfels, Tx 78130


Strategic Staffing
Operations Center
PO BOX 60839
Charlotte, NC 28260-0839


Streamline Consulting
16108 E Emerald Drive
Fountain Hills, AZ 85268


Streamline Consulting, LLC
16108 East Emerald Drive #203
Fountain Hills, AZ 85268


Sublette County Treasurer
21 S. Tyler
P.O. Box 2057
Pinedale, WY 82941


Sublette County Treasurer
21 S. Tyler
PO Box 296
Pinedale, WY 82941


Super Bingo  - Los Banos
Olivarez Plaza
Laguna, Phillippines


Super Bingo (Texarkana)
1608 N. Robinson Rd
Texarkana, TX 75501


Super Bingo Too (Texarkana)
1630 N. Robinson Rd
Texarkana, TX 75501

```
SUZANNE H KONZELMANN
1995 TRUST
Garfield Traub Development LLC
13455 Noel Rd, Suite 2150
DALLAS, TX 75240

SVN Salt Lake City
C/O SVN Management, Inc.
P.O.Box 10789
Newport Beach, CA 92658-5008


SYLVIA S ROMO
SYLVIA S. ROMO
TAX ASSESSOR - COLLECTOR
PO BOX 839950
SAN ANTONIO, TEXAS 78283-3950

TALBOT INSURANCE & FINANCIAL SERVICES
ANDREA CORDOVA
PO BOX 90756
7770 JEFFERSON NE, SUITE 200
ALBUQUERQUE, NM 87109

Tamara Dietrich
9315 Kalil Drive
Scottsdale, AZ 85260


Tammy Strobel
545 E John Carpenter Frwy
1400
Irving, TX 75062


TAX ASSESSOR - COLLECTOR
P. O. Box 248
710 James Bowie Drive
New Boston, TX 75570


TAX ASSESSOR - COLLECTOR
BOWIE COUNTY
PO BOX 6527
TEXARKANA, TX 75505-6527


Technology Integration Group
7810 Trade St
Attn: Lisa Dubin
San Diego, CA 92121
```

Techpower (H.K.) Limited
Units A & B 51/F Neich Tower
128 Gloucester Road
Wanchai, Hong Kong


Texas Capital Bank
6060 N. Central Expressway,
suite 800
Dallas, Texas 75206


Texas Gaming International, Inc
604 Kerlick Lane
New Braunfels, TX 78130


Texas Lottery Commission
Meagan Ahmad
Charitable Bingo Division
611 E. 6th Street
Austin, TX 78701

Texas Lottery Commission
P.O. Box 16630
Austin, TX 78761-6630


Texas State Comptroller
Charitable Bingo Division
Texas Lottery Commission
P O Box 16630
Austin, TX 78761-6630

Texas State Notary Bureau
4107 South 1st Street
Austin, TX 78745


The American Arbitration Association
13455 Noel Raod
Suite 1750
Dallas, Tx 75240


The Association of Texas Bingo Licensees
3930 Bee Cave Road
Ste. D
Austin, TX 78746

The Bayside Group
2520 Electronic Lance, #812
Dallas, TX 75220


The Bingo Company
5553 West Waters Ave
Suite 307
Tampa, FL 333634


The D Group LP
Attn: Joe Marshall, General Partner
Two Galleria Tower
13455 Noel Road, Suite 2150
Dallas, TX 75240

The Horne Group, Inc
PO BOX 8339
Fleming Island, FL 32006


The Light Group - Mist Bar & Lounge
6276 S Rainbow
Suite 120
Las Vegas, NV 89118


The Mercanti Group, LLC
11111 Santa Monica Boulevard
Suite 1620
Los Angeles, CA 90025


The Ohio Casualty Co
136 North Third Street
Hamilton, OH 45025


The Port Authority of New York & New Jer
PO Box 149003
Staten Island, NY 10314-9003


The Sports Club at Four Seasons
PO BOX 730495
Dallas, TX 75373-0495

The Traveler's Indemnity & Affiliates
Remittance Center
Hartford, CT 06183-1008


Thomas M. Kellen
4405 Riverside Dr. # 301
Burbank, CA 91501


Thompson Allstate Bingo Supply
5446 Highway 290 West
Ste 205, Austin, TX 78735


Thomson CompuMark
PO BOX 71892
Chicago, IL 60694-1892


THURSTON COUNTY AUDITOR
2000 LAKERIDGE DRIVE SW
OLYMPIA, WASHINGTON 98502-6045


Tianma Microelectronics USA
1218 John Reed Court
City of Industry, CA 91745


Time Play
10 Universal City Plaza
20th Floor, Universal City, CA 91608


Time Play - Big Deal Games
116 Simcoe St. Suite 400
Toronto, Ontario M5H4E2
CANADA


Timothy Gould
1220 Younge Street
Toronto Ontario
M4T 1W1 CANADA

Titan Recovery Solutions, Inc.
2937 Veneman Ave
Suite A220
Modesto, CA 95356


Todd Dunaway
121 Knollwood Trail
North Augusta, SC 29860


Tom Hall
1860 Crown Dr
Suite 1406
Dallas, Tx 75234


Tom Hubbard
833 Elm Street
Wills Point, Texas 75169


Tom Kellen (MaJ)
4405 Riverside Dr
#301
Burbank, CA 91501


Toronto Police Service
40 College street
Toronto, Ontario CANADA


TOUCH DYNAMIC, INC.
17 Camptown Road
Irvington, NJ 7111


Town & Country Bingo
3300 N. Pace Blvd
Pensacola, FL 32505


trans-TRADE, Inc.
US Customs Service
PO BOX 612369
DFW Airport, TX 75261

Transit Air Cargo, Inc.
2204 E Fourth Street
Santa Ana, CA 92705


TRAVIS COUNTY TAX OFFICE
P.O. BOX 149328
AUSTIN, TEXAS 78714-9328


Treasurer of the State of Ohio
101 East Town St.
4th Floor
Columbus, OH 43215-5148


Treasurer of Virginia
State Corporation Commission
Clerk's Office
Merrifield, VA 22116-7607


Treasurer of Virginia
Department of Charitable Gaming
101 North 14th Street, 17th Floor
James Monroe Bldg
Richmond, VA 23219-3684

Trey Wilkins
5568 Shadow Shore Place
Gulf Breeze, Florida 32563


Tulalip Bingo
Tammy Taylor
10200 Quil Ceda Blvd
Tulalip, WA 98271


TULALIP TRIBAL GAMING AGENCY
PMB 546
8825 - 34TH AVE NE
SUITE L
TULALIP, WA 98271

Two O Seven Bar & Grill
1424 Route 207
Kahnawake, Quebec J01 1B0

```
TXU Energy
PO BOX 100001
Dallas, Texas 75310-0001



U. S. Customs Service
P.O. Box 360840
Pittsburgh, PA 15250-6840



U.S. Department of State
Passport Services
1111 19th Street NW,   ste#500
Washington, DC 20036


Uinta County Treasurer
Treasury
PO BOX 1530
Evanston, WY 82930


UK Gambling Commission
Robert McDonald
Victoria Square House
Victoria Square
Birmingham, BRITISH COLUMBIA B2 4BP  CAN

ULINE
ATTN: Accounts Receivable
2200 S Lakeside Drive
Waukegan, IL 60085


Underwriters Laboratories, Inc.
PO BOX 75330
Chicago, IL 60675-5330



Unishippers
800 W Airport Frwy
Ste 820 LB 6065
Irving, Tx 75062-6313


Unita Co. Treasurer
P.O. Box 1530
Evanston, WY 82930
```

United HealthCare
P.O. Box 41738
Philadelphia, PA 19101-1738


United Parcel Service
PO BOX 7247-0244
Philadelphia, PA 19170-0001


UNITED STATES TREASURY
DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039


United States Trustee
1100 Commerce Street
Room 976
Dallas, Texas 75242


United Supermarkets
7830 Orlando Ave
Lubbock, TX 79423


University of Phoenix
3157 East Elwood Street
Phoenix, Arizona 85034


UPS Canada
PO BOX 2127 CRO
Halifax, NS B3J 3B7  CANADA


UPS Supply Chain Solutions, Inc.
ATTN: Customs Brokerage Services
28013 Network Place
Chicago, IL 60673-1280


US West Communications
7800 E. Orchard Road
Suite 200
Englewood, CO 80111

USA Digital/Gulf Breeze
3493 Gulf Breeze
Gulf Breeze, Florida 32563

USPS
Jack Potter
475 L'Enfant Plaza SW
Washington, DC 20260-0010

Utah Power
1033 NE 6th Ave
Portland, OR 97256-0001

Utah State Tax Comm.
210 North 1950 WEST
Salt Lake City, UT 84134-0180

VA Dept. of Agriculture & Consumer Servi
Division of Charitable Gaming
James Monroe Building
101 N. 14th Street, 17th Floor
Richmond, VA 23219

VAL VERDE COUNTY
BEATRIZ I. MUNOZ  TAX A/C
PO BOX 1368
DEL RIO, TEXAS 78841

Valerie Smith
3969 Kingston Road
Apt. 1411
Toronto, Ontario M1J 3H8  CANADA

VCS
7500 OFFICE RIDGE CIRCLE
#100
EDEN PRAIRIE, MN 55344

Verizon Wireless
PO BOX 9622
Mission Hills, CA 91346-9622

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108


VICTORIA COUNTY TAC
RENA SCHERER, TAX ASSESSOR
205 N. BRIDGE STREET,  STE 101
P.O. BOX 2569
VICTORIA, TEXAS 77902-2569

Viking Office Products
PO BOX 30488
Los Angeles, CA 90030-0488


VIRGINIA CORPORATION COMMISSION OFFICE
1300 EAST MAIN STREET
RICHMOND, VIRGINIA 23219


VIRGINIA DEPT. OF TAXATION
P O BOX 1500
RICHMOND, VIRGINIA 23218-1500


Wagner Corporation
P.O. Box 27086
Salt Lake City, UT 84127


Wagner Packaging Supplies
P.O. Box 27086
Salt Lake City, UT 84127


Walter Knoll Florist
PO BOX 1820
Saint Louis, MO 63118-0820


Washington Dept of Labor & Industries
P.O. Box 34022
Seattle, WA 98124-1022

```
Washington Dept of Licensing
C/O Thurston County Auditor
Building 1, Room 127
2000 Lakeridge Drive SW
Olympia, WA 98502-6045

Washington Dept of Licensing
C/O Thurston County Auditor
Vehicle Licensing
200 Lakeridge Dr
SW Olympia, WA 98502-6045

Washington Dept of Revenue
PO BOX 34052
Seattle, WA 98124-1052


Washington State Gambling Commission
Attn: Mr. Ira Harte, Gambling
Licensing Supervisor Investigator
PO BOX 42400
Olympia, WA 98504-2400

Washington State Gambling Commission
4565 7th AVE SE
LACEY, WA 98503


Washington State Gambling Commission
Jennifer LaMont
Financial Investigations Unit
P.O. Box 42400
Olympia, WA 98504

Washington State Treasurer
Department of Licensing
P.O. BOX 9048
Olympia, WA 98507-9048


Watkins, Ludham, Winter & Stennis,  PA
P O Box 427
Jackson, MS 39205


Wayne Crum
18618-142nd Ave
NE Woodinvale, WA 98072
```

WCCGA
7016 220th Street SW
Mt. Lake Terrace, WA 98043


Weslaco Catholic War Veterans
1501 North International Blvd
Weslaco, TX 78596


West Coast Life Insurance Comapny
PO Box 193892
San Francisco, CA 94119-3892


Western Display
277 Lakeshore Road East
Suite 406
Oakville, Ontario L6J 1H9  CANADA


Westover Financial, Inc.
400 N Tustin Ave
Suite 140
Santa Ana, CA 92705


WFA/COLLATERAL REVIEW SERVICES, INC.
13231 Champion Forest Drive
Suite 400
Houston, TX 77069


Will Winters Memorial Park Fund
c/o Dallas Park Foundation
P.O Box 131553
Dallas, Texas 75313-1553


William Kellen
4405 Riverside Dr
#301
Burbank, CA 91501


William Korek
14352 Chandler Blvd.
Van Nuys, CA 91401

William R. Eadington
P.O. Box 118
25 Somers Loop
Crystal Bay, NV 89402


William Rigg Co.
2001 Bryan St
Suite 800
Dallas, Tx 75201


Woosim System - USA
2465 Beechwood Drive
Paso Robles, CA 93446


Worldwide Express
3050 Regent Blvd
Suite 110
Irving, Tx 75063


Wyatt, Tarrant & Combs, LLP
250 West Main Street
Suite 1600
Lexington, KY 40507-1746


Wyoming Business Council
200 W. 24th Street, Room 110
Cheynee, WY 82002


Wyoming Secretary of State
200 W. 24TH STREET
ROOM 110
CHEYENNE, WYOMING 82002-0020


Wyoming.Com
937 West Main Street
Riverton, WY 82501


XP Power Inc. U.S.
990 Benicia Ave
Sunnyvale, CA 94085

YAKAMA NATION GAMING COMMISSION
580 FORT ROAD
TOPPENISH, WA 98948


Yellow Transportation, Inc.
PO Box 730333
Dallas, Texas 75373-0333


Young Brothers Int'l
P.O. BOX 1659
TAIPEI, TAIWAN REPUBLIC OF CHINA